United States Bankruptcy Court

Central District of California

**In Re:**  7419 LLC                                                                                     Case No: **6:24-bk-12519-RB**

                                                                                                          Chapter: 11

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Syed Sajjad Hussain, declare under penalty of perjury that I am the Manager and Owner of 7419 LLC, a Limited Liability Company, and I am authorized to make any all all decisions on its behalf.

On May 6, 2024 the following resolution has been adopted:

"Whereas, it is in the best interest of 7419 LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Syed Sajjad Hussain, Manager and Owner of 7419 LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of 7419 LLC; and

Be it Further Resolved, that Syed Sajjad Hussain, Manager and Owner of 7419 LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of 7419 LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of 7419 LLC in connection with such bankruptcy case; and

Be it Further Resolved that Syed Sajjad Hussain, Manager and Owner of 7419 LLC, is authorized and directed to employ Benjamin Heston and to represent 7419 LLC in the bankruptcy case."

Executed on:   **May 6, 2024**                        Signed:  _/s/ Syed Sajjad Hussain_
                                                                                          Syed Sajjad Hussain