PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:          Everett.L.Green@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br><br>        Debtor &<br>        Debtor-In-Possession. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**NOTICE OF TELEPHONIC MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a) & FEDERAL RULE OF BANKRUPTCY PROCEDURE 2003**<br><br>**Meeting Information:**<br>Date:       June 10, 2024<br>Time:       10:30 a.m.<br>Call Info.: Tel. No. (866) 822-7121<br>                 Code: 6203551 |

**TO THE DEBTOR AND ALL PARTIES-IN-INTEREST:**

 **PLEASE TAKE NOTICE** that the meeting of creditors pursuant to 11 U.S.C. § 341(a) and Federal Rules of Bankruptcy Procedure 2003 scheduled for ***June 10, 2024 at 10:30 a.m.*** will be conducted telephonically.

 **PLEASE TAKE NOTICE** that the Debtor, creditors, and any party-in-interest who wishes to participate should call:

  Conference No.: (866) 822-7121

  Participant No. 6203551

 **PLEASE TAKE FURTHER NOTICE** that parties who wish to participate should email Everett L. Green at Everett.L.Green@usdoj.gov prior to the meeting with the following information:

- Case name and number;
- Date and time of § 341(a) meeting; and
- Your name and the party that you represent.

DATED: May 13, 2024        PETER C. ANDERSON
                 UNITED STATES TRUSTEE

               By: /s/ *Everett L. Green*
                 Everett L. Green
                 Trial Attorney