**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq., SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
agraff@wrightlegal.net

Attorney for *Secured Creditor*, WORLDWIDE LENDERS, INC., A DELAWARE CORPORATION, 18.97% INTEREST, AND RONALD R. KRAMER, TRUSTEE OF THE RONALD R. KRAMER LIVING TRUST DATED 3/28/2003, 21.46% INTEREST, AND PREMIERE MANAGEMENT, INC. A CALIFORNIA CORPORATION, 17.17% INTEREST, AND KENT M. KITSELMAN AND NANCY KITSELMAN TRUSTEES OF THE KENT M. KITSELMAN FAMILY TRUST DATED 6/18/1998, 9.48% INTEREST, AND BRUCE COLE, TRUSTEE OF THE 1993 COLE REVOCABLE TRUST AMENDED AUGUST 13, 2018, 9.48% INTEREST, AND JORDAN A. MONKARSH, TRUSTEE OF THE JORDAN ALLAN MONKARSH 2003 IRR TRUST DATED JUNE 3, 2003, 6.44% INTEREST, AND JORDAN A. MONKARSH, TRUSTEE OF THE JORDAN ALLAN MONKARSH EXEMPT TRUST DATED JANUARY 1, 2005, 6.44% INTEREST, AND SALLY E. LARSON AND LARRY L. LARSON, WIFE AND HUSBAND AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP, 6.44% INTEREST, AND FORGE TRUST CO. CFBO: VERONICA SUE ENGEL IRA ACCOUNT #551971, 4.120% INTEREST, ALL AS TENANTS IN COMMON

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: | ) | BK Case No.: 6:24-bk-12519-RB |
| | ) | |
| 7419 LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| | ) | |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 9010 attorney Arnold L. Graff, Esq., of Wright, Finlay & Zak, LLP, represents Secured Creditor, WORLDWIDE LENDERS, INC., A DELAWARE CORPORATION, 18.97% INTEREST, AND RONALD R.

KRAMER, TRUSTEE OF THE RONALD R. KRAMER LIVING TRUST DATED 3/28/2003, 21.46% INTEREST, AND PREMIERE MANAGEMENT, INC. A CALIFORNIA CORPORATION, 17.17% INTEREST, AND KENT M. KITSELMAN AND NANCY KITSELMAN TRUSTEES OF THE KENT M. KITSELMAN FAMILY TRUST DATED 6/18/1998, 9.48% INTEREST, AND BRUCE COLE, TRUSTEE OF THE 1993 COLE REVOCABLE TRUST AMENDED AUGUST 13, 2018, 9.48% INTEREST, AND JORDAN A. MONKARSH, TRUSTEE OF THE JORDAN ALLAN MONKARSH 2003 IRR TRUST DATED JUNE 3, 2003, 6.44% INTEREST, AND JORDAN A. MONKARSH, TRUSTEE OF THE JORDAN ALLAN MONKARSH EXEMPT TRUST DATED JANUARY 1, 2005, 6.44% INTEREST, AND SALLY E. LARSON AND LARRY L. LARSON, WIFE AND HUSBAND AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP, 6.44% INTEREST, AND FORGE TRUST CO. CFBO: VERONICA SUE ENGEL IRA ACCOUNT #551971, 4.120% INTEREST, ALL AS TENANTS IN COMMON, in the above-referenced bankruptcy case. Wright, Finlay & Zak, LLP also hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy whether or not notice is ordinarily required, including all pleadings or notices under Fed. R. Bankr. P. 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

  Wright, Finlay & Zak, LLP further requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Wright, Finlay & Zak, LLP
Attn: Arnold L. Graff, Esq.
4665 MacArthur Court, Ste. 200
Newport Beach, CA 92660
agraff@wrightlegal.net

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Wright, Finlay & Zak, LLP's participation in the instant proceeding. Moreover, the within party does not authorize Wright, Finlay & Zak, LLP, either expressly or impliedly through Wright, Finlay & Zak, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

**WRIGHT, FINLAY & ZAK, LLP**

Dated: May 20, 2024

By: /s/ *Arnold L. Graff, Esq.*
Arnold L. Graff, Esq.,
Attorney for *Secured Creditor*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4665 MacArthur Court, #200, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/20/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/21/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/20/2024 | JACKIE POWELL | /s/ Jackie Powell |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| 7419 LLC | Debtor(s). | CASE NO.: 6:24-bk-12519-RB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Abram Feuerstein     abram.s.feuerstein@usdoj.gov
Everett L Green     everett.l.green@usdoj.gov
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
Cameron C Ridley     Cameron.Ridley@usdoj.gov
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

SERVED BY UNITED STATES MAIL:

DEBTOR:
7419 LLC
7419 Via Deldene
Highland, CA 92346-3933

DEBTOR'S COUNSEL:
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

UNITED STATES TRUSTEE:
United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

Abram Feuerstein, esq
Office of US Trustee
3801 University Avenue, St 720
Riverside, CA 92501

Everett L Green
Office of the US Trustee
3801 University Avenue, Ste 720
Riverside, CA 92501

Cameron C Ridley
Office of the United States Trustee
3801 University Ave Ste 720
Riverside, CA 92501