

**FILED & ENTERED**

**MAY 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC<br><br><br><br>Debtor(s). | Case No.: 6:24-bk-12519-RB<br><br>CHAPTER 11<br><br>**ORDER CONTINUING CHAPTER 11 STATUS CONFERENCE**<br><br>**Continued Hearing Date and Time:**<br>**Date:**  June 20, 2024<br>**Time:**  2:00 p.m.<br>**Courtroom: 303**<br><br>Current Hearing Date and Time:<br>Date:  June 6, 2024<br>Time:  2:00 p.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

///

///

///

///

-1-

**PLEASE TAKE NOTICE** that the Chapter 11 status conference for this case, set on the Court's calendar on June 6, 2024, at 2:00 p.m., in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **June 20, 2024, at 2:00 p.m.**

###

Date: May 31, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge