PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>Debtor &<br>Debtor-In-Possession. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED TELEPHONIC MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a) & FEDERAL RULE OF BANKRUPTCY PROCEDURE 2003**<br><br>**Meeting Information:**<br>Date:      August 26, 2024<br>Time:      2:15 p.m.<br>Call Info.: (866) 822-7121<br>Code:      6203551 |

//
//
//
//
//
//
//

-1-

**TO THE DEBTOR, AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that Peter C. Anderson, the United States Trustee for the Central District of California, Region 16, will conduct a continued meeting of creditors pursuant to 11 U.S.C. § 341(a) and Federal Rules of Bankruptcy Procedure 2003 on *August 26, 2024 at 2:15 p.m.*

**PLEASE TAKE NOTICE** that the meeting will be conducted telephonically and creditor or party-in-interest who wishes to participate should call:

Conference No.:    (866) 822-7121

Participant No.    6203551

**PLEASE TAKE FURTHER NOTICE** that creditors and/or parties-in-interest who wish to participate should email Everett L. Green at Everett.L.Green@usdoj.gov prior to the meeting with the following information:

- Case name and number;
- Date and time of § 341(a) meeting; and
- Your name and the party that you represent.

DATED: June 10, 2024              PETER C. ANDERSON
                                  UNITED STATES TRUSTEE


                                  By:    */s/ Everett L. Green*
                                         Everett L. Green
                                         Trial Attorney