United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-12519-RB |
| 7419 LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-6            User: admin            Page 1 of 1
Date Rcvd: Jun 18, 2024        Form ID: pdf042        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | 7419 LLC, 7419 Via Deldene, Highland, CA 92346-3933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Arnold L Graff | on behalf of Creditor Worldwide Lenders Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor 7419 LLC bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

**FILED & ENTERED**

JUN 18 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

7419 LLC

Debtor(s).

Case No.: 6:24-bk-12519-RB

CHAPTER 11

**ORDER CONTINUING CHAPTER 11 STATUS CONFERENCE**

**Continued Date and Time:**
**Date:       June 27, 2024**
**Time:       2:00 p.m.**
**Courtroom: 303**

Current Date and Time:
Date:       June 20, 2024
Time:       2:00 p.m.
Courtroom:  303

(In-Person and Zoom Appearances)

///
///
///
///
///

-1-

**PLEASE TAKE NOTICE** that the initial Chapter 11 status conference for this case, set on the Court's calendar on June 20, 2024, at 2:00 p.m., in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **June 27, 2024, at 2:00 p.m.**

###

Date: June 18, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge