**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**7419 LLC,**<br><br>      Debtor and<br>      Debtor-In-Possession. | Case No: 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE**<br><br>**Hearing:**<br>Date: September 26, 2024<br>Time: 3:00 PM<br>Courtroom: 303<br>Location: 3420 Twelfth Street<br>              Riverside, CA 92501 |

TO THE HONORABLE MAGDALENA REYES-BORDEAUX, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing on Debtor's Motion to Dismiss will be held on September 26, 2024 at 3:00 PM in Courtroom 303 of the United States Bankruptcy Court located at 3420 Twelfth Street, Riverside, California 92501, on the grounds set forth in the following motion.

## **STATEMENT OF FACTS**

This motion arises out of the circumstances surrounding the Debtor's sole asset, a residential property located at 7419 Via Deldene, Highland, California. The property was originally owned by Syed Sajjad Hussain, owner of 7419 LLC, and was transferred to 7419 LLC

to facilitate a loan from, Secured Creditor, Val-Chris. At the time the transfer occurred, Mr. Hussain was involved in a case where he sued his former attorney Ugo-Harris Ejike, who then countersued Mr. Hussain. After the transfer to 7419 LLC occurred, Mr. Ejike instituted a fraudulent transfer action and recorded a lis pendens against the property. Contrary to the claim filed by Mr. Ejike, he is a potential creditor of Mr. Hussain, but not the Debtor itself. The lis pendens has severely restricted Mr. Hussain's ability to refinance the property, ultimately leading to foreclosure proceedings when payments were not made on the Val-Chris loan. In an effort to prevent the foreclosure and explore options, the Debtor filed a Chapter 11 petition on May 7, 2024. Since the bankruptcy petition was filed, the Debtor has explored all possible avenues for retaining the real property. Unfortunately, these efforts have been consistently thwarted by the lis pendens. Additionally, 7419 LLC itself does not engage in any business operations that could generate revenue to support a reorganization, and Mr. Hussain has been experiencing troubles with his own personal finances. Without the ability to refinance, the Debtor cannot propose a plan that would meet the requirements of 11 U.S.C. § 1129, particularly in terms of feasibility.

The purpose of 7419 LLC is to hold the real property for the benefit of Mr. Hussain. To accomplish this, the bankruptcy case must be dismissed so that the lis pendens resolved and refinancing pursued. Given these circumstances, dismissal is in the best interests of creditors and the estate.

**POINTS AND AUTHORITIES**

**I.**

**DISMISSAL IS WARRANTED UNDER 11 U.S.C. § 1112(b)(4)**

Pursuant to 11 U.S.C. § 1112(b)(1), the Court shall dismiss or convert a case under this chapter for cause, whichever is in the best interests of creditors and the estate. "Cause" is broadly defined and may include a wide range of factors, including the inability to propose a feasible plan of reorganization. The Bankruptcy Code provides specific examples of cause, including:

A. **Substantial or Continuing Loss to or Diminution of the Estate and Absence of a Reasonable Likelihood of Rehabilitation:** 11 U.S.C. § 1112(b)(4)(A) identifies cause where there is "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation." In this case, the matured hard money loan and the inability to refinance due to the lis pendens have prevented the Debtor from making any progress and there is no realistic prospect of rehabilitation. The continued accrual of interest, fees, and penalties on the matured loan exacerbates the financial difficulties faced by the Debtor, further diminishing the estate's value.

B. **Inability to Effectuate a Plan:** Courts have consistently held that the inability to propose a feasible plan of reorganization is sufficient cause for dismissal. Here, the Debtor's inability to refinance the matured loan and resolve the lis pendens means that no feasible plan can be proposed, making dismissal appropriate. Debtor does not engage in any income producing activity, and Debtor's principal has recently encountered further financial woes which limits his ability to contribute to reorganization.

## II.

**DISMISSAL IS IN THE BEST INTERESTS OF CREDITORS AND THE ESTATE**

Dismissal of the Chapter 11 case is in the best interests of creditors and the estate for several reasons:

The primary creditor in this case is Val-Chris, the lender for the hard money loan on the property. The other claims, including those by the Franchise Tax Board and the San Bernardino County Tax Collector, are minor and can be paid in full outside of bankruptcy. Ugo-Harris Ejike is not a creditor of the Debtor; his only connection to 7419 LLC is the lis pendens recorded against the property. The underlying litigation with Ejike has not concluded, and it remains possible that Mr. Hussain may not be indebted to Ejike at all. Given these circumstances, dismissing the bankruptcy case allows for a resolution of these claims without the hindrances imposed by the bankruptcy.

///

## CONCLUSION

For the reasons stated above, the Debtor respectfully requests that this Court dismiss the Chapter 11 case pursuant to 11 U.S.C. § 1112(b), as such dismissal is in the best interests of creditors and the estate.

Respectfully submitted,

**NEXUS BANKRUPTCY**

Date: August 29, 2024

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtor-In-Possession

**DECLARATION OF SYED HUSSAIN**

I, Syed Hussain, declare as follows:

1. I am the owner and sole member of 7419 LLC, the debtor in the above-captioned Chapter 11 bankruptcy case. I have personal knowledge of all matters stated herein, and I could competently testify to the allegations contained herein.

2. I originally owned the residential property located at 7419 Via Deldene, Highland, California. In 2021, I transferred ownership of this property to 7419 LLC to facilitate getting a loan against the property.

3. Completely separate from my dealings with the real property, I initiated a malpractice lawsuit against my former attorney, Ugo-Harris Ejike. Ugo-Harris Ejike filed a counterclaim against me and also filed a fraudulent transfer action, alleging that the transfer of the property to 7419 LLC was intended to hinder, delay, or defraud creditors. As part of this action, Ugo-Harris Ejike recorded a lis pendens against the property.

4. The lis pendens recorded by Ugo-Harris Ejike has created a cloud on the title of the property, which has prevented me from securing a refinancing loan.

5. The foreclosure proceedings initiated by the lender due to non-payment led to the filing of the Chapter 11 bankruptcy petition. The intention behind the filing was to stay the foreclosure and explore options for reorganizing the debt.

6. Since filing the bankruptcy petition, I have explored various options for proposing a feasible reorganization plan. Due to the presence of the lis pendens and the matured status of the hard money loan, I have been unable to propose a plan that would meet the requirements for reorganization under Chapter 11.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2024

_____
SYED HUSSAIN

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/29/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Arnold L Graff    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
Everett L Green    everett.l.green@usdoj.gov
Cameron C Ridley    Cameron.Ridley@usdoj.gov
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/29/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes-Bordeaux
3420 Twelfth Street
Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/29/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Worldwide Lenders, Inc.
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1811

Eugo Harris P. Ejike
21671 Gateway Center Dr Ste 205
Diamond Bar, CA 91765-2468

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

San Bernardino Tax Collector
268 W Hospitality Ln Fl 1
San Bernardino, CA 92415-0900

Val-Chris Investments
2601 Main St Ste 400
Irvine, CA 92614-4213