PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:           Everett.L.Green@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>           Debtor &<br>           Debtor-In-Possession. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**STATEMENT REGARDING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1102(a)** |

1  **TO THE DEBTOR AND ALL PARTIES-IN-INTEREST:**

2  The United States Trustee advises that a committee pursuant to 11 U.S.C. § 1102(a) has not been

3  appointed because of an insufficient number of unsecured creditors willing or able to serve on an

4  unsecured creditors committee.  The United States Trustee reserves the right to appoint such a committee

5  should interest develop among the creditors.

7  DATED: September 8, 2024                    PETER C. ANDERSON
                                                UNITED STATES TRUSTEE

9                                               By:    /s/ *Everett L. Green*
10                                                     Everett L. Green
                                                       Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Statement Regarding Inability to Appoint Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Electronic Mail Notice List.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
7419 LLC
7419 Via Deldene
Highland, CA 92346-3933

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(Overnight Mail)
Judge's Copy
Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2024 | Adela M. Salgado | */s/ Adela M. Salgado* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:24-bk-12519-RB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Arnold L Graff**  agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Everett L Green**  everett.l.green@usdoj.gov
- **Benjamin Heston**  bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Cameron C Ridley**  Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

```
Label Matrix for local noticing         7419 LLC                                Employment Development Dept.
0973-6                                  7419 Via Deldene                        Bankruptcy Group MIC 92E
Case 6:24-bk-12519-RB                   Highland, CA 92346-3933                 P.O. Box 826880
Central District of California                                                  Sacramento, CA 94280-0001
Riverside
Mon Sep  9 09:38:16 PDT 2024

Franchise Tax Board                     Internal Revenue Service                Securities & Exchange Commission
Bankruptcy Section MS: A-340            PO Box 7346                             444 South Flower St., Suite 900
P.O. Box 2952                           Philadelphia, PA 19101-7346             Los Angeles, CA 90071-2934
Sacramento, CA 95812-2952


Worldwide Lenders, Inc., a Delaware Corporat    Riverside Division              Eugo Harris P. Ejike
Wright, Finlay & Zak, LLP                       3420 Twelfth Street,            21671 Gateway Center Dr Ste 205
4665 MacArthur Court, Suite 200                 Riverside, CA 92501-3819        Diamond Bar, CA 91765-2468
Newport Beach, CA 92660-1811


FRANCHISE TAX BOARD                     San Bernardino County                   San Bernardino Tax Collector
BANKRUPTCY SECTION MS A340              Office of the Tax Coll                  268 W Hospitality Ln Fl 1
PO BOX 2952                             268 West Hospitality Ln 1st Flr         Sn Bernrdno, CA 92415-0900
SACRAMENTO CA 95812-2952                San Bernardino CA 92415-0900


United States Trustee (RS)              Val-Chris Investments                   Benjamin Heston
3801 University Avenue, Suite 720       2601 Main St Ste 400                    Nexus Bankruptcy
Riverside, CA 92501-3255                Irvine, CA 92614-4213                   3090 Bristol Street #400
                                                                                Costa Mesa, CA 92626-3063



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Worldwide Lenders, Inc., 2601 Main Street,   End of Label Matrix
                                                Mailable recipients     14
                                                Bypassed recipients      1
                                                Total                   15
```