PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br><br><br>       Debtor &<br>       Debtor-In-Possession. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**DECLARATION OF EVERETT L. GREEN IN SUPPORT OF UNITED STATES TRUSTEE'S RESPONSE TO MOTION TO DIMSISS CHAPTER 11 BANKRUPTCY CASE**<br><br><br>**Hearing:**<br>Date:    September 26, 2024<br>Time:    2:00 p.m.<br>Place:   Courtroom 303<br>        United States Bankruptcy Court<br>        3420 Twelfth Street<br>        Riverside, CA 92501 |

I, Everett L. Green, hereby declare:

1.      I am an attorney duly authorized to practice law in the State of California and before this Court.  I serve as a Trial Attorney to the United States Trustee for the Central District of California, Region 16, Riverside Field Office.  I submit this declaration in support of the U.S. Trustee's response.  I make this declaration of my own personal knowledge except where stated on information and belief, and as to such matters, I believe that they are true.  If called as a witness, I could and would testify truthfully to the information contained herein.

2.      On May 7, 2024, the Debtor filed a Chapter 11 petition and case commencement documents ("Petition Date").  True and correct copies of the docket and excerpts of the schedules, and statement of financial affairs are attached hereto as *Exhibit 1* and *Exhibit 2*.

3.      According to documents provided to the U.S. Trustee from the Debtor, the Debtor owes $1.2 million to its secured creditor and had not made a payment in the eight months before it filed bankruptcy.  A true and correct excerpt of a real property questionnaire is attached hereto as *Exhibit 3*.

4.      The schedules do not reveal any sources of income, revenue, or accounts receivables.

5.      On June 10, 2024, I conducted a meeting of creditors.  The Debtor's owner and managing member, Mr. Hussain appeared and testified under oath.  Prior to this meeting, I reviewed the Debtor's pre-petition bank account statements.  I asked Mr. Hussain to explain the deposits and withdrawals reflected in the bank statements.  Mr. Hussain testified that the funds originated from a "family friend" and were used to repay his debt and/or debt that was not owed by the Debtor.  True and correct copies of the Debtor's pre-petition bank statements are attached hereto as *Exhibit 4*.

6.      In response to Mr. Hussain's testimony, I served a request for documents and financial information on the Debtor.  The request asked the Debtor to provide, among other things, an accounting and explanation of the pre-petition transfers of funds.  A true and correct copy is attached hereto as *Exhibit 5*.

7.      The Debtor did not produce an accounting or documents of the pre-petition transfers.

8.      According to the docket, the Debtor has not filed any monthly operating reports.

9.      On August 21, 2024, the U.S. Trustee filed a notice of debtor's delinquency, advising the Debtor to file monthly operating reports by September 5, 2024.  The Debtor did not comply with the notice.

10.     At the August 22, 2024 status conference, the Debtor's Counsel, Mr. Heston, notified the court that the Debtor would seek to dismiss the bankruptcy case.  I notified Mr. Hesson by email that the U.S. Trustee required the monthly operating reports in order to evaluate whether dismissal or conversion is appropriate.  Instead of filing the reports, Mr. Heston emailed post-petition bank statements for May, June, and July of 2024.  True and correct excerpts of the bank statements are attached hereto as ***Exhibit 6***.

11.     On August 28, 2024, I conducted a continued meeting of creditors.  Mr. Hussain testified, under oath, that he withdrew the funds because he was under the impression that he won a lottery and was attempting to pay for the cash prize.  Mr. Heston subsequently provided a document notifying Mr. Hussain of his award.  According to Mr. Heston, the award was fake.  A true and correct copy of the document is attached hereto as ***Exhibit 7***.

12.     Mr. Hussain testified further that he did not pay the Debtor's post-petition expenses with the funds he withdrew.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 11, 2024, at Riverside, California

/s/ Everett L. Green
Everett L. Green

# Exhibit 1

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:24-bk-12519-RB

*Date filed:* 05/07/2024
*341 meeting:* 08/26/2024
*Deadline for objecting to discharge:* 08/09/2024

*Assigned to:* Magdalena Reyes Bordeaux
Chapter 11
Voluntary
Asset

**Debtor**
**7419 LLC**
7419 Via Deldene
Highland, CA 92346-3933
SAN BERNARDINO-CA
Tax ID / EIN: 84-3302432

represented by **Benjamin Heston**
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
949-312-1377
Fax : 949-288-2054
Email: bhestonecf@gmail.com

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

represented by **Abram Feuerstein, esq**
Office of US Trustee
3801 University Avenue
St 720
Riverside, CA 92501
951-276-6975
Fax : 951-276-6973
Email: abram.s.feuerstein@usdoj.gov

**Everett L Green**
Office of the US Trustee
3801 University Avenue
Ste 720
Riverside, CA 92501
951-276-6063
Fax : 951-276-6973
Email: everett.l.green@usdoj.gov

**Cameron C Ridley**
Office of the United States Trustee
3801 University Ave Ste 720
Riverside, CA 92501
951-276-6354
Fax : 951-276-6973
Email: Cameron.Ridley@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/07/2024 | 1 (46 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by 7419 LLC (Heston, Benjamin) WARNING: See docket entry no. 2 & 3 for corrective action. Case is deficient for Corporate Resolution Authorizing Filing of Petition |

Exhibit 1, pg. 5

Case 6:24-bk-12519-RB    Doc 36-1    Filed 09/11/24    Entered 09/11/24 16:15:32    Desc
Declaration of Everett Green    Page 6 of 85

9/21/2024. Incomplete Filings due 9/21/2024. Modified on 5/7/2024 (EZ).
(Entered: 05/07/2024)

| | | |
|---|---|---|
| 05/07/2024 | | Receipt of Voluntary Petition (Chapter 11)( 6:24-bk-12519) [misc,volp11] (1738.00) Filing Fee. Receipt number A56827765. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 05/07/2024) |
| 05/07/2024 | 2 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 3 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 4 (1 pg) | Notice of Case Deficiency Under 11 U.S.C. Sec. 521(a)(1) and Bankruptcy Rule 1007 (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) WARNING: Incorrect docket entry due to clerical error. Notice not generated thru BNC. Modified on 5/7/2024 (EZ). (Entered: 05/07/2024) |
| 05/07/2024 | 5 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 6 (5 pgs) | Addendum to voluntary petition *Corrected PDF*, Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) (New 12/2015) Filed by Debtor 7419 LLC. (Heston, Benjamin) (Entered: 05/07/2024) |
| 05/07/2024 | 7 (1 pg) | Corporate resolution authorizing filing of petitions Filed by Debtor 7419 LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Heston, Benjamin) (Entered: 05/07/2024) |
| 05/09/2024 | 8 (2 pgs) | BNC Certificate of Notice (RE: related document(s)5 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 05/09/2024. (Admin.) (Entered: 05/09/2024) |
| 05/09/2024 | 9 (2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 05/09/2024. (Admin.) (Entered: 05/09/2024) |
| 05/10/2024 | 10 (6 pgs) | Order setting initial status conference in chapter 11 case - Scheduling and Case Management Conference (BNC-PDF) Signed on 5/10/2024 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC). Status hearing to be held on 6/6/2024 at 02:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux Initial Status Conference Report Due By 5/23/2024. (SH) . (Entered: 05/10/2024) |
| 05/10/2024 | 11 (5 pgs) | Addendum to voluntary petition *see item* #7 Filed by Debtor 7419 LLC. (Heston, Benjamin) (Entered: 05/10/2024) |
| 05/10/2024 | 12 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) Status hearing to be held on 6/6/2024 at 02:00 PM at Crtrm |

