**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor,
7419 LLC

**FILED & ENTERED**

OCT 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>**7419 LLC,**<br><br>    Debtor and<br>    Debtor-In-Possession. | Case No: 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**ORDER ON MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE**<br><br>**Hearing:**<br>Date:        September 26, 2024<br>Time:       2:00 PM<br>Courtroom: 303<br>Location:   3420 Twelfth Street<br>                 Riverside, CA 92501 |

     On September 26, 2024 at 2:00 PM in Courtroom 303, a hearing was held on the Debtor's Motion to Dismiss Chapter 11 Bankruptcy Case. Appearances were made as noted on the record.

     Notice having been given and good cause appearing therefor,

IT IS ORDERED:

The Motion is granted pursuant to 11 U.S.C. §1112(b) and the Debtor is barred from refiling for 180 days.

The Court reserves jurisdiction over issues arising under 11 U.S.C. §§329, and 330.

###

Date: October 9, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge