United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12519-RB |
| 7419 LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: ndwr | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 7419 LLC, 7419 Via Deldene, Highland, CA 92346-3933 |
| cr | + | Worldwide Lenders, Inc., a Delaware Corporation, 1, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660, UNITED STATES 92660-1811 |
| 41961556 | | Eugo Harris P. Ejike, 21671 Gateway Center Dr Ste 205, Diamond Bar, CA 91765-2468 |
| 41983674 | + | San Bernardino County, Office of the Tax Coll, 268 West Hospitality Ln 1st Flr, San Bernardino CA 92415-0900 |
| 41961557 | | San Bernardino Tax Collector, 268 W Hospitality Ln Fl 1, Sn Bernrdno, CA 92415-0900 |
| 41961558 | | Val-Chris Investments, 2601 Main St Ste 400, Irvine, CA 92614-4213 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 10 2024 04:04:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 10 2024 04:04:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: IRS.COM | Oct 10 2024 04:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Oct 10 2024 00:08:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 42059627 | | EDI: CALTAX.COM | Oct 10 2024 04:04:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42038081 | | Worldwide Lenders, Inc., 2601 Main Street, Suite 4 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: ndwr | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Arnold L Graff | on behalf of Creditor Worldwide Lenders Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor 7419 LLC bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
7419 LLC
**SSN:** N/A
**EIN:** 84−3302432

7419 Via Deldene
Highland, CA 92346−3933

**BANKRUPTCY NO.** 6:24−bk−12519−RB
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Automatic Stay is vacated. All pending motions and adversary proceedings are vacated and dismissed.

Dated: October 9, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ndwr Rev. 06/2017

**42 / SH**