PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Everett.L.Green@usdoj.gov

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>Debtor. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE; DECLARATION OF EVERETT L. GREEN FILED IN SUPPORT THEREOF**<br><br>[Pursuant To LBR 5010-1(e), No Hearing Required] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, AND ALL PARTIES-IN-INTEREST:**

Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), hereby moves, *ex parte,* pursuant to Section 350(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 5010 and Local Bankruptcy Rule 5010-1,[1] for the entry of an order reopening the chapter 11 bankruptcy case of 7419, LLC ("Debtor") so that the Court can consider a motion to disgorge fees against the Debtor's proposed bankruptcy counsel.

**I.    BACKGROUND**

The Debtor retained Benjamin Heston of Nexus Bankruptcy to serve as its chapter 11 counsel to a corporate debtor.[2] Although Heston charged $7,000, he did not seek court approval to represent the Debtor.[3]

An estate professional cannot receive compensation without court approval. *See DeRonde v. Rosemary Hill Shirley (In re Shirley)*, 134 B.R. 940, 943-44 (B.A.P. 9th Cir. 1992). Accordingly, the U.S. Trustee seeks to reopen this bankruptcy case so that the Court can consider a motion to disgorge fees.

**II.    ARGUMENT**

**A.    Cause Exists To Reopen This Bankruptcy Case**

Federal Rule of Bankruptcy Procedure 5010 provides, in pertinent part, that a "case may be reopened on motion of the debtor or other party in interest pursuant to Section 350(b) of the Code." Fed. R. Bankr. P. 5010. In turn, Section 350(b) states that "a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, *or for other cause*." 11 U.S.C. § 350(b) (emphasis added).

Bankruptcy courts have broad and inherent authority to regulate an attorney's compensation. *See Law Offices of Nicholas A. Franke v. United States Trustee (In re Lewis)*, 113 F.3d 1040, 1045

---

[1]    Unless stated otherwise, all chapter, section, rule, and local bankruptcy rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, the Federal Rules of Bankruptcy Procedure, Rules 1001-9037, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

[2]    Declaration of Everett L. Green ("Green Decl.") ¶ 2, Exhibit ("Ex.") 1, pg. 6.

[3]    Green Decl. ¶ 3, Ex. 2 (the docket does not reflect an order authorizing Heston to represent the Debtor).

(9th Cir. 1997). Accordingly, a court may reopen a case to determine whether an estate professional complied with the requirements of the Bankruptcy Code and rules of professional conduct and is entitled to compensation. *See e.g.*, *Tsafaroff v. Taylor (In re Taylor)*, 884 F.2d 478, 481 (9th Cir. 1989) (stating that a bankruptcy court retains jurisdiction to dispose of "ancillary matters" such as "an award of attorney's fees for services rendered in connection with the underlying action"); *U.S.A. Motel Corp. v. Danning*, 521 F.2d 117 (9th Cir. 1975) (affirming a fee award rendered after a chapter 11 case was dismissed); *see also In re Tumi Properties, LLC*, Case No. 6:12-bk-27260-MH, Order Granting U.S. Trustee's Ex Parte Motion to Reopen Bankruptcy Case, ECF No. 68 (reopening bankruptcy case to consider whether counsel should return fees).

Here, the record indicates that the Debtor's proposed counsel charged $7,000 and did not seek court approval to represent the Debtor. The court did not make a finding that counsel was disinterested and entitled to compensation. The case should be reopened.

### B. Notice Is Not Required To Reopen This Case

Neither the Bankruptcy Code nor the Federal Rules of Bankruptcy Procedure require notice in order to reopen a case. Federal Rule of Bankruptcy Procedure 5010 does not require that notice be given to reopen a case. Fed. R. Bankr. P. 5010. Section 350(b) also does not "contain the talismanic mention of motion and hearing that connotes the statutory need to permit a contest." *Menk v. Lapaglia (In re Menk)*, 241 B.R. 896, 914 (B.A.P. 9th Cir. 1999); 11 U.S.C. § 350(b).

In fact, Local Bankruptcy Rule 5010-1 expressly permits a motion to reopen to be considered *ex parte*. LBR 5010-1(e). Accordingly, the court should reopen the bankruptcy case.

