**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>**7419 LLC,**<br><br>　　　　Debtor and<br>　　　　Debtor-In-Possession. | Case No: **6:24-bk-12519-RB**<br><br>**Chapter 11**<br><br>**OPPOSITION TO THE UNITED STATES TRUSTEE'S EX PARTE MOTION TO REOPEN BANKRUPTCY CASE**<br><br>[No Hearing Set] |

　　　Debtor's Counsel, Benjamin Heston, hereby submits this Opposition to the US Trustee's Motion to Reopen, and alleges as follows:

## I.
## **INTRODUCTION**

　　　The U.S. Trustee's Motion is predicated on an alleged failure to comply with the requirements for court approval of attorney compensation. However, contrary to the allegations, Debtor's Counsel collected a total of $4,000 for this case, which was fully paid before the case was filed. **No fees were collected post-petition.** The reopening of this case is unnecessary and would cause undue burden and expense.

1

## II.

## FACTUAL BACKGROUND

1. As stated on the Discolusure of Compensation of Attorney for Debtor (docket #1, pp 40-41), the total compensation quoted for this case was $7,000. Of this amount, $4,000 was paid prior to the case being filed, which left $3,000 after the case was filed.
2. Due to the inevitability of the case's failure, in part due to the financial difficulties of the Debtor's principal, Heston did not seek any further compensation except. No post-petition payments were received, and no additional fees were collected outside the scope of court approval.
3. Following the dismissal of the case, Debtor's Counsel has not sought nor will he seek any further compensation.

## III.

## ARGUMENT

Section 350(b) of the Bankruptcy Code allows a case to be reopened to "administer assets, to accord relief to the debtor, or for other cause." The US Trustee has failed to demonstrate sufficient cause to justify reopening this case.

1. **Fees Were Only Collected Pre-Petition**
   The U.S. Trustee erroneously claims that $7,000 was collected without court approval. In reality, the total fee charged was $4,000, all of which was collected pre-petition. Since no post-petition payments were collected, there is no violation warranting disgorgement or reopening of the case.
2. **Reopening the Case Would Cause Undue Burden and Waste of Resources**
   Reopening a bankruptcy case imposes administrative burdens and expenses on the court and the parties involved. Absent a more clear basis for disgorgement or misconduct, reopening the case would be a waste use of judicial resources. Where there is no purpose served by reopening, the Court should deny a motion to reopen. See In re Beezley, 994 F.2d 1433 (9th Cir. 1993).

## IV.

## **CONCLUSION**

For the reasons stated above, it is respectfully requested that the Court deny the US Trustee's Motion to Reopen.

          Respectfully submitted,

**NEXUS BANKRUPTCY**

Date: December 6, 2024      /s/Benjamin Heston
      BENJAMIN HESTON,
      Attorney for Debtor-In-Possession

# DECLARATION OF BENJAMIN HESTON

I, Benjamin Heston, declare as follows:

1. I have personal knowledge of all matters stated herein, and I could competently testify to the allegations contained herein.

2. As stated in the Disclosure of Compensation of Attorney for Debtor filed in this case, the total compensation quoted for this case was $7,000.

3. Of the $7,000 quoted, $4,000 was paid to me prior to the filing of the bankruptcy case.

4. No payments were received post-petition, and I did not seek or collect any additional compensation after the case was filed.

5. Following the dismissal of the case, I have not sought and will not seek any further compensation in connection with this matter.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 6, 2024                          /s/Benjamin Heston
                                                BENJAMIN HESTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO THE UNITED STATES TRUSTEE'S EX PARTE MOTION TO REOPEN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/6/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Arnold L Graff**    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Everett L Green**    everett.l.green@usdoj.gov
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/6/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**