PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:     (951) 276-6990
Facsimile:      (951) 276-6973
Email:           Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>            Debtor. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**NOTICE OF HEARING OF UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE**<br><br>**Hearing:**<br>Date:    January 9, 2025<br>Time:   2:00 p.m.<br>Place:  Courtroom 303<br>          United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that on January 9, 2025, at 2:00 p.m., in Courtroom 303 of the United States Bankruptcy Court located at 3420 Twelfth Street, Riverside, California 92501, Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee") will move, pursuant to Section 350(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 5010 and Local Bankruptcy Rule 5010-1,[1] for an order reopening the chapter 11 bankruptcy case of 7419, LLC ("Motion") so that the court can consider a motion to disgorge fees against the Debtor's proposed bankruptcy counsel.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based on the attached memorandum of points and authorities, the supporting declaration and exhibits attached thereto and such argument or evidence that may be presented at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

DATED: December 18, 2024　　　　　　　　PETER C. ANDERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　By:　/s/ Everett L. Green
　　　　　　　　　　　　　　　　　　　　Everett L. Green
　　　　　　　　　　　　　　　　　　　　Trial Attorney

---

[1] Unless stated otherwise, all chapter, section, rule, and local bankruptcy rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, the Federal Rules of Bankruptcy Procedure, Rules 1001-9037, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.