PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>    Debtor. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**PROOF OF SERVICE:**<br><br>**NOTICE OF HEARING OF UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE**<br><br>**Hearing:**<br>Date:    January 9, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 303<br>            United States Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Hearing of United States Trustee's Ex Parte Motion to Reopen Bankruptcy Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 19, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Electronic Mail Notice List.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I caused BMC Group Inc. to serve the attached list of creditors and parties-in-interest. Please see the attached service list provided by BMC Group, Inc..

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 19, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I caused BMC Group Inc. to serve a Judge's copy via overnight mail. Please see the attached service list provided by BMC Group, Inc..

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2024 | Adela M. Salgado | */s/ Adela M. Salgado* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

# Mailing Information for Case 6:24-bk-12519-RB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Abram Feuerstein**     abram.s.feuerstein@usdoj.gov
- **Arnold L Graff**     agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Everett L Green**     everett.l.green@usdoj.gov
- **Benjamin Heston**     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Cameron C Ridley**     Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

UNITED STATES BANKRUPTCY COURT
Central District of California Riverside

| | |
|---|---|
| In re:<br>  7419 LLC,<br>       Debtor(s). | Case No.: 24-12519<br>Chapter: 11 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 12/19/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

NOTICE OF HEARING OF    UNITED STATES TRUSTEE'S EX PARTE    MOTION TO REOPEN BANKRUPTCY CASE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

12/19/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**7419 LLC 24-12519**

| List ID | Name and Address of Served Party | Mode of Service | |
|---|---|---|---|
| 20685 | 7419 LLC , 7419 Via Deldene, Highland, CA, 92346-3933, United States of America | First Class | |
| 20685 | Benjamin Heston , Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626-3063, United States of America | First Class | |
| 20685 | Eugo Harris P. Ejike , 21671 Gateway Center Dr Ste 205, Diamond Bar, CA, 91765-2468 | First Class | |
| 20685 | FRANCHISE TAX BOARD , BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | First Class | |
| 20685 | Magdalena Reyes Bordeaux, United States Bankruptcy Court, 3420 Twelfth Street, Suite 365, Riverside, CA, 92501 | Overnight | 421354496656 |
| 20685 | San Bernardino County , Office of the Tax Coll, 268 West Hospitality Ln 1st Flr, San Bernardino, CA, 92415-0900 | First Class | |
| 20685 | San Bernardino Tax Collector , 268 W Hospitality Ln Fl 1, Sn Bernrdno, CA, 92415-0900 | First Class | |
| 20685 | Val-Chris Investments , 2601 Main St Ste 400, Irvine, CA, 92614-4213 | First Class | |
| 20685 | Worldwide Lenders, Inc., a Delaware Corporat, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA, 92660-1811 | First Class | |