United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12519-RB |
| 7419 LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 19, 2024 | Form ID: van221mz | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | 7419 LLC, 7419 Via Deldene, Highland, CA 92346-3933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Arnold L Graff | on behalf of Creditor Worldwide Lenders Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor 7419 LLC bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

FormCACB (hrgcnt – van221mz)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
7419 LLC

**BANKRUPTCY NO.** 6:24-bk-12519-RB
**CHAPTER** 11

**SSN:** N/A
**EIN:** 84-3302432

7419 Via Deldene
Highland, CA 92346-3933

**NOTICE IS HEREBY GIVEN** that the hearing regarding: USTO Motion to Reopen Chapter 11 Case.

Is hereby rescheduled/continued.

**Current hearing date:**
  **Date:** January 9, 2025
  **Time:** 2:00 PM
  **Hearing Judge:** Magdalena Reyes Bordeaux

**New hearing date:**
  **Date:** **January 16, 2025**
  **Time:** **02:00 PM**
  **Hearing Judge:** **Magdalena Reyes Bordeaux**

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

  **Videoconference URL:** https://cacb.zoomgov.com/s/1617286588
  **Meeting ID:** 161 728 6588
  **Password:** 3032025

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

  **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
  **Meeting ID:** 161 728 6588
  **Password:** 3032025

Dated: December 19, 2024

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgcnt – van221mz v. 12/2021))

**50 – 46 / SH**