| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>ABRAM S. FEUERSTEIN, SBN 133775<br>ASSISTANT UNITED STATES TRUSTEE<br>EVERETT L. GREEN, SBN 237936<br>TRIAL ATTORNEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>3801 University Avenue, Suite 720, Riverside, CA 92501<br>Tel: (951) 276-6990  Fax: (951) 276-6973<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>7419 LLC,<br><br><br><br>Debtor(s) | CASE NO.: 6:24-bk-12519-RB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>United States Trustee's Ex Parte Motion to Reopen Bankruptcy Case |
|---|---|

PLEASE TAKE NOTE that the order titled U.S. Trustee's Ex Parte Motion to Reopen Bankruptcy Case

was lodged on (*date*) __01/27/2025__ and is attached.  This order relates to the motion which is docket number 46 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3801 University Avenue, Suite 3801, Riverside, CA 92501


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____01/27/2025____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 See attached

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On (*date*) ____01/27/2025____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Debtor, 7419 LLC, 7419 Via Deldrene, Highland, CA 92346-3933

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____01/27/2025____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 Hon. Magdalena Reyes Bordeaux, 3420 Twelfth St. Ste. 365, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/27/2025 | Everett L. Green | /s/ Everett L. Green |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Mailing Information for Case 6:24-bk-12519-RB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Arnold L Graff**    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Everett L Green**    everett.l.green@usdoj.gov
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

Attachment

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  ABRAM S. FEUERSTEIN, SBN 133775
   ASSISTANT UNITED STATES TRUSTEE
3  EVERETT L. GREEN, SBN 237936
   TRIAL ATTORNEY
4  UNITED STATES DEPARTMENT OF JUSTICE
   OFFICE OF THE UNITED STATES TRUSTEE
5  3801 University Avenue, Suite 720
   Riverside, CA 92501-2804
6  Telephone:    (951) 276-6990
   Facsimile:    (951) 276-6973
7  Email:        Everett.L.Green@usdoj.gov

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **RIVERSIDE DIVISION**

11

12 | In re:                          | Case No. 6:24-bk-12519-RB
                                     |
13 | 7419 LLC,                       | Chapter 11
                                     |
14 |                                 |
                                     |
15 |            Debtor.              | **ORDER GRANTING UNITED STATES
                                     | TRUSTEE'S *EX PARTE* MOTION TO REOPEN
16 |                                 | BANKRUPTCY CASE**
                                     |
17 |                                 |
                                     | **Hearing:**
18 |                                 | Date:        January 23, 2025
                                     | Time:        2:00 p.m.
19 |                                 | Place:       United States Bankruptcy Court
                                     |              Courtroom 303
20 |                                 |              3420 Twelfth Street
                                     |              Riverside, CA 92501
21 |                                 |

22

23         The court held a hearing on January 23, 2025, on the Motion to Reopen Bankruptcy Case

24 ("Motion") filed on December 2, 2024, as docket number 46 by Peter C. Anderson, the United States

25 Trustee for Central District of California, Region 16 ("U.S. Trustee'), for the entry of an order reopening

26 the bankruptcy case of chapter 11 debtor, 7419, LLC.

27         Everett L. Green, Esq., appeared on behalf of the U.S. Trustee.  Benjamin Heston, Esq., appeared

28 on behalf of the Debtor.

-1-

1      Finding that good cause exists to grant the Motion, and for the reasons stated on the record, **IT IS**

2   **HEREBY ORDERED** that the Motion is granted, and the bankruptcy case is reopened.

3      *###*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-