PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**JAN 29 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br><br>                    Debtor. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE**<br><br><br>**Hearing:**<br>Date:        January 23, 2025<br>Time:        2:00 p.m.<br>Place:       United States Bankruptcy Court<br>                  Courtroom 303<br>                  3420 Twelfth Street<br>                  Riverside, CA 92501 |

The court held a hearing on January 23, 2025, on the Motion to Reopen Bankruptcy Case ("Motion") filed on December 2, 2024, as docket number 46 by Peter C. Anderson, the United States Trustee for Central District of California, Region 16 ("U.S. Trustee'), for the entry of an order reopening the bankruptcy case of chapter 11 debtor, 7419, LLC.

Everett L. Green, Esq., appeared on behalf of the U.S. Trustee.  Benjamin Heston, Esq., appeared on behalf of the Debtor.

Finding that good cause exists to grant the Motion, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is granted, and the bankruptcy case is reopened.

###

Date: January 29, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge