United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 24-12519-RB

7419 LLC                                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | 7419 LLC, 7419 Via Deldene, Highland, CA 92346-3933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Arnold L Graff | on behalf of Creditor Worldwide Lenders  Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor 7419 LLC bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:     (951) 276-6973
Email:          Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**JAN 29 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re:

7419 LLC,

               Debtor.

Case No. 6:24-bk-12519-RB

Chapter 11

**ORDER GRANTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE**

**Hearing:**
Date:     January 23, 2025
Time:    2:00 p.m.
Place:   United States Bankruptcy Court
          Courtroom 303
          3420 Twelfth Street
          Riverside, CA 92501

      The court held a hearing on January 23, 2025, on the Motion to Reopen Bankruptcy Case

("Motion") filed on December 2, 2024, as docket number 46 by Peter C. Anderson, the United States

Trustee for Central District of California, Region 16 ("U.S. Trustee'), for the entry of an order reopening

the bankruptcy case of chapter 11 debtor, 7419, LLC.

      Everett L. Green, Esq., appeared on behalf of the U.S. Trustee.  Benjamin Heston, Esq., appeared

on behalf of the Debtor.

-1-

Finding that good cause exists to grant the Motion, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is granted, and the bankruptcy case is reopened.

### ###

Date: January 29, 2025

*Magdalena Reyes Bordeaux*

Magdalena Reyes Bordeaux
United States Bankruptcy Judge