# Exhibit 1

# U.S. Bankruptcy Court
## Central District of California (Riverside)
### Bankruptcy Petition #: 6:24-bk-12519-RB

|  |  |
|---|---|
| *Assigned to:* Magdalena Reyes Bordeaux<br>Chapter 11<br>Voluntary<br>Asset | *Date filed:* 05/07/2024<br>*Date terminated:* 10/28/2024<br>*Debtor dismissed:* 10/09/2024<br>*341 meeting:* 08/26/2024<br>*Deadline for objecting to discharge:* 08/09/2024 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**7419 LLC**<br>7419 Via Deldene<br>Highland, CA 92346-3933<br>SAN BERNARDINO-CA<br>Tax ID / EIN: 84-3302432 | represented by **Benjamin Heston**<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>949-312-1377<br>Fax : 949-288-2054<br>Email: bhestonecf@gmail.com |
| *U.S. Trustee*<br>**United States Trustee (RS)**<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3200<br>(951) 276-6990 | represented by **Abram Feuerstein, esq**<br>Office of US Trustee<br>3801 University Avenue<br>St 720<br>Riverside, CA 92501<br>951-276-6975<br>Fax : 951-276-6973<br>Email: abram.s.feuerstein@usdoj.gov |
| | **Everett L Green**<br>Office of the US Trustee<br>3801 University Avenue<br>Ste 720<br>Riverside, CA 92501<br>951-276-6063<br>Fax : 951-276-6973<br>Email: everett.l.green@usdoj.gov |
| | **Cameron C Ridley**<br>Office of the United States Trustee<br>3801 University Ave Ste 720<br>Riverside, CA 92501<br>951-276-6354<br>Fax : 951-276-6973<br>Email: Cameron.Ridley@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|

Exhbiit 1, pg. 13

| Date | Doc # | Description |
|---|---|---|
| 05/07/2024 | 1 (46 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by 7419 LLC (Heston, Benjamin) WARNING: See docket entry no. 2 & 3 for corrective action. Case is deficient for Corporate Resolution Authorizing Filing of Petition due 5/21/2024. Incomplete Filings due by 5/21/2024. Modified on 5/7/2024 (EZ). (Entered: 05/07/2024) |
| 05/07/2024 | | Receipt of Voluntary Petition (Chapter 11)( 6:24-bk-12519) [misc,volp11] (1738.00) Filing Fee. Receipt number A56827765. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 05/07/2024) |
| 05/07/2024 | 2 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 3 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 4 (1 pg) | Notice of Case Deficiency Under 11 U.S.C. Sec. 521(a)(1) and Bankruptcy Rule 1007 (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) WARNING: Incorrect docket entry due to clerical error. Notice not generated thru BNC. Modified on 5/7/2024 (EZ). (Entered: 05/07/2024) |
| 05/07/2024 | 5 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) (EZ) (Entered: 05/07/2024) |
| 05/07/2024 | 6 (5 pgs) | Addendum to voluntary petition *Corrected PDF*, Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) (New 12/2015) Filed by Debtor 7419 LLC. (Heston, Benjamin) (Entered: 05/07/2024) |
| 05/07/2024 | 7 (1 pg) | Corporate resolution authorizing filing of petitions Filed by Debtor 7419 LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Heston, Benjamin) (Entered: 05/07/2024) |
| 05/09/2024 | 8 (2 pgs) | BNC Certificate of Notice (RE: related document(s)5 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 05/09/2024. (Admin.) (Entered: 05/09/2024) |
| 05/09/2024 | 9 (2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 05/09/2024. (Admin.) (Entered: 05/09/2024) |
| 05/10/2024 | 10 (6 pgs) | Order setting initial status conference in chapter 11 case - Scheduling and Case Management Conference (BNC-PDF) Signed on 5/10/2024 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC). Status hearing to be held on 6/6/2024 at 02:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux Initial Status Conference Report Due By 5/23/2024. (SH) . (Entered: 05/10/2024) |