Exhibit 1, pg. 6

309, 9420 Telful St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux (SH) (Entered: 05/10/2024)

| 05/10/2024 | [13](2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/10/2024 at 10:30 AM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. Last day to oppose discharge or dischargeability is 8/9/2024. (ME6) (Entered: 05/10/2024) |
|---|---|---|
| 05/12/2024 | [14](4 pgs) | BNC Certificate of Notice (RE: related document(s)[13] Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 4. Notice Date 05/12/2024. (Admin.) (Entered: 05/12/2024) |
| 05/12/2024 | [15](7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[10] Order setting initial status conference in chapter 11 case (BNC-PDF)) No. of Notices: 1. Notice Date 05/12/2024. (Admin.) (Entered: 05/12/2024) |
| 05/13/2024 | [16](2 pgs) | Notice *Of Telephonic Meeting of Creditors Pursuant To 11 U.S.C. § 341(a) & FRBP 2003* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)[13] Meeting of Creditors 341(a) meeting to be held on 6/10/2024 at 10:30 AM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. Last day to oppose discharge or dischargeability is 8/9/2024. (ME6). (Green, Everett) (Entered: 05/13/2024) |
| 05/20/2024 | [17](5 pgs) | Notice of Appearance and Request for Notice by Arnold L Graff Filed by Creditor Worldwide Lenders, Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management. (Graff, Arnold) (Entered: 05/20/2024) |
| 05/24/2024 | [18](12 pgs) | Status Report for Chapter 11 Status Conference Filed by Debtor 7419 LLC (RE: related document(s)[10] Order setting initial status conference in chapter 11 case (BNC-PDF)). (Heston, Benjamin) (Entered: 05/24/2024) |
| 05/31/2024 | [19](2 pgs) | Order Continuing Adversary Status Conference - The hearing set on 6/6/24 at 2:00 p.m. is continued to 6/20/24 at 2:00 p.m. in Courtroom 303. (BNC-PDF) (Related Doc # [1] ) Adversary Complaint) Signed on 5/31/2024 (SH) (Entered: 05/31/2024) |
| 05/31/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10] ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 06/20/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10] , (SH) (Entered: 05/31/2024) |
| 06/02/2024 | [20](3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[19] Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/02/2024. (Admin.) (Entered: 06/02/2024) |
| 06/06/2024 | 21 | Hearing Held - Vacated; Continued to 6/20/24 at 2:00 P.M. (RE: related document(s)[1] Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (SH) (Entered: 06/07/2024) |
| 06/10/2024 | 22 | Trustee's Notice of Continued Meeting of Creditors Filed by U.S. Trustee United States Trustee (RS). 341(a) Meeting Continued to 8/26/2024 at 02:15 PM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. (Green, Everett) (Entered: 06/10/2024) |

| | | |
|---|---|---|
| 06/10/2024 | [23](link)<br>(2 pgs) | Notice *of Continued Telephonic Meeting of Creditors Pursuant To 11 U.S.C. § 341(a) & FRBP 2003* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s) 22 Trustee's Notice of Continued Meeting of Creditors Filed by U.S. Trustee United States Trustee (RS). 341(a) Meeting Continued to 8/26/2024 at 02:15 PM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551.). (Green, Everett) (Entered: 06/10/2024) |
| 06/18/2024 | [24](link)<br>(2 pgs) | Order Continuing Chapter 11 Status Conference - The hearing on 6/20/24 at 2:00 p.m. is continued to 6/27/24 at 2:00 p.m. in courtroom 303. (BNC-PDF) (Related Doc # [1](link) ) Signed on 6/18/2024 (SH) (Entered: 06/18/2024) |
| 06/18/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](link) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 06/27/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](link), (SH) (Entered: 06/18/2024) |
| 06/20/2024 | 25 | Hearing Held - Vacated; Continued to 6/27/24 at 2:00 p.m. (RE: related document(s) [10](link) Order Setting Initial Status Conference in Chapter 11 Case (BNC-PDF) ) (SH) (Entered: 06/20/2024) |
| 06/20/2024 | [26](link)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/20/2024. (Admin.) (Entered: 06/20/2024) |
| 06/27/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](link) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 08/08/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](link), (SH) (Entered: 06/27/2024) |
| 07/05/2024 | [27](link)<br>(2 pgs) | Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ) (Entered: 07/05/2024) |
| 07/05/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](link) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 08/22/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](link), (CJ) (Entered: 07/05/2024) |
| 07/07/2024 | [28](link)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)27 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/07/2024. (Admin.) (Entered: 07/07/2024) |
| 08/08/2024 | 29 | Hearing Held - Vacated; Continued to 8/22/24 at 2:00 p.m. (RE: related document(s) [10](link) Order setting Scheduling and Case Management Conference). (SH) (Entered: 08/08/2024) |
| 08/21/2024 | [30](link)<br>(21 pgs) | Notice *of Debtor's Delinquency & Failure to Comply with United States Trustee Reporting Requirements, with proof of service* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)27 Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ)). (Green, Everett) (Entered: 08/21/2024) |

Exhibit 1, pg. 8

| | | |
|---|---|---|
| 08/22/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 09/26/2024 at 03:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10, (SH). (Entered: 08/23/2024) |
| 08/29/2024 | 31 (7 pgs) | Motion to Dismiss Debtor Filed by Debtor 7419 LLC (Heston, Benjamin) (Entered: 08/29/2024) |
| 08/30/2024 | 32 | Hearing Set (RE: related document(s)31 Dismiss Debtor filed by Debtor 7419 LLC) The Hearing date is set for 9/26/2024 at 03:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux (CJ) (Entered: 08/30/2024) |
| 09/06/2024 | 33 (2 pgs) | Order Advancing (1) Hearing on Debtor's Motion to Dismiss Chapter 11 Case; and (2) Chapter 11 Startus Conference - The hearings set for 9/26/24 at 3:00 p.m., will be advanced to 9/26/24 at 2:00 p.m. (BNC-PDF) (Related Doc # doc ) Signed on 9/6/2024 (SH) (Entered: 09/06/2024) |
| 09/06/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 31 DISMISS DEBTOR filed by 7419 LLC) Hearing to be held on 09/26/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 31 , (SH) (Entered: 09/06/2024) |
| 09/06/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 09/26/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10 , (SH) (Entered: 09/06/2024) |
| 09/08/2024 | 34 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)33 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/08/2024. (Admin.) (Entered: 09/08/2024) |
| 09/09/2024 | 35 (5 pgs) | Statement *Regarding Inability to Appoint Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)* Filed by U.S. Trustee United States Trustee (RS). (Green, Everett) (Entered: 09/09/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/11/2024 10:24:23 | | |
| **PACER Login:** | Everett.L.Green | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:24-bk-12519-RB Fil or Ent: filed From: 6/13/2000 To: 9/11/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

Exhibit 1, pg. 9

Exhibit 2

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____ Chapter ___**11**___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **7419 LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 4 – 3 3 0 2 4 3 2