### III. CONCLUSION

For the reasons set forth above, the U.S. Trustee respectfully requests that an order is entered reopening this bankruptcy case; that the filing fees, if any, for reopening this case are deducted from assets of the estate at the conclusion of this case; and for such other and further relief that may be just and equitable.

DATED: December 2, 2024                    PETER C. ANDERSON
                                           UNITED STATES TRUSTEE

                                           By:   /s/ Everett L. Green
                                                 Everett L. Green
                                                 Trial Attorney

# DECLARATION OF EVERETT L. GREEN

I, Everett L. Green, hereby declare:

1. I am an attorney duly authorized to practice law in the State of California and before this Court. I am employed as a Trial Attorney to Peter C. Anderson the United States Trustee for Central District of California, Region 16, Riverside Field Office. I submit this declaration in support of the U.S. Trustee's motion to reopen. I make this declaration of my own personal knowledge except where stated on information and belief which I believe to be true. If called as a witness, I could and would testify truthfully to the information contained herein.

2. According to the disclosure of attorney compensation statement, Benjamin Heston of Nexus Bankruptcy charged $7,000 to serve as chapter 11 counsel of record. A true and correct copy of the compensation statement is attached hereto as **Exhibit 1**.

3. The docket does not reflect an order authorizing Mr. Heston to represent the Debtor. A true and correct copy of the docket is attached hereto as **Exhibit 2**.

4. The U.S. Trustee seeks to reopen this bankruptcy case so that the Court can consider a motion to deny fees to Mr. Heston.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 2, 2024, at Riverside, California.

/s/ Everett L. Green
Everett L. Green

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3801 University Ave., Ste. 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): Motion to Reopen Bankruptcy Case
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/02/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached electronic mail notice list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/02/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, 7419, LLC, 7419 Via Deldene, Highland, CA 92346-3933

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/02/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Magdalena Reyes Bordeau, 3420 Twelfth St. Ste. 346, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/02/2024 | Everett L. Green | /s/ Everett L. Green |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:24-bk-12519-RB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Arnold L Graff**    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Everett L Green**    everett.l.green@usdoj.gov
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

# Exhibit 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**    7419 LLC

Case No. _____

**Debtor**

Chapter    **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. **$7,000.00**

   Prior to the filing of this statement I have received ...................................................................... **$4,000.00**

   Balance Due ................................................................................................................................... **$3,000.00**

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify)    **Manager/Owner, Syed Sajjad Hussain**

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

Exhibit 1, pg. 6

# Exhibit 2

11/27/24, 1:59 PM
Case 6:24-bk-12519-RB    Doc 46    Filed 12/02/24    Entered 12/02/24 15:52:16    Desc
Main Document    Page 10 of 15
CM/ECF - U.S. Bankruptcy Court (v1.7.2 - LIVE)

DsclsDue, PlnDue, BARDEBTOR, RestrictedDISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Riverside)
### Bankruptcy Petition #: 6:24-bk-12519-RB

*Assigned to:* Magdalena Reyes Bordeaux
Chapter 11
Voluntary
Asset

*Date filed:* 05/07/2024
*Date terminated:* 10/28/2024
*Debtor dismissed:* 10/09/2024
*341 meeting:* 08/26/2024
*Deadline for objecting to discharge:* 08/09/2024

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**7419 LLC**<br>7419 Via Deldene<br>Highland, CA 92346-3933<br>SAN BERNARDINO-CA<br>Tax ID / EIN: 84-3302432 | represented by **Benjamin Heston**<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>949-312-1377<br>Fax : 949-288-2054<br>Email: bhestonecf@gmail.com |
| **U.S. Trustee**<br>**United States Trustee (RS)**<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3200<br>(951) 276-6990 | represented by **Abram Feuerstein, esq**<br>Office of US Trustee<br>3801 University Avenue<br>St 720<br>Riverside, CA 92501<br>951-276-6975<br>Fax : 951-276-6973<br>Email: abram.s.feuerstein@usdoj.gov<br><br>**Everett L Green**<br>Office of the US Trustee<br>3801 University Avenue<br>Ste 720<br>Riverside, CA 92501<br>951-276-6063<br>Fax : 951-276-6973<br>Email: everett.l.green@usdoj.gov<br><br>**Cameron C Ridley**<br>Office of the United States Trustee<br>3801 University Ave Ste 720<br>Riverside, CA 92501<br>951-276-6354<br>Fax : 951-276-6973<br>Email: Cameron.Ridley@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|