Exhbiit 1, pg. 14

| Date | Doc # | Description |
|---|---|---|
| 05/10/2024 | [11](#) (5 pgs) | Addendum to voluntary petition *see item #7* Filed by Debtor 7419 LLC. (Heston, Benjamin) (Entered: 05/10/2024) |
| 05/10/2024 | 12 | Hearing Set (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC) Status hearing to be held on 6/6/2024 at 02:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux (SH) (Entered: 05/10/2024) |
| 05/10/2024 | [13](#) (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/10/2024 at 10:30 AM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. Last day to oppose discharge or dischargeability is 8/9/2024. (ME6) (Entered: 05/10/2024) |
| 05/12/2024 | [14](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)[13](#) Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 4. Notice Date 05/12/2024. (Admin.) (Entered: 05/12/2024) |
| 05/12/2024 | [15](#) (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[10](#) Order setting initial status conference in chapter 11 case (BNC-PDF)) No. of Notices: 1. Notice Date 05/12/2024. (Admin.) (Entered: 05/12/2024) |
| 05/13/2024 | [16](#) (2 pgs) | Notice *Of Telephonic Meeting of Creditors Pursuant To 11 U.S.C. § 341(a) & FRBP 2003* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)[13](#) Meeting of Creditors 341(a) meeting to be held on 6/10/2024 at 10:30 AM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. Last day to oppose discharge or dischargeability is 8/9/2024. (ME6)). (Green, Everett) (Entered: 05/13/2024) |
| 05/20/2024 | [17](#) (5 pgs) | Notice of Appearance and Request for Notice by Arnold L Graff Filed by Creditor Worldwide Lenders, Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management. (Graff, Arnold) (Entered: 05/20/2024) |
| 05/24/2024 | [18](#) (12 pgs) | Status Report for Chapter 11 Status Conference Filed by Debtor 7419 LLC (RE: related document(s)[10](#) Order setting initial status conference in chapter 11 case (BNC-PDF)). (Heston, Benjamin) (Entered: 05/24/2024) |
| 05/31/2024 | [19](#) (2 pgs) | Order Continuing Adversary Status Conference - The hearing set on 6/6/24 at 2:00 p.m. is continued to 6/20/24 at 2:00 p.m. in Courtroom 303. (BNC-PDF) (Related Doc # [1](#) ) Adversary Complaint) Signed on 5/31/2024 (SH) (Entered: 05/31/2024) |
| 05/31/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [10](#) ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 06/20/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for [10](#) , (SH) (Entered: 05/31/2024) |
| 06/02/2024 | [20](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[19](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/02/2024. (Admin.) (Entered: 06/02/2024) |
| 06/06/2024 | 21 | Hearing Held - Vacated; Continued to 6/20/24 at 2:00 P.M. (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor 7419 LLC |

| | | |
|---|---|---|
| | | (SH) (Entered: 06/07/2024) |
| 06/10/2024 | 22 | Trustee's Notice of Continued Meeting of Creditors Filed by U.S. Trustee United States Trustee (RS). 341(a) Meeting Continued to 8/26/2024 at 02:15 PM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551. (Green, Everett) (Entered: 06/10/2024) |
| 06/10/2024 | 23 (2 pgs) | Notice *of Continued Telephonic Meeting of Creditors Pursuant To 11 U.S.C. § 341(a) & FRBP 2003* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s) 22 Trustee's Notice of Continued Meeting of Creditors Filed by U.S. Trustee United States Trustee (RS). 341(a) Meeting Continued to 8/26/2024 at 02:15 PM at UST-RS1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-822-7121, PARTICIPANT CODE:6203551.). (Green, Everett) (Entered: 06/10/2024) |
| 06/18/2024 | 24 (2 pgs) | Order Continuing Chapter 11 Status Conference - The hearing on 6/20/24 at 2:00 p.m. is continued to 6/27/24 at 2:00 p.m. in courtroom 303. (BNC-PDF) (Related Doc # 1 ) Signed on 6/18/2024 (SH) (Entered: 06/18/2024) |
| 06/18/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 06/27/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10 , (SH) (Entered: 06/18/2024) |
| 06/20/2024 | 25 | Hearing Held - Vacated; Continued to 6/27/24 at 2:00 p.m. (RE: related document(s) 10 Order Setting Initial Status Conference in Chapter 11 Case (BNC-PDF) ) (SH) (Entered: 06/20/2024) |
| 06/20/2024 | 26 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/20/2024. (Admin.) (Entered: 06/20/2024) |
| 06/27/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 08/08/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10 , (SH) (Entered: 06/27/2024) |
| 07/05/2024 | 27 (2 pgs) | Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ) (Entered: 07/05/2024) |
| 07/05/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 08/22/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10 , (CJ) (Entered: 07/05/2024) |
| 07/07/2024 | 28 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)27 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/07/2024. (Admin.) (Entered: 07/07/2024) |