**4. Debtor's address**

**Principal place of business**

**7419 Via Deldene**
Number    Street

**Highland, CA 92346-3933**
City    State    ZIP Code

**San Bernardino**
County

**Mailing address, if different from principal place of business**

Number    Street

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**

n/a

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __7419 LLC__                                Case number (if known) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

     __5__    __3__    __1__    __3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

          District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

          District _____ When _____
                                          MM / DD / YYYY

          Case number, if known _____

| Debtor | 7419 LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

| **11.** Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| **12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | _____    _____ |
| | Number    Street |
| | _____ |
| | _____    _____    _____ |
| | City    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes. Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

---

## Statistical and administrative information

| **13.** Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14.** Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15.** Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Exhibit 2, page 13

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**

Name

Street

City                    State        ZIP Code

Relationship to debtor

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

---

## Part 14   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/06/2024___
              MM/ DD/ YYYY

X _____                    Printed name      **Syed Sajjad Hussain**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Manager/Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is

_____.

2. The following financial data is the latest available information and refers to the debtor's condition on __5/6/2024__ .

| | |
|---|---|
| a. Total assets | **$1,900,000.00** |
| b. Total debts (including debts listed in 2.c., below) | **$1,326,654.00** |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

d. Number of shares of preferred stock _____

e. Number of shares common stock _____

Comments, if any: _____

_____

3. Brief description of debtor's business __Legal owner of 7419 Via Deldene, Highland, California__

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Syed Sajjad Hussain

_____

_____

Exhibit 2 pg. 15

Fill in this information to identify the case:

Debtor name _____**7419 LLC**_____

United States Bankruptcy Court for the:
_____**Central District of California**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/06/2024**
　　　　　　　MM/ DD/ YYYY

X _____*Hussain*_____
Signature of individual signing on behalf of debtor

**Syed Sajjad Hussain**
Printed name

**Manager/Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ **7419 LLC** _____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Eugo Harris P. Ejike 21671 Gateway Center Dr Ste 205 Diamond Bar, CA 91765-2468 | | Claim arising from legal malpractice action | Disputed | | | $106,000.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Exhibit 2 pg. 17

| Debtor | **7419 LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Exhibit 2, pg. 18

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

IN RE:                                                    CHAPTER  **11**
**7419 LLC**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

### - NONE -

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager/Owner**_____ of the _____**Limited Liability Company**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __05/07/2024__                          Signature: _____

*Syed Sajjad Hussain*

Exhibit 2, pg. 19

**Fill in this information to identify the case:**

Debtor Name **7419 LLC**

United States Bankruptcy Court for the: **Central** District of **California**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1. _____

   3.2. _____

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. _____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Exhibit 2, pg. 20

| Debtor | 7419 LLC | Case number *(if known)* |
|--------|----------|--------------------------|
| | Name | |

| | | |
|---|---|---|
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| _____ |

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔   _____
                          face amount                doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➔   _____
                        face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| _____ |

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | _____ | _____ |
| 14.2 | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ |

Exhibit 2, pg. 21

| Debtor | 7419 LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

16.2 _____     _____     _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

**Part 5:     Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

Exhibit 2, pg. 22

| Debtor | 7419 LLC | Case number *(if known)* |
|--------|----------|---------------------------|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------------|------------------------------------------|-------------------------------------|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Exhibit 2, pg. 23

| Debtor | 7419 LLC | Case number *(if known)* |
|--------|----------|--------------------------|
| | Name | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|------------------|-------------------|------------------|
| 39. | **Office furniture** | _____ | _____ | _____ |
| 40. | **Office fixtures** | _____ | _____ | _____ |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | _____ | _____ | _____ |
| | 42.2 _____ | _____ | _____ | _____ |
| | 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|------------------|-------------------|------------------|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 _____ | _____ | _____ | _____ |
| | 47.2 _____ | _____ | _____ | _____ |
| | 47.3 _____ | _____ | _____ | _____ |
| | 47.4 _____ | _____ | _____ | _____ |

Exhibit 2, pg. 24

Debtor     **7419 LLC**     Case number *(if known)* _____

Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____    _____    _____    _____

48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**    Real property

---

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **7419 Via Deldene,Highland**<br>    **Highland, CA 92346** | Fee Simple | unknown | Zillow | **$1,900,000.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

       **$1,900,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Exhibit 2, pg. 25

Debtor    **7419 LLC**
                Name                                                                                    Case number *(if known)*

---

| **Part 10:** | Intangibles and intellectual property |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page **7**

Exhibit 2, pg. 26

Debtor    __7419 LLC_____        Case number *(if known)* _____
          Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____  –  _____  = ➜  _____
                               Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                        _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____                        _____

    **Nature of claim**    _____

    **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    _____                        _____

    **Nature of claim**    _____

    **Amount requested**   _____

76. **Trusts, equitable or future interests in property**

    _____                        _____

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____                        _____

    _____                        _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.             _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Exhibit 2, pg. 27

| Debtor | **7419 LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9* | ➜ | **$1,900,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. | **Total.** *Add lines 80 through 90 for each column* .........91a. | **$0.00** + 91b. | **$1,900,000.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | **$1,900,000.00** |

---

Official Form 206A/B · Schedule A/B: Assets — Real and Personal Property · page **9**

Exhibit 2, pg. 28

Fill in this information to identify the case:

Debtor name  **7419 LLC**

United States Bankruptcy Court for the: **Central** District of **California**
                                                                    (State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.1** | Creditor's name

**San Bernardino Tax Collector**

Creditor's mailing address

**268 W Hospitality Ln Fl 1**

**Sn Bernrdno, CA 92415-0900**

Creditor's email address, if known

_____

Date debt was incurred        **2024**

Last 4 digits of account   **9  0  5  6**
number

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes. Specify each creditor, including this
   creditor, and its relative priority.
      1) Val-Chris Investments; **2) San
      Bernardino Tax Collector**

Describe debtor's property that is subject to a lien
7419 Via Deldene, Highland Highland, CA 92346                 **$20,654.00** | **$1,900,000.00**

Describe the lien
**Property tax**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**                                                        **$1,220,654.00**

Exhibit 2, pg. 29

| Debtor | **7419 LLC** | | Case number (if known) | |
| | Name | | | |

| **Part 1:** | Additional Page | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.2** **Creditor's name**

**Val-Chris Investments**

**Creditor's mailing address**

**2601 Main St Ste 400**

**Irvine, CA 92614-4213**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

7419 Via Deldene,Highland Highland, CA 92346

**Describe the lien**

**Deed of trust**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

| | |
|---|---|
| **$1,200,000.00** | **$1,900,000.00** |

Exhibit 2, pg. 30

Fill in this information to identify the case:

Debtor name _____ **7419 LLC** _____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| _____ | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | _____ |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured** | ☐ No |
| **claim:** 11 U.S.C. § 507(a) ___ | ☐ Yes |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| _____ | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | _____ |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured** | ☐ No |
| **claim:** 11 U.S.C. § 507(a) ___ | ☐ Yes |

| Debtor | 7419 LLC | Case number *(if known)* |
|--------|----------|--------------------------|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,000.00 |
|---|---|---|