Exhibit 2, pg. 8

| | | |
|---|---|---|
| 05/07/2024 | [1](#)<br>(46 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by 7419 LLC (Heston, Benjamin) WARNING: See docket entry no. 2 & 3 for corrective action. Case is deficient for Corporate Resolution Authorizing Filing of Petition due 5/21/2024. Incomplete Filings due by 5/21/2024. Modified on 5/7/2024 (EZ). (Entered: 05/07/2024) |
| 05/07/2024 | | Receipt of Voluntary Petition (Chapter 11)( 6:24-bk-12519) [misc,volp11] (1738.00) Filing Fee. Receipt number A56827765. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 05/07/2024) |
| 05/07/2024 | 2 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 3<br>(1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 4<br>(1 pg) | Notice of Case Deficiency Under 11 U.S.C. Sec. 521(a)(1) and Bankruptcy Rule 1007 (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) WARNING: Incorrect docket entry due to clerical error. Notice not generated thru BNC. Modified on 5/7/2024 (EZ). (Entered: 05/07/2024) |
| 05/07/2024 | 5<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 6<br>(5 pgs) | Addendum to voluntary petition *Corrected PDF*, Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) (New 12/2015) Filed by Debtor 7419 LLC. (Heston, Benjamin) (Entered: 05/07/2024) |
| 05/07/2024 | 7<br>(1 pg) | Corporate resolution authorizing filing of petitions Filed by Debtor 7419 LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Heston, Benjamin) (Entered: 05/07/2024) |
| 05/09/2024 | 8<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)5 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 05/09/2024. (Admin.) (Entered: 05/09/2024) |
| 05/09/2024 | 9<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 05/09/2024. (Admin.) (Entered: 05/09/2024) |
| 05/10/2024 | 10<br>(6 pgs) | Order setting initial status conference in chapter 11 case - Scheduling and Case Management Conference (BNC-PDF) Signed on 5/10/2024 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC). Status hearing to be held on 6/6/2024 at 02:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux Initial Status Conference Report Due By 5/23/2024. (SH) . (Entered: 05/10/2024) |

Exhibit 2, pg. 9

| | | |
|---|---|---|
| 05/10/2024 | [11](#) (5 pgs) | Addendum to voluntary petition *see item #7* Filed by Debtor 7419 LLC. (Heston, Benjamin) (Entered: 05/10/2024) |
| 05/10/2024 | 12 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) Status hearing to be held on 6/6/2024 at 02:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux (SH) (Entered: 05/10/2024) |
| 05/10/2024 | [13](#) (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/10/2024 at 10:30 AM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. Last day to oppose discharge or dischargeability is 8/9/2024. (ME6) (Entered: 05/10/2024) |
| 05/12/2024 | [14](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)13 Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 4. Notice Date 05/12/2024. (Admin.) (Entered: 05/12/2024) |
| 05/12/2024 | [15](#) (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)10 Order setting initial status conference in chapter 11 case (BNC-PDF)) No. of Notices: 1. Notice Date 05/12/2024. (Admin.) (Entered: 05/12/2024) |
| 05/13/2024 | [16](#) (2 pgs) | Notice *Of Telephonic Meeting of Creditors Pursuant To 11 U.S.C. § 341(a) & FRBP 2003* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)13 Meeting of Creditors 341(a) meeting to be held on 6/10/2024 at 10:30 AM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. Last day to oppose discharge or dischargeability is 8/9/2024. (ME6)). (Green, Everett) (Entered: 05/13/2024) |
| 05/20/2024 | [17](#) (5 pgs) | Notice of Appearance and Request for Notice by Arnold L Graff Filed by Creditor Worldwide Lenders, Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management. (Graff, Arnold) (Entered: 05/20/2024) |
| 05/24/2024 | [18](#) (12 pgs) | Status Report for Chapter 11 Status Conference Filed by Debtor 7419 LLC (RE: related document(s)10 Order setting initial status conference in chapter 11 case (BNC-PDF)). (Heston, Benjamin) (Entered: 05/24/2024) |
| 05/31/2024 | [19](#) (2 pgs) | Order Continuing Adversary Status Conference - The hearing set on 6/6/24 at 2:00 p.m. is continued to 6/20/24 at 2:00 p.m. in Courtroom 303. (BNC-PDF) (Related Doc # [1](#) ) Adversary Complaint) Signed on 5/31/2024 (SH) (Entered: 05/31/2024) |
| 05/31/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](#) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 06/20/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](#) , (SH) (Entered: 05/31/2024) |
| 06/02/2024 | [20](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)19 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/02/2024. (Admin.) (Entered: 06/02/2024) |
| 06/06/2024 | 21 | Hearing Held - Vacated; Continued to 6/20/24 at 2:00 P.M. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC |

| | | |
|---|---|---|
| | | (SH) (Entered: 06/07/2024) |
| 06/10/2024 | 22 | Trustee's Notice of Continued Meeting of Creditors Filed by U.S. Trustee United States Trustee (RS). 341(a) Meeting Continued to 8/26/2024 at 02:15 PM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. (Green, Everett) (Entered: 06/10/2024) |
| 06/10/2024 | [23](#) (2 pgs) | Notice *of Continued Telephonic Meeting of Creditors Pursuant To 11 U.S.C. § 341(a) & FRBP 2003* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s) 22 Trustee's Notice of Continued Meeting of Creditors Filed by U.S. Trustee United States Trustee (RS). 341(a) Meeting Continued to 8/26/2024 at 02:15 PM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551.). (Green, Everett) (Entered: 06/10/2024) |
| 06/18/2024 | [24](#) (2 pgs) | Order Continuing Chapter 11 Status Conference - The hearing on 6/20/24 at 2:00 p.m. is continued to 6/27/24 at 2:00 p.m. in courtroom 303. (BNC-PDF) (Related Doc # [1](#) ) Signed on 6/18/2024 (SH) (Entered: 06/18/2024) |
| 06/18/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](#) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 06/27/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](#) , (SH) (Entered: 06/18/2024) |
| 06/20/2024 | 25 | Hearing Held - Vacated; Continued to 6/27/24 at 2:00 p.m. (RE: related document(s) [10](#) Order Setting Initial Status Conference in Chapter 11 Case (BNC-PDF) ) (SH) (Entered: 06/20/2024) |
| 06/20/2024 | [26](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[24](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/20/2024. (Admin.) (Entered: 06/20/2024) |
| 06/27/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](#) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 08/08/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](#) , (SH) (Entered: 06/27/2024) |
| 07/05/2024 | [27](#) (2 pgs) | Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ) (Entered: 07/05/2024) |
| 07/05/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](#) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 08/22/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](#) , (CJ) (Entered: 07/05/2024) |
| 07/07/2024 | [28](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[27](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/07/2024. (Admin.) (Entered: 07/07/2024) |