| | | |
|---|---|---|
| 08/08/2024 | 29 | Hearing Held - Vacated; Continued to 8/22/24 at 2:00 p.m. (RE: related document(s) 10 Order setting Scheduling and Case Management Conference). (SH) (Entered: 08/08/2024) |
| 08/21/2024 | 30 (21 pgs) | Notice *of Debtor's Delinquency & Failure to Comply with United States Trustee Reporting Requirements, with proof of service* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)27 Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ)). (Green, Everett) (Entered: 08/21/2024) |
| 08/22/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 09/26/2024 at 03:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10, (SH). (Entered: 08/23/2024) |
| 08/29/2024 | 31 (7 pgs) | Motion to Dismiss Debtor Filed by Debtor 7419 LLC (Heston, Benjamin) (Entered: 08/29/2024) |
| 08/30/2024 | 32 | Hearing Set (RE: related document(s)31 Dismiss Debtor filed by Debtor 7419 LLC) The Hearing date is set for 9/26/2024 at 03:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Magdalena Reyes Bordeaux (CJ) (Entered: 08/30/2024) |
| 09/06/2024 | 33 (2 pgs) | Order Advancing (1) Hearing on Debtor's Motion to Dismiss Chapter 11 Case; and (2) Chapter 11 Startus Conference - The hearings set for 9/26/24 at 3:00 p.m., will be advanced to 9/26/24 at 2:00 p.m. (BNC-PDF) (Related Doc # doc ) Signed on 9/6/2024 (SH) (Entered: 09/06/2024) |
| 09/06/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 31 DISMISS DEBTOR filed by 7419 LLC) Hearing to be held on 09/26/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 31 , (SH) (Entered: 09/06/2024) |
| 09/06/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) Status Hearing to be held on 09/26/2024 at 02:00 PM 3420 Twelfth Street Courtroom 303 Riverside, CA 92501 for 10 , (SH) (Entered: 09/06/2024) |
| 09/08/2024 | 34 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)33 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/08/2024. (Admin.) (Entered: 09/08/2024) |
| 09/09/2024 | 35 (5 pgs) | Statement *Regarding Inability to Appoint Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)* Filed by U.S. Trustee United States Trustee (RS). (Green, Everett) (Entered: 09/09/2024) |
| 09/11/2024 | 36 (93 pgs; 2 docs) | Response to (related document(s): 31 Motion to Dismiss Debtor filed by Debtor 7419 LLC) Filed by U.S. Trustee United States Trustee (RS) (Attachments: # 1 Declaration of Everett L. Green) (Green, Everett) (Entered: 09/11/2024) |

Exhbiit 1, pg. 17

| | | |
|---|---|---|
| 09/26/2024 | 37 | Hearing Held - Granted (RE: related document(s)31 Dismiss Debtor filed by Debtor 7419 LLC) (SH). (Entered: 09/27/2024) |
| 09/26/2024 | 38 | Hearing Held re: Status Conference - Case dismissed with a 180-day bar. (SH) (Entered: 09/27/2024) |
| 09/26/2024 | 39 | Hearing Held - Vacated; Advanced to 9/26/24 at 2:00 p.m. (RE: related document(s) 31 Dismiss Debtor filed by Debtor 7419 LLC) (SH) (Entered: 09/27/2024) |
| 09/26/2024 | 40 | Hearing Held re: Status Conference - Vacated; Advanced to 9/26/24 at 2:00 p.m. (RE: related document(s) 10 ORDER SETTING INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE (BNC-PDF) ) (SH) (Entered: 09/27/2024) |
| 10/04/2024 | | An Order is to be Lodged by Ben Heston for 7419 LLC (RE: related document(s)31 Dismiss Debtor filed by Debtor 7419 LLC) Order due by 10/8/2024. (SH) (Entered: 10/04/2024) |
| 10/09/2024 | 41 (2 pgs) | ORDER of dismissal with special restriction-period against re-filing a new bankruptcy case - **Debtor** Dismissed for 180-days. (BNC-PDF)Barred Debtor 7419 LLC starting 10/9/2024 to 4/7/2025 Signed on 10/9/2024 (RE: related document(s) 31 Dismiss Debtor filed by Debtor 7419 LLC). (SH) (Entered: 10/09/2024) |
| 10/09/2024 | 42 (1 pg) | Notice of dismissal with restriction for against debtor's refiling (BNC) (SH) (Entered: 10/09/2024) |
| 10/11/2024 | 43 (3 pgs) | BNC Certificate of Notice (RE: related document(s)42 Notice of dismissal with restriction for against debtor's refiling (BNC)) No. of Notices: 6. Notice Date 10/11/2024. (Admin.) (Entered: 10/12/2024) |
| 10/11/2024 | 44 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)41 ORDER of dismissal with special restriction-period against re-filing a new bankruptcy case (BNC-PDF)) No. of Notices: 1. Notice Date 10/11/2024. (Admin.) (Entered: 10/12/2024) |
| 10/28/2024 | 45 | Bankruptcy Case Closed - DISMISSED. An Order dismissing the above referenced bankruptcy case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, the bond is exonerated, and this case is therefore closed. (SH) (Entered: 10/28/2024) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/27/2024 13:59:43 |

| PACER Login: | Everett.L.Green | Client Code: | |
|---|---|---|---|