Eugo Harris P. Ejike

21671 Gateway Center Dr Ste 205

Diamond Bar, CA 91765-2468

☐ Contingent
☐ Unliquidated
☑ Disputed

**Claim arising from legal malpractice**

Date or dates debt was incurred   2018 - 2021

Basis for the claim: **action**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Exhibit 2, pg. 32

| Debtor | 7419 LLC | | Case number *(if known)* |
|--------|----------|---|------------------------|
| | Name | | |

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$106,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$106,000.00** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Exhibit 2, pg. 33

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **7419 LLC** |
| United States Bankruptcy Court for the: | |
| | **Central District of California** |
| Case number (if known): | Chapter **11** |

☑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Exhibit 2, pg. 34

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **7419 LLC** |
| United States Bankruptcy Court for the: | **Central** District of **California** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City     State     ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City     State     ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City     State     ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City     State     ZIP Code | | |

Official Form 206H                                   Schedule H: Codebtors                                   page 1 of __2__

| Debtor | **7419 LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | | _____ | ❏ D |
| | | Street | | ❏ E/F |
| | | _____ | | ❏ G |
| | | City    State    ZIP Code | | |
| 2.6 | _____ | | _____ | ❏ D |
| | | Street | | ❏ E/F |
| | | _____ | | ❏ G |
| | | City    State    ZIP Code | | |

Official Form 206H          Schedule H: Codebtors          page **2** of **2**

Exhibit 2, pg. 36

| Fill in this information to identify the case: |
| --- |
| Debtor name      **7419 LLC** |
| United States Bankruptcy Court for the: <br>      **Central District of California** |
| Case number (if known):      Chapter   **11** |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     **1a. Real Property:**

         Copy line 88 from *Schedule A/B*.................................................................................

| **$1,900,000.00** |
| --- |

     **1b. Total personal property:**

         Copy line 91A from *Schedule A/B*..............................................................................

| **$0.00** |
| --- |

     **1c. Total of all property:**

         Copy line 92 from *Schedule A/B*................................................................................

| **$1,900,000.00** |
| --- |

---

**Part 2:** Summary of Liabilities

---

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| **$1,220,654.00** |
| --- |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

| **$0.00** |
| --- |

     **3b. Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

| **+**    **$106,000.00** |
| --- |

---

**4. Total liabilities**.........................................................................................

     Lines 2 + 3a + 3b

| **$1,326,654.00** |
| --- |

**Fill in this information to identify the case:**

Debtor name      **7419 LLC**

United States Bankruptcy Court for the:

     **Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

   ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Exhibit 2, pg. 38

Debtor   **7419 LLC**
_____
Name

---

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **2**

Exhibit 2, pg. 39

Debtor **7419 LLC** _____
Name _____ Case number _(if known)_ _____

5.1. _____
Creditor's name

Street _____

_____

_____
City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>Street _____<br>_____<br>_____<br>City        State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **UGO-HARRIS v. HUSSAIN, 7419 LLC**<br><br>**Case number**<br>**CIVSB2133004** | **Fraudulent transfer** | **San Bernardino County Superior Court**<br>Name<br>**247 W 3rd St**<br>Street<br><br>**San Bernardino, CA 92415-0210**<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **SYED SAJJAD HUSSAIN v. UGO-HARRIS PETER EJIKE**<br><br>**Case number**<br>**CIVDS1826501** | **Malpractice** | **San Bernardino County Superior Court**<br>Name<br>**247 W 3rd St**<br>Street<br><br>**San Bernardino, CA 92415-0210**<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Exhibit 2, pg. 40

Debtor    7419 LLC

Name _____    Case number *(if known)* _____

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name _____

Street _____

City _____ State ____ ZIP Code _____

**Case title** _____

**Case number** _____

**Date of order or assignment** _____

**Court name and address**

Name _____

Street _____

City _____ State ____ ZIP Code _____

---

**Part 4:** Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name _____

Street _____

City _____ State ____ ZIP Code _____

**Recipient's relationship to debtor** _____

---

**Part 5:** Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Exhibit 2, pg. 41

Case 6:24-bk-12519-RB Doc 36-1 Filed 05/07/24 Entered 05/07/24 16:15:42 Desc
Declaration Main Document Page 32 of 64 Page 42 of 85
Debtor 7419 LLC Case number (if known)
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Nexus Bankruptcy** | **Attorney's fees, filing fee** | **04/30/2024** | **$5,738.00** |

**Address**

**3090 Bristol Street #400**
Street

**Costa Mesa, CA 92626**
City          State     ZIP Code

**Email or website address**

**ben@nexusbk.com**

**Who made the payment, if not debtor?**

**Manager, Syed Sajjad Hussain**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

---

Exhibit 2, pg. 42

Debtor    _____    Case number *(if known)* _____
          7419 LLC
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

---

<table>
<tr><td>**Part 7:**</td><td>Previous Locations</td></tr>
</table>

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____    From _____ To _____
      Street

      _____

      _____
      City        State    ZIP Code

---

<table>
<tr><td>**Part 8:**</td><td>Health Care Bankruptcies</td></tr>
</table>

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
      Facility name

      _____
      Street

      _____
      City        State    ZIP Code

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

*Check all that apply:*

☐ Electronically

☐ Paper

---

Exhibit 2, pg. 43

---

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City        State      ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Exhibit 2, pg. 44

Debtor    7419 LLC
         Name                                                                    Case number (if known)

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Exhibit 2, pg. 45

Debtor   **7419 LLC**
_____   Case number _(if known)_ _____
Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Exhibit 2, pg. 46

| Debtor | 7419 LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | From _____   To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | From _____   To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Exhibit 2, pg 47

Debtor **7419 LLC**
Name

| | Case number *(if known)* |
|---|---|

| **Name and address** |
|---|

26d.1.

Name

Street

City                    State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                    State         ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Syed Sajjad Hussain** | **7419 Via Deldene Highland, CA 92346-3933** | **Manager/owner,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | , | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Exhibit 2, pg. 48

Debtor 74 GCase 6 24-bk 12519-RRB Doc 36-1 Filed 05/07/24 Entered 05/07/24 08:15:42 Desc
Name Declaration Main Document Page 39 of 49 Case number (if known)
Document Page 39 of 49 of 85

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Relationship to debtor _____

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ _ – _ _ _ _ _ _ _ |

---

**Part 14** | **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/06/2024___
MM/ DD/ YYYY

X _~~Hussain~~_____     Printed name ___**Syed Sajjad Hussain**___
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**Manager/Owner**___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**      7419 LLC

Case No. _____

**Debtor**                                                                          Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ **$7,000.00**

Prior to the filing of this statement I have received ....................................................................... **$4,000.00**

Balance Due ................................................................................................................................ **$3,000.00**

2.   The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify)    **Manager/Owner, Syed Sajjad Hussain**

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Exhibit 2, pg. 50

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

___05/06/2024___                    **/s/Benjamin Heston**
*Date*                              Benjamin Heston
                                    *Signature of Attorney*
                                                Bar Number: 297798
                                                Nexus Bankruptcy
                                                3090 Bristol Street #400
                                                Costa Mesa, CA 92626
                                                Phone: (949) 312-1377

                                    **Nexus Bankruptcy**
                                    *Name of law firm*

Exhibit 2, pg. 51

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any co-partnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Mumtaz Sajjad; Case number 6:20-bk-12666-MH; Filed 4/6/2020; Chapter 7; Judge Mark D. Houle; Central District of California, Riverside Division; Status: Dismissed; Closed 4/28/2020; Case involved real property located at 7419 Via Deldene, Highland, CA 92346.**

**In re Mumtaz Sajjad; Case number 6:20-bk-13003-MH; Filed 4/27/2020; Chapter 7; Judge Mark D. Houle; Central District of California, Riverside Division; Status: Closed without discharge due to failure to file financial management course certification; Closed 3/1/2022; Case involved real property located at 7419 Via Deldene, Highland, CA 92346.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Highland, California.