| Date | Doc # | Description |
|---|---|---|
| 08/08/2024 | 29 | Hearing Held - Vacated; Continued to 8/22/24 at 2:00 p.m. (RE: related document(s) 10 Order setting Scheduling and Case Management Conference). (SH) (Entered: 08/08/2024) |
| 08/21/2024 | 30 (21 pgs) | Notice *of Debtor's Delinquency & Failure to Comply with United States Trustee Reporting Requirements, with proof of service* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)27 Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ)). (Green, Everett) (Entered: 08/21/2024) |
| 08/22/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 09/26/2024 at 03:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10, (SH). (Entered: 08/23/2024) |
| 08/29/2024 | 31 (7 pgs) | Motion to Dismiss Debtor Filed by Debtor 7419 LLC (Heston, Benjamin) (Entered: 08/29/2024) |
| 08/30/2024 | 32 | Hearing Set (RE: related document(s)31 Dismiss Debtor filed by Debtor 7419 LLC) The Hearing date is set for 9/26/2024 at 03:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux (CJ) (Entered: 08/30/2024) |
| 09/06/2024 | 33 (2 pgs) | Order Advancing (1) Hearing on Debtor's Motion to Dismiss Chapter 11 Case; and (2) Chapter 11 Startus Conference - The hearings set for 9/26/24 at 3:00 p.m., will be advanced to 9/26/24 at 2:00 p.m. (BNC-PDF) (Related Doc # doc ) Signed on 9/6/2024 (SH) (Entered: 09/06/2024) |
| 09/06/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 31 DISMISS DEBTOR filed by 7419 LLC) Hearing to be held on 09/26/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 31 , (SH) (Entered: 09/06/2024) |
| 09/06/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 09/26/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10 , (SH) (Entered: 09/06/2024) |
| 09/08/2024 | 34 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)33 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/08/2024. (Admin.) (Entered: 09/08/2024) |
| 09/09/2024 | 35 (5 pgs) | Statement *Regarding Inability to Appoint Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)* Filed by U.S. Trustee United States Trustee (RS). (Green, Everett) (Entered: 09/09/2024) |
| 09/11/2024 | 36 (93 pgs; 2 docs) | Response to (related document(s): 31 Motion to Dismiss Debtor filed by Debtor 7419 LLC) Filed by U.S. Trustee United States Trustee (RS) (Attachments: # 1 Declaration of Everett L. Green) (Green, Everett) (Entered: 09/11/2024) |

Exhibit 2, pg. 12

| 09/26/2024 | 37 | Hearing Held - Granted (RE: related document(s)[31](#) Dismiss Debtor filed by Debtor 7419 LLC) (SH). (Entered: 09/27/2024) |
|---|---|---|
| 09/26/2024 | 38 | Hearing Held re: Status Conference - Case dismissed with a 180-day bar. (SH) (Entered: 09/27/2024) |
| 09/26/2024 | 39 | Hearing Held - Vacated; Advanced to 9/26/24 at 2:00 p.m. (RE: related document(s) [31](#) Dismiss Debtor filed by Debtor 7419 LLC) (SH) (Entered: 09/27/2024) |
| 09/26/2024 | 40 | Hearing Held re: Status Conference - Vacated; Advanced to 9/26/24 at 2:00 p.m. (RE: related document(s) [10](#) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) (SH) (Entered: 09/27/2024) |
| 10/04/2024 | | An Order is to be Lodged by Ben Heston for 7419 LLC (RE: related document(s)[31](#) Dismiss Debtor filed by Debtor 7419 LLC) Order due by 10/8/2024. (SH) (Entered: 10/04/2024) |
| 10/09/2024 | [41](#) (2 pgs) | ORDER of dismissal with special restriction-period against re-filing a new bankruptcy case - **Debtor** Dismissed for 180-days. (BNC-PDF)Barred Debtor 7419 LLC starting 10/9/2024 to 4/7/2025 Signed on 10/9/2024 (RE: related document(s) [31](#) Dismiss Debtor filed by Debtor 7419 LLC). (SH) (Entered: 10/09/2024) |
| 10/09/2024 | [42](#) (1 pg) | Notice of dismissal with restriction for against debtor's refiling (BNC) (SH) (Entered: 10/09/2024) |
| 10/11/2024 | [43](#) (3 pgs) | BNC Certificate of Notice (RE: related document(s)[42](#) Notice of dismissal with restriction for against debtor's refiling (BNC)) No. of Notices: 6. Notice Date 10/11/2024. (Admin.) (Entered: 10/12/2024) |
| 10/11/2024 | [44](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[41](#) ORDER of dismissal with special restriction-period against re-filing a new bankruptcy case (BNC-PDF)) No. of Notices: 1. Notice Date 10/11/2024. (Admin.) (Entered: 10/12/2024) |
| 10/28/2024 | 45 | Bankruptcy Case Closed - DISMISSED. An Order dismissing the above referenced bankruptcy case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, the bond is exonerated, and this case is therefore closed. (SH) (Entered: 10/28/2024) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/27/2024 13:59:43 | | |
| **PACER Login:** | Everett.L.Green | **Client Code:** |

Exhibit 2, pg. 13