Date: May 6, 2024

Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

# Exhibit 3

| Attorney or Party Name, Address, Telephone and FAX | |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES TRUSTEE<br>– DO NOT FILE WITH COURT |
|---|---|
| In Re:<br><br>7419 LLC<br><br>Debtor-In-Possession. | Case Number: **6:24-bk-12519-RB**<br><br>**OWNED PROPERTY SUMMARY SHEET** |

| | **Property No. 1** | **Property No. __** |
|---|---|---|
| Address | 7419 Via Deldene, Highland, CA | |
| Type of Property | Residential / Single Family Home | |
| Fair Market Value on Real Estate Questionnaire and Schedules | $1,900,000 | |
| Amount of Secured Claim | $1,200,000 | |
| Name of Secured Creditor | Val-Chris Investments | |
| Monthly Debt Service | $10,580 | |
| Number of Delinquent Payments | 8 | |
| Amount of Delinquent Taxes | $41,288 | |
| Monthly Income Generated | $0 | |
| Debtor's intent regarding property | Retain | |
| Percentage Owned | 100 | |
| Insurance expiration date | 5/23/2025 | |
| Date property acquired and amount paid | 9/14/2019; $0 | |

☐ _____ Continuation sheets attached

I declare under penalty of perjury that the answers contained in the foregoing Owned Property Summary Sheet are true and correct to the best of my knowledge, information and belief.

Dated:

7419 LLC
_____
Print Name of Debtor

_____
Signature of Debtor

Exhibit 4

# Initiate Business Checking

February 29, 2024 ■ Page 1 of 4



7419 LLC
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | ☐ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $2,041.62 |
| Deposits/Credits | 46,080.00 |
| Withdrawals/Debits | - 42,262.40 |
| Ending balance on 2/29 | $5,859.22 |

Account number:  ████675
7419 LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  ████

For Wire Transfers use
Routing Number (RTN):  ████

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Exhibit 4, pg. 56

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/12 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0M7Mkq3G on 02/12/24 | | 1,500.00 | 541.62 |
| 2/13 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0M7Xrzc2 on 02/13/24 | 5,000.00 | | 5,541.62 |
| 2/15 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0M8Fz67P on 02/14/24 | | 4,000.00 | 1,541.62 |
| 2/16 | | eDeposit IN Branch 02/16/24 01:59:06 PM 28920 Greenspot Rd Highland CA | 5,800.00 | | 7,341.62 |
| 2/20 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0M9C8Qd2 on 02/17/24 | 500.00 | | |
| 2/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0M9C96SM on 02/17/24 | | 7,500.00 | 341.62 |
| 2/23 | | WT Fed#08307 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3594324054Es Trn#240223166746 Rfb# Dcd of 24/02/23 | 21,000.00 | | |
| 2/23 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mc4Nf4W on 02/23/24 | 100.00 | | |
| 2/23 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mc4Nnt7 on 02/23/24 | 80.00 | | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 240223166746 Srf# 3594324054Es Trn#240223166746 Rfb# Dcd of 24/02/23 | | 15.00 | 21,506.62 |
| 2/26 | | Wire Trans Svc Charge - Sequence: 240226027767 Srf# Ow00004188185716 Trn#240226027767 Rfb# Ow00004188185716 | | 25.00 | |
| 2/26 | | WT Fed#01728 First Technology F /Ftr/Bnf=Fount Net LLC Srf# Ow00004188185716 Trn#240226027767 Rfb# Ow00004188185716 | | 21,400.00 | 81.62 |
| 2/27 | | WT Fed#07867 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3559154058Es Trn#240227161511 Rfb# Dcd of 24/02/27 | 10,000.00 | | |
| 2/27 | | Wire Trans Svc Charge - Sequence: 240227161511 Srf# 3559154058Es Trn#240227161511 Rfb# Dcd of 24/02/27 | | 15.00 | |
| 2/27 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0MD6Q6W7 on 02/27/24 | | 1,500.00 | |
| 2/27 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0MD6Qcbr on 02/27/24 | | 1,500.00 | |
| 2/27 | | Online Transfer to Hussain S Everyday Checking xxxxxx2709 Ref #Ib0MD6Ql3B on 02/27/24 | | 500.00 | 6,566.62 |
| 2/28 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mdbmvjq on 02/28/24 | 1,500.00 | | |
| 2/28 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mdbn6P8 on 02/28/24 | 1,800.00 | | |
| 2/28 | | Online Transfer From Hussain S Everyday Checking xxxxxx2709 Ref #Ib0Mdbnjqh on 02/28/24 | 300.00 | | |
| 2/28 | | Wire Trans Svc Charge - Sequence: 240228067821 Srf# Ow00004204063164 Trn#240228067821 Rfb# Ow00004204063164 | | 25.00 | |
| 2/28 | | WT Fed#08005 First Technology F /Ftr/Bnf=Fount Net LLC Srf# Ow00004204063164 Trn#240228067821 Rfb# Ow00004204063164 | | 4,280.00 | 5,861.62 |
| 2/29 | | Cash Deposit Processing Fee | | 2.40 | 5,859.22 |
| Ending balance on 2/29 | | | | | 5,859.22 |
| Totals | | | $46,080.00 | $42,262.40 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2024 - 02/29/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $5,135.00 √ |
| • Minimum daily balance | $500.00 | $81.62 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,800 | 5,000 | 800 | 0.0030 | 2.40 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $2.40 |

## ☑ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                      + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                              TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking

March 31, 2024 ■ Page 1 of 5



7419 LLC
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $5,859.22 |
| Deposits/Credits | 201,000.00 |
| Withdrawals/Debits | - 205,690.00 |
| Ending balance on 3/31 | $1,169.22 |

Account number: ████ 1675
7419 LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

For Wire Transfers use
Routing Number (RTN): ████

Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|------------------|--------------------|--------------------|
| 3/1 | | Wire Trans Svc Charge - Sequence: 240301026538 Srf# Ow00004211437874 Trn#240301026538 Rfb# Ow00004211437874 | | 25.00 | |
| 3/1 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mdyvwl9 on 03/01/24 | | 1,000.00 | |
| 3/1 | | WT Fed#02640 First Technology F /Ftr/Bnf=Fount Net LLC Srf# Ow00004211437874 Trn#240301026538 Rfb# Ow00004211437874 | | 4,700.00 | 134.22 |
| 3/4 | | WT Fed#04511 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3876074064Es Trn#240304188164 Rfb# Dcd of 24/03/04 | 10,000.00 | | |
| 3/4 | | Wire Trans Svc Charge - Sequence: 240304188164 Srf# 3876074064Es Trn#240304188164 Rfb# Dcd of 24/03/04 | | 15.00 | |
| 3/4 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgbjqxb on 03/04/24 | | 1,500.00 | |
| 3/4 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Mgbjvf7 on 03/04/24 | | 1,500.00 | |
| 3/4 | | Online Transfer to Hussain S Everyday Checking xxxxxx2709 Ref #Ib0Mgbk2PM on 03/04/24 | | 800.00 | 6,319.22 |
| 3/5 | | WT Fed#00830 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3656694065Es Trn#240305164468 Rfb# Dcd of 24/03/05 | 20,000.00 | | |
| 3/5 | | Wire Trans Svc Charge - Sequence: 240305164468 Srf# 3656694065Es Trn#240305164468 Rfb# Dcd of 24/03/05 | | 15.00 | |
| 3/5 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgjjwxf on 03/05/24 | | 4,500.00 | |
| 3/5 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgjwztr on 03/05/24 | | 1,600.00 | |
| 3/5 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgm6S3L on 03/05/24 | | 12,000.00 | 8,204.22 |
| 3/6 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgrtffw on 03/06/24 | | 2,500.00 | |
| 3/6 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Mgrtj9F on 03/06/24 | | 2,000.00 | 3,704.22 |
| 3/7 | | WT Fed#00111 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3594394067Es Trn#240307174329 Rfb# Dcd of 24/03/07 | 30,000.00 | | |
| 3/7 | | Wire Trans Svc Charge - Sequence: 240307174329 Srf# 3594394067Es Trn#240307174329 Rfb# Dcd of 24/03/07 | | 15.00 | |
| 3/7 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0MH98Hqs on 03/07/24 | | 10,000.00 | |
| 3/7 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0MH98R3W on 03/07/24 | | 5,000.00 | 18,689.22 |
| 3/8 | | Transfer IN Branch - From Syed S Hussain DDA xxxxxx2353 28920 Greenspot Rd Highland CA | 11,000.00 | | |
| 3/8 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mhmmvfk on 03/08/24 | 2,000.00 | | |
| 3/8 | | Wire Trans Svc Charge - Sequence: 240308123920 Srf# 0073502068079364 Trn#240308123920 Rfb# | | 40.00 | |
| 3/8 | | WT Fed#04936 First Technology F /Ftr/Bnf=Fount Net LLC Srf# 0073502068079364 Trn#240308123920 Rfb# | | 29,000.00 | 2,649.22 |
| 3/11 | | WT Fed#01817 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3685944071Es Trn#240311169464 Rfb# Dcd of 24/03/11 | 16,000.00 | | |
| 3/11 | | Wire Trans Svc Charge - Sequence: 240311169464 Srf# 3685944071Es Trn#240311169464 Rfb# Dcd of 24/03/11 | | 15.00 | |
| 3/11 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mhrwdvk on 03/09/24 | | 1,000.00 | |
| 3/11 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Mjg9Nmb on 03/11/24 | | 2,000.00 | 15,634.22 |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|---------------------|
| 3/12 | | Wire Trans Svc Charge - Sequence: 240312117660 Srf# 0073502072131874 Trn#240312117660 Rbf# | | 40.00 | |
| 3/12 | | WT Fed#03524 First Technology F /Ftr/Bnf=Fount Net LLC Srf# 0073502072131874 Trn#240312117660 Rbf# | | 15,400.00 | 194.22 |
| 3/13 | | WT Fed#07523 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3497614073Es Trn#240313150683 Rfb# Dcd of 24/03/13 | 8,000.00 | | |
| 3/13 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mjvs68L on 03/13/24 | 1,000.00 | | |
| 3/13 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mjvsb2Z on 03/13/24 | 1,000.00 | | |
| 3/13 | | Wire Trans Svc Charge - Sequence: 240313150683 Srf# 3497614073Es Trn#240313150683 Rfb# Dcd of 24/03/13 | | 15.00 | |
| 3/13 | | Wire Trans Svc Charge - Sequence: 240313165108 Srf# 0073502073141984 Trn#240313165108 Rfb# | | 40.00 | |
| 3/13 | | WT Fed#00187 First Technology F /Ftr/Bnf=Fount Net LLC Srf# 0073502073141984 Trn#240313165108 Rfb# | | 9,850.00 | 289.22 |
| 3/20 | | WT Fed#08271 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3507404080Es Trn#240320151684 Rfb# Dcd of 24/03/20 | 60,000.00 | | |
| 3/20 | | Wire Trans Svc Charge - Sequence: 240320151684 Srf# 3507404080Es Trn#240320151684 Rbf# Dcd of 24/03/20 | | 15.00 | |
| 3/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0MM4Bcwk on 03/20/24 | | 10,000.00 | |
| 3/20 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0MM4Bj72 on 03/20/24 | | 10,000.00 | 40,274.22 |
| 3/21 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mmd59Mp on 03/21/24 | 6,000.00 | | |
| 3/21 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mmd5Gq5 on 03/21/24 | 6,000.00 | | |
| 3/21 | | Wire Trans Svc Charge - Sequence: 240321132201 Srf# Ow00004280958901 Trn#240321132201 Rbf# Ow00004280958901 | | 25.00 | |
| 3/21 | | Wire Trans Svc Charge - Sequence: 240321216706 Srf# 0073502081711235 Trn#240321216706 Rbf# | | 40.00 | |
| 3/21 | | WT 240321-132201 PNC Bank, National /Bnf=Fager McGee Construction Company Srf# Ow00004280958901 Trn#240321132201 Rbf# Ow00004280958901 | | 23,000.00 | |
| 3/21 | | WT Fed#00415 PNC Bank, National /Ftr/Bnf=Fager McGee Construction Company Srf# 0073502081711235 Trn#240321216706 Rbf# | | 27,000.00 | 2,209.22 |
| 3/27 | | WT Fed#03533 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3602864087Es Trn#240327187700 Rbf# Dcd of 24/03/27 | 30,000.00 | | |
| 3/27 | | Wire Trans Svc Charge - Sequence: 240327187700 Srf# 3602864087Es Trn#240327187700 Rbf# Dcd of 24/03/27 | | 15.00 | |
| 3/27 | | Wire Trans Svc Charge - Sequence: 240327195567 Srf# Ow00004301336406 Trn#240327195567 Rbf# Ow00004301336406 | | 25.00 | |
| 3/27 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mp464Kw on 03/27/24 | | 3,000.00 | |
| 3/27 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mp4692V on 03/27/24 | | 3,000.00 | |
| 3/27 | | WT Fed#03786 Jpmorgan Chase Ban /Ftr/Bnf=Anthon Lammy Access LLC Srf# Ow00004301336406 Trn#240327195567 Rbf# Ow00004301336406 | | 25,000.00 | 1,169.22 |
| Ending balance on 3/31 | | | | | 1,169.22 |
| Totals | | | $201,000.00 | $205,690.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**WELLS FARGO**

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
|   • Average ledger balance | $1,000.00 | $3,951.00 ☑ |
|   • Minimum daily balance | $500.00 | $134.22 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 25 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

☑ # IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount  $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Exhibit 4, pg. 64

# Initiate Business Checking

May 31, 2024 ■ Page 1 of 4



7419 LLC
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | ☐ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $357.72 |
| Deposits/Credits | 85,750.00 |
| Withdrawals/Debits | - 86,197.72 |
| Ending balance on 5/31 | -$90.00 |

Account number: ███ 1675
7419 LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███

For Wire Transfers use
Routing Number (RTN): ███

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.

Exhibit 4, pg. 65



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/6 | | WT Fed#05209 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3575834127Es Trn#240506124835 Rfb# Dcd of 24/05/06 | 42,000.00 | | |
| 5/6 | | Wire Trans Svc Charge - Sequence: 240506124835 Srf# 3575834127Es Trn#240506124835 Rfb# Dcd of 24/05/06 | | 15.00 | 42,342.72 |
| 5/7 | | Wire Trans Svc Charge - Sequence: 240507018477 Srf# Ow00004450436342 Trn#240507018477 Rfb# Ow00004450436342 | | 25.00 | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 240507019426 Srf# Ow00004450473589 Trn#240507019426 Rfb# Ow00004450473589 | | 25.00 | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 240507166063 Srf# 0073502128700087 Trn#240507166063 Rfb# | | 40.00 | |
| 5/7 | | WT Fed#01478 Citizens Bank, NAT /Ftr/Bnf=Nip Net Supply and Services Srf# Ow00004450436342 Trn#240507018477 Rfb# Ow00004450436342 | | 20,000.00 | |
| 5/7 | | WT Fed#01653 Citizens Bank, NAT /Ftr/Bnf=Nip Net Supply and Services Srf# Ow00004450473589 Trn#240507019426 Rfb# Ow00004450473589 | | 5,000.00 | |
| 5/7 | | WT Fed#00008 Bank of America, N /Ftr/Bnf=Costplus LLC Srf# 0073502128700087 Trn#240507166063 Rfb# | | 14,200.00 | 3,052.72 |
| 5/8 | | WT Fed#00515 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3369914129Es Trn#240508104224 Rfb# Dcd of 24/05/08 | 8,750.00 | | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 240508104224 Srf# 3369914129Es Trn#240508104224 Rfb# Dcd of 24/05/08 | | 15.00 | |
| 5/8 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N5D7DC5 on 05/08/24 | | 7,500.00 | |
| 5/8 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N5Fbh9L on 05/08/24 | | 1,500.00 | 2,787.72 |
| 5/10 | | Deposit Made In A Branch/Store | 35,000.00 | | 37,787.72 |
| 5/14 | | Withdrawal Made In A Branch/Store | | 37,787.72 | 0.00 |
| 5/31 | | Cash Deposit Processing Fee | | 90.00 | -90.00 |
| Ending balance on 5/31 | | | | | -90.00 |
| Totals | | | $85,750.00 | $86,197.72 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| · Average ledger balance | $1,000.00 | $6,578.00 | √ |
| · Minimum daily balance | $500.00 | $0.00 | ☐ |

C1/C1

Exhibit 4, pg. 66

# Exhibit 5

**U.S. Department of Justice**

*United States Trustee, Region 16,*
*Central District of California*

3810 University Ave., Suite 720
Riverside, California 92501
Tel: (951) 276-6990  Fax: (951) 276-6973

_____

June 18, 2024

<u>**VIA EMAIL**</u>
Benjamin Heston, Esq.
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Email:        bhestonecf@gmail.com

> **Re:       7419, LLC, Bankruptcy Case No. 6:24-bk-12519-RB**

Dear Mr. Heston:

In accordance with 28 U.S.C. § 586(a)(3), the United States Truste has extensive monitoring and oversight responsibilities of Chapter 11 cases.  To assist our review the chapter 11 case filed by 7419, LLC ("Debtor"), please respond to the following requests for documents and information.

According to bank statements produced by the Debtor, approximately $300,000 was deposited into and transferred out of the Debtor's Wells Fargo bank account within one year of the petition date.  At the June 10, 2024 meeting of creditors, the Debtor's owner, Syed Sajjad Hussain, testified that the funds originated from a "family friend" and were used to repay his debt and/or debt that was not owed by the Debtor.

Produce all documents evidencing the existence of debt and obligations owed by Mr. Hussain. Similarly, produce and an accounting and all documents evidencing the payment of debt by Mr. Hussain, including but not limited to invoices, bills, and account statements.

The Debtor's bank statement reflects a post-petition cash deposit of $35,000 and a cash withdrawal of $37,787.72.  State the reason or purpose for the withdrawal, explain how the funds were used, and provide supporting documents.

Finally, produce a copy of the loan agreement, security agreement, guaranty agreement, and transactions documents with the Debtor's secured creditor and copies of the pleadings, motions, orders, and register of action for the litigation matters identified in response to question 7 of the Statement of Financial Affairs.

-1-

Please produce the documents and a written response on or before July 3, 2024.  You may send your response to my email address, Everett.L.Green@usdoj.gov.  Thank you.

Very truly yours,

*Everett L. Green*

Everett L. Green
Trial Attorney

-2-

# Exhibit 6

# Initiate Business Checking

May 31, 2024 ■ Page 1 of 4



7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/14 | $0.00 |
| Deposits/Credits | 49,837.72 |
| Withdrawals/Debits | - 49,789.50 |
| Ending balance on 5/31 | $48.22 |

Account number: 3▮▮▮▮409
7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 1▮▮▮▮2
For Wire Transfers use
Routing Number ▮▮▮▮▮▮

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/14 | | Deposit | 37,787.72 | | 37,787.72 |
| 5/15 | | Wire Trans Svc Charge - Sequence: 240515204416 Srf# 000075413621228 Trn#240515204416 Rfb# | | 40.00 | |
| 5/15 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N7Lj3V5 on 05/15/24 | | 2,500.00 | |
| 5/15 | | WT Fed#05145 Bank of America, N /Ftr/Bnf=Costplus LLC Srf# 000075413621228 Trn#240515204416 Rfb# | | 34,000.00 | 1,247.72 |
| 5/21 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0N9H5CF8 on 05/21/24 | 450.00 | | |
| 5/21 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0N9H5Jnt on 05/21/24 | 100.00 | | |
| 5/21 | | Harland Clarke Check/Acc. 052024 00007547575482 $! LLC | | 77.00 | 1,720.72 |
| 5/22 | | WT Fed#00141 Evolve Bank & Trus /Org=W&S Essentials LLC Srf# Trn#240522045296 Rfb# | 4,000.00 | | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 240522045296 Srf# Trn#240522045296 Rfb# | | 15.00 | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 240522058535 Srf# Ow00004509625399 Trn#240522058535 Rfb# Ow00004509625399 | | 25.00 | |
| 5/22 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N9Kzh77 on 05/21/24 | | 1,600.00 | |
| 5/22 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N9Mmwvz on 05/22/24 | | 2,000.00 | |
| 5/22 | | WT Fed#07870 Suncoast Credit Un /Ftr/Bnf=Rose Dougherty Srf# Ow00004509625399 Rfb# Ow00004509625399 | | 2,000.00 | 80.72 |
| 5/23 | | Deposit Made In A Branch/Store | 7,500.00 | | 7,580.72 |
| 5/28 | | Wire Trans Svc Charge - Sequence: 240528052871 Srf# Ow00004519344494 Trn#240528052871 Rfb# Ow00004519344494 | | 25.00 | |
| 5/28 | | WT Fed#03878 Suncoast Credit Un /Ftr/Bnf=Rose Dougherty Srf# Ow00004519344494 Trn#240528052871 Rfb# Ow00004519344494 | | 7,500.00 | 55.72 |
| 5/31 | | Cash Deposit Processing Fee | | 7.50 | 48.22 |
| Ending balance on 5/31 | | | | | 48.22 |
| Totals | | | $49,837.72 | $49,789.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/14/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| · Average ledger balance | $1,000.00 | $4,733.00 | √ |
| · Minimum daily balance | $500.00 | $55.72 | ☐ |

C1/C1



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 7,500 | 5,000 | 2,500 | 0.0030 | 7.50 |
| Transactions | 7 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $7.50 |

 IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
register or transfers into                         $ _____
your account which are not                         $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                  TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount  $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

Exhibit 6, pg. 74

# Initiate Business Checking

June 30, 2024 ■ Page 1 of 5



7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)
7419 VIA DELDENE
HIGHLAND CA 92346-3933

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $48.22 |
| Deposits/Credits | 78,172.00 |
| Withdrawals/Debits | - 78,216.22 |
| Ending balance on 6/30 | $4.00 |

Account number:  3█████409
7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

For Wire Transfers use
Routing Number (RTN): ████

## Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Exhibit 6, pg. 75

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/3 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Ndzhny9 on 06/01/24 | | 48.22 | 0.00 |
| 6/6 | | Transfer IN Branch - From 7419 LLC DDA xxxxxx1675 220 E State St Redlands CA | 27,010.00 | | |
| 6/6 | | Wire Trans Svc Charge - Sequence: 240606175002 Srf# 0000754158501939 Trn#240606175002 Rfb# | | 40.00 | |
| 6/6 | | WT Fed#00864 Sound Credit Union /Ftr/Bnf=Hoang Van CO, LLC USA Srf# 0000754158501939 Trn#240606175002 Rfb# | | 25,862.00 | 1,108.00 |
| 6/7 | | WT Seq129255 WF Return Wires IN Proc /Org= Srf# 2024060700110722 Trn#240607129255 Rfb# | 25,862.00 | | |
| 6/7 | | Wire Trans Svc Charge - Sequence: 240607189603 Srf# 0000754159257749 Trn#240607189603 Rfb# | | 40.00 | |
| 6/7 | | WT Fed#02931 Sound Credit Union /Ftr/Bnf=Hoang Van CO LLC USA Srf# 0000754159257749 Trn#240607189603 Rfb# | | 25,862.00 | 1,068.00 |
| 6/14 | | Online Transfer Ref #Ib0Njt8Y4P to Platinum Card Xxxxxxxxxxxx7309 on 06/13/24 | | 249.00 | 819.00 |
| 6/18 | | eDeposit IN Branch 06/18/24 02:09:24 PM 28920 Greenspot Rd Highland CA | 5,000.00 | | 5,819.00 |
| 6/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Nlqt6Gw on 06/20/24 | | 5,000.00 | |
| 6/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Nlqtcqk on 06/20/24 | | 500.00 | 319.00 |
| 6/25 | | WT Fed#00809 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3641184177Es Trn#240625175373 Rfb# Dcd of 24/06/25 | 20,300.00 | | |
| 6/25 | | Wire Trans Svc Charge - Sequence: 240625175373 Srf# 3641184177Es Trn#240625175373 Rfb# Dcd of 24/06/25 | | 15.00 | |
| 6/25 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Nndgyz8 on 06/25/24 | | 20,600.00 | 4.00 |
| Ending balance on 6/30 | | | | | 4.00 |
| Totals | | | $78,172.00 | $78,216.22 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|------|------|------|
| · Average ledger balance | $1,000.00 | $840.00 ☐ |
| · Minimum daily balance | $500.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

**WELLS FARGO**

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,000 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

---

Effective June 20, 2024, the fees for cashed or deposited items that are returned and re-deposited, or returned unpaid have been eliminated for business checking and savings accounts. As such, Wells Fargo will no longer charge a fee when cashed or deposited items are returned and re-deposited or returned unpaid for any reason for these accounts.

---

Other Wells Fargo Benefits



June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Initiate Business Checking

July 31, 2024 ■ Page 1 of 4



7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)
7419 VIA DELDENE
HIGHLAND CA 92346-3933

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $4.00 |
| Deposits/Credits | 5,500.00 |
| Withdrawals/Debits | - 5,411.50 |
| Ending balance on 7/31 | $92.50 |

Account number: 3████0409
7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

For Wire Transfers use
Routing Number (RTN): ████

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Exhibit 6, pg. 80

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 7/11 | | eDeposit IN Branch 07/11/24 12:57:08 PM 296 W Highland Ave San Bernardino CA | 5,500.00 | | |
| 7/11 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Ntjdh5W on 07/11/24 | | 5,200.00 | 304.00 |
| 7/23 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0NY5Tw45 on 07/23/24 | | 200.00 | 104.00 |
| 7/31 | | Monthly Service Fee | | 10.00 | |
| 7/31 | | Cash Deposit Processing Fee | | 1.50 | 92.50 |
| Ending balance on 7/31 | | | | | 92.50 |
| Totals | | | $5,500.00 | $5,411.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2024 - 07/31/2024 | Standard monthly service fee $10.00 | You paid $10.00 |
|-----------------------------------|-------------------------------------|------------------|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $149.00 ☐ |
| • Minimum daily balance | $500.00 | $4.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 5,500 | 5,000 | 500 | 0.0030 | 1.50 |
| Transactions | 2 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $1.50 |

 IMPORTANT ACCOUNT INFORMATION



Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

————————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

————————

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Exhibit 7





**MINISTRY OF ECONOMY AND FINANCE**

**REPUBLIC OF BENIN**

ENGLISH SECTION



# Income Tax Department, Ministry of Finance

Government of Benin

BP 302, Cotonou

Certificate Number:
BR/SG/HLS/US/001/1973

Date:..............13th March, 2024..............

## FUNDS CLEARANCE APPROVAL CERTIFICATE

In accordance with Section 390 of Financial Institution Act 9098 page 12 of 1996 as Amended 2006 regarding the file Submitted for claim in favor of the under listed person. Ministry of Economy and Finance Benin, hereby certified that the said funds are free from the Government of Benin funds embezzlement and have no relationship with terrorist funds. We are giving the right of clearance certificate through the Intermediary Bank to the under states person as a true beneficiary after a close scrutinized his evidence of claim before us.

BENEFICIARY NAME: SYED SAJJAD HUSSAIN
COUNTRY            : CALIFORNIA USA



We shall therefore authorize the clearance of the said fund to the beneficiary address information mentioned above as he has respected the banking regulation to receive his total fund of Two Million United States Dollars (US$2,000,000.00) through a special programs ATM Visa card operating policy without delay, so we recommended the immediate release of the fund on fully compliance as the World Bank Authority has projected the fund.

<u>NOTE:</u> This clearance certificate must be approved, sign and stamp with US$11,556.00 by High Court of Justice Benin Republic before you can be able to receive the money, with that the legitimacy of this fund is acquired and authorized by Economic Community of West African States (ECOWAS).

**MR. Allen Parker**
Secretary to the Government
of Benin Republic








**MR. DOSSU YENOUSSI**
Accountant General to the Benin Republic


**MR. ROMUALD WADAGNI**
Minister of Finance Benin Republic