# Exhibit 2

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **7419 LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 4 – 3 3 0 2 4 3 2

**4. Debtor's address**

**Principal place of business**

**7419 Via Deldene**
Number     Street

**Highland, CA 92346-3933**
City                          State     ZIP Code

**San Bernardino**
County

**Mailing address, if different from principal place of business**

Number     Street

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                          State     ZIP Code

**5. Debtor's website (URL)**     n/a

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Exhibit 2, pg. 19

Debtor    **7419 LLC**
_____     Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5   3   1   3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____                     Relationship _____

District _____                     When _____
                                                         MM / DD / YYYY

Case number, if known _____

Exhibit 2, pg. 20

Debtor    __7419 LLC_____    Case number _(if known)_ _____
         Name

| | |
|---|---|
| **11. Why is the case filed in _this district_?** | _Check all that apply:_<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** _(Check all that apply.)_<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>   What is the hazard?  _____<br>   _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**  _____<br>   Number          Street<br>   _____<br>   _____<br>   City                                    State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.     Insurance agency  _____<br>             Contact name      _____<br>             Phone             _____ |

---

| **Statistical and administrative information** | |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | _Check one:_<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Exhibit 2, pg. 21

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Relationship to debtor _____

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

### Part 14    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**05/06/2024**___
                      MM/ DD/ YYYY

X _____    Printed name ___**Syed Sajjad Hussain**___
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**Manager/Owner**___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Exhibit 2, pg. 22

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on __5/6/2024__.

a. Total assets ............................................................ $1,900,000.00

b. Total debts (including debts listed in 2.c., below) ........... $1,326,654.00

c. Debt securities held by more than 500 holders

<div style="text-align:right">Approximate number of holders:</div>

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

d. Number of shares of preferred stock _____

e. Number of shares common stock _____

Comments, if any: _____

_____

3. Brief description of debtor's business ___Legal owner of 7419 Via Deldene, Highland, California___

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Syed Sajjad Hussain

_____

_____

Exhibit 2, pg. 23

Fill in this information to identify the case:

Debtor name **7419 LLC**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/06/2024**        X _Hussain_ (signature) _____
   MM/ DD/ YYYY                   Signature of individual signing on behalf of debtor

                                  **Syed Sajjad Hussain**
                                  Printed name

                                  **Manager/Owner**
                                  Position or relationship to debtor

Exhibit 2, pg. 24

Fill in this information to identify the case:

Debtor name **7419 LLC**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1  Eugo Harris P. Ejike 21671 Gateway Center Dr Ste 205 Diamond Bar, CA 91765-2468 | | Claim arising from legal malpractice action | Disputed | | | $106,000.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Exhibit 2, pg. 25

| Debtor | **7419 LLC** | | | | Case number *(if known)* | | |
|--------|--------------|--|--|--|---------------------------|--|--|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|--|--|--|--|--|--|--|--|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Exhibit 2, pg. 26

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:                                                    CHAPTER  **11**
**7419 LLC**

DEBTOR(S)                                                 CASE NO

<u>LIST OF EQUITY SECURITY HOLDERS</u>

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

<p align="center">- NONE -</p>

<p align="center"><b>DECLARATION UNDER PENALTY OF PERJURY<br>ON BEHALF OF A CORPORATION OR PARTNERSHIP</b></p>

I, the _____**Manager/Owner**_____ of the _____**Limited Liability Company**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date:  _05/07/2024_____          Signature: _____

*Syed Sajjad Hussain*

<p align="center">Exhibit 2, pg. 27</p>

Fill in this information to identify the case:

Debtor Name     **7419 LLC**

United States Bankruptcy Court for the: _____ **Central** ___ District of _____ **California**
                                                                                    (State)

Case number (If
known): _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that give the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.    Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.    Cash on hand**                                                                          _____

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | _____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | _____ |

**4.    Other cash equivalents** *(Identify all)*

| 4.1 _____ | _____ |
| 4.2 _____ | _____ |

**5.    Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    _____

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.    Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 _____ | _____ |

Exhibit 2, pg. 28

| Debtor | 7419 LLC | Case number *(if known)* _____ |
|--------|----------|------------------------------------------|
| | Name | |

| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | | _____ |

---

**Part 3:**   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |

**11.** **Accounts receivable**

| 11a. 90 days old or less: | _____ - _____ = .....➜ | _____ |
| | face amount        doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | _____ - _____ = .....➜ | _____ |
| | face amount        doubtful or uncollectible accounts | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | | _____ |

---

**Part 4:**   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

| 15.1. | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ |

---

Exhibit 2 - pg. 29

| Debtor | 7419 LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

16.2 _____     _____     _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | MM / DD / YYYY | | | |
| **20. Work in progress** _____ | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** _____ | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** _____ | MM / DD / YYYY | | | |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Exhibit 2 - pg. 30

| Debtor | 7419 LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Exhibit 2, pg. 31

| Debtor | 7419 LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | (Where available) | | |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |
| | 47.3 | | | |
| | 47.4 | | | |

Exhibit 2, pg. 32

Debtor    **7419 LLC**                                                                      Case number *(if known)* _____
       Name

---

**48.** **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

   48.1 _____     _____  _____  _____

   48.2 _____     _____  _____  _____

**49.** **Aircraft and accessories**

   49.1 _____     _____  _____  _____

   49.2 _____     _____  _____  _____

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

   _____     _____  _____  _____

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.          | _____ |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☑ No

  ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

---

| **Part 9:** | Real property |
| --- | --- |

**54.** **Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.

  ☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 **7419 Via Deldene,Highland Highland, CA 92346** | Fee Simple | unknown | Zillow | **$1,900,000.00** |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          | **$1,900,000.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☑ No

  ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

---

Exhibit 2, pg. 33

| Debtor | 7419 LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white"><strong>Part 10:</strong></td><td><strong>Intangibles and intellectual property</strong></td></tr>
</table>

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets _____ | _____ | _____ | _____ |
| **61.** Internet domain names and websites _____ | _____ | _____ | _____ |
| **62.** Licenses, franchises, and royalties _____ | _____ | _____ | _____ |
| **63.** Customer lists, mailing lists, or other compilations _____ | _____ | _____ | _____ |
| **64.** Other intangibles, or intellectual property _____ | _____ | _____ | _____ |
| **65.** Goodwill _____ | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | _____ |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

<table>
<tr><td style="background:black;color:white"><strong>Part 11:</strong></td><td><strong>All other assets</strong></td></tr>
</table>

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

---

Exhibit 2, pg. 34

| Debtor | **7419 LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**71.** **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ =➔     _____
                              Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

**73.** **Interests in insurance policies or annuities**

_____                           _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           _____

**Nature of claim**     _____

**Amount requested**     _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           _____

**Nature of claim**     _____

**Amount requested**     _____

**76.** **Trusts, equitable or future interests in property**

_____                           _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                           _____

_____                           _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                           _____

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Exhibit 2, pg. 35

| Debtor | **7419 LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ........➔ | | $1,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........91a. | $0.00 | + 91b. $1,900,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............. | | $1,900,000.00 |

| Official Form 206A/B | Schedule A/B: Assets — Real and Personal Property | page **9** |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **7419 LLC**

United States Bankruptcy Court for the:   **Central**   District of   **California**

(State)

Case number (if known): _____

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1** **Creditor's name**

**San Bernardino Tax Collector**

**Creditor's mailing address**

**268 W Hospitality Ln Fl 1**

**Sn Bernrdno, CA 92415-0900**

**Creditor's email address, if known**

_____

Date debt was incurred   **2024**

Last 4 digits of account   **9  0  5  6**
number

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Specify each creditor, including this
  creditor, and its relative priority.

  1) Val-Chris Investments; **2) San
  Bernardino Tax Collector**

**Describe debtor's property that is subject to a lien**

7419 Via Deldene,Highland Highland, CA 92346

**Describe the lien**

**Property tax**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| | **$20,654.00** | **$1,900,000.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**   **$1,220,654.00**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page **1** of **2**

Exhibit 2, pg. 37

| Debtor | **7419 LLC** | | Case number (if known) | |
| | Name | | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.2** | **Creditor's name** | | | |
|---|---|---|---|---|

**2.2** Creditor's name
**Val-Chris Investments**

Describe debtor's property that is subject to a lien
7419 Via Deldene,Highland Highland, CA 92346

**$1,200,000.00**    **$1,900,000.00**

Creditor's mailing address
**2601 Main St Ste 400**

**Irvine, CA 92614-4213**

Describe the lien
**Deed of trust**

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   _____

Last 4 digits of account   __ __ __ __
number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes. Have you already specified the
    relative priority?

   ☐ No.  Specify each creditor, including
       this creditor, and its relative
       priority.

       _____
       _____

   ☑ Yes. The relative priority of creditors
       is specified on lines __2.1__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Exhibit 2, pg. 38

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **7419 LLC** |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |

Exhibit 2, pg. 39

| Debtor | 7419 LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

Eugo Harris P. Ejike

21671 Gateway Center Dr Ste 205

Diamond Bar, CA 91765-2468

Date or dates debt was incurred    2018 - 2021

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Claim arising from legal malpractice action

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$106,000.00**

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Exhibit 2, pg. 40

| Debtor | **7419 LLC** | Case number *(if known)* |
|--------|--------------|--------------------------|
|        | Name         |                          |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|-------------|---------------------------------------------------------------|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $106,000.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $106,000.00 |

Exhibit 2, pg. 41

Fill in this information to identify the case:

Debtor name _____ **7419 LLC** _____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |

Exhibit 2, pg. 42

Fill in this information to identify the case:

Debtor name          **7419 LLC**

United States Bankruptcy Court for the:          **Central**          District of          **California**
                                                                                                    (State)

Case number (If known):

☐ Check if this is an
    amended filing

Official Form 206H

# Schedule H: Codebtors                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
    Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
    creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Exhibit 2, pg. 43

| Debtor | **7419 LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td style="background:black; width:80px;"> </td><td colspan="4">Additional Page if Debtor Has More Codebtors</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Exhibit 2, pg. 44

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **7419 LLC** |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known): | Chapter __11__ |

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*..................................................................................

    $1,900,000.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..................................................................................

    $0.00

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*..................................................................................

    $1,900,000.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    $1,220,654.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

    $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    + $106,000.00

4. **Total liabilities**......................................................................................................

    Lines 2 + 3a + 3b

    $1,326,654.00

Exhibit 2, pg. 45

Fill in this information to identify the case:

Debtor name _____**7419 LLC**_____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1.  Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Exhibit 2, pg. 46

| Debtor | **7419 LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br> _____ <br><br> Street <br> _____ <br><br> _____ <br> City    State    ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br> _____ <br><br> Street <br> _____ <br><br> _____ <br> City    State    ZIP Code | _____ _____ | _____ | _____ <br><br> _____ <br><br> _____ |

| Relationship to debtor |
|---|
| _____ |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Exhibit 2, pg. 47

Debtor   7419 LLC
_____   Case number *(if known)* _____
Name

5.1. _____   _____   _____
Creditor's name

Street _____

_____

_____

City          State   ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street _____ | | | |
| _____ | | | |
| City      State   ZIP Code | | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **UGO-HARRIS v. HUSSAIN, 7419 LLC** | **Fraudulent transfer** | **San Bernardino County Superior Court** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | **247 W 3rd St** Street | |
| | **CIVSB2133004** | | | |
| | | | **San Bernardino, CA 92415-0210** City      State   ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **SYED SAJJAD HUSSAIN v. UGO-HARRIS PETER EJIKE** | **Malpractice** | **San Bernardino County Superior Court** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | **247 W 3rd St** Street | |
| | **CIVDS1826501** | | | |
| | | | **San Bernardino, CA 92415-0210** City      State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Exhibit 2, pg. 48

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street

City                State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City                State    ZIP Code

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                State    ZIP Code

**Recipient's relationship to debtor**

---

| Part 5: | Certain Losses |
|---------|----------------|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Exhibit 2 pg. 49

Debtor  7419 LLC _____   Case number *(if known)* _____
     Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Nexus Bankruptcy** | **Attorney's fees, filing fee** | **04/30/2024** | **$5,738.00** |
| | **Address** | | | |
| | **3090 Bristol Street #400**<br>Street | | | |
| | | | | |
| | **Costa Mesa, CA 92626**<br>City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **ben@nexusbk.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Manager, Syed Sajjad Hussain** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Exhibit 2 - pg. 50

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page 5

| Debtor | 7419 LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

---

<div style="background:black;color:white">Part 7:</div> Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____        From _____ To _____
Street

_____

_____
City                State    ZIP Code

---

<div style="background:black;color:white">Part 8:</div> Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name

_____
Street

| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|

_____
City                State    ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

Exhibit 2, pg. 51

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Exhibit 2, pg. 52

Debtor    7419 LLC
_____    Case number *(if known)* _____
          Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|-----------------------------|
|      |                                          |                                   |                              | ☐ No |
|      | Name                                     |                                   |                              | ☐ Yes |
|      | Street                                   |                                   |                              | |
|      |                                          | **Address**                       |                              | |
|      | City          State    ZIP Code          |                                   |                              | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|------------------------------|-----------------------------|
|      |                            |                                   |                              | ☐ No |
|      | Name                       |                                   |                              | ☐ Yes |
|      | Street                     |                                   |                              | |
|      |                            | **Address**                       |                              | |
|      | City          State    ZIP Code |                              |                              | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|--------------------------|------------------------------|-------|
|                           |                          |                              |       |
| Name                      |                          |                              |       |
| Street                    |                          |                              |       |
| City          State    ZIP Code |                   |                              |       |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Exhibit 2, pg. 53

Debtor __7419 LLC_____ Case number _(if known)_____
       Name

Case 6:24-bk-12519-RRB    Doc 63-2    Filed 05/20/25    Entered 05/20/25 10:23:23    Desc
                          Main Document    Page 37 of 76
                          Exhibit 2    Page 37 of 76

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Exhibit 2, pg. 54

| Debtor | 7419 LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | |
| Name | | EIN: _ _ – _ _ _ _ _ _ _ |
| Street | | **Dates business existed** |
| | | From _____ To _____ |
| City       State       ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ To _____ |
| Name | |
| Street | |
| City                State                ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City                State                ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City                State                ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

<div style="text-align:center">Exhibit 2, pg. 55</div>

| Debtor | 7419 LLC | Case number *(if known)* |
|--------|----------|--------------------------|
| | Name | |

| Name and address |
|------------------|

**26d.1.**

Name

_____

Street

_____

_____

City        State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**

Name

_____

Street

_____

_____

City        State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Syed Sajjad Hussain** | **7419 Via Deldene Highland, CA 92346-3933** | **Manager/owner,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Exhibit 2, pg. 56

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Relationship to debtor _____

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ _ − _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ _ − _ _ _ _ _ _ _ |

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**05/06/2024**___
        MM/ DD/ YYYY

X _~~Hussain~~_____          Printed name _____**Syed Sajjad Hussain**_____

    Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**Manager/Owner**___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Exhibit 2, pg. 57

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Central District of California

**In re**    7419 LLC

Case No. _____

**Debtor**    Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................ **$7,000.00**

Prior to the filing of this statement I have received ............................................................. **$4,000.00**

Balance Due ............................................................................................................................ **$3,000.00**

2.    The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify)    **Manager/Owner, Syed Sajjad Hussain**

3.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Exhibit 2, pg. 58

B2030 (Form 2030) (12/15)

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __05/06/2024__ | __/s/Benjamin Heston__ |
|---|---|
| *Date* | Benjamin Heston |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 297798
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: (949) 312-1377

</div>

**Nexus Bankruptcy**
*Name of law firm*

---

Exhibit 2, pg. 59

<table>
<tr>
<td>

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Benjamin Heston
Bar Number: 297798
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: (949) 312-1377
Email: ben@nexusbk.com

</td>
<td>

FOR COURT USE ONLY

</td>
</tr>
</table>

☑ *Attorney for:* **7419 LLC**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:
7419 LLC

Debtor(s).

Plaintiff(s),

Defendant(s).

CASE NO.: _____

ADVERSARY NO.: _____

CHAPTER: 11

### CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO RBP 1007(A)(1)
### AND 7007.1, AND LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____**Syed Sajjad Hussain**_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Exhibit 2, pg. 60

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the
    corporation's(s') equity interests:

_____

_____

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:    **05/06/2024**        By:    _____
                                       Signature of Debtor, or attorney for Debtor

                               Name:  **Syed Sajjad Hussain**
                                      _____
                                      Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Exhibit 2, pg. 61

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any co-partnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Mumtaz Sajjad; Case number 6:20-bk-12666-MH; Filed 4/6/2020; Chapter 7; Judge Mark D. Houle; Central District of California, Riverside Division; Status: Dismissed; Closed 4/28/2020; Case involved real property located at 7419 Via Deldene, Highland, CA 92346.**

**In re Mumtaz Sajjad; Case number 6:20-bk-13003-MH; Filed 4/27/2020; Chapter 7; Judge Mark D. Houle; Central District of California, Riverside Division; Status: Closed without discharge due to failure to file financial management course certification; Closed 3/1/2022; Case involved real property located at 7419 Via Deldene, Highland, CA 92346.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Highland, California.

Date: May 6, 2024

_____
Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Exhibit 2, pg. 62

October 2018                         Page 1                  F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Benjamin Heston**<br>**Bar Number: 297798**<br>**Nexus Bankruptcy**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br><br>☐ Debtor(s) appearing without attorney<br>☑ Attorney for Debtor(s) | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**7419 LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___**1**___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____05/06/2024_____

_Hussain_ (signature)
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

_December 2015_                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Exhibit 2, pg. 63

EUGO HARRIS P. EJIKE
21671 GATEWAY CENTER DR STE 205
DIAMOND BAR, CA 91765-2468


SAN BERNARDINO TAX
COLLECTOR
268 W HOSPITALITY LN FL 1
SN BERNRDNO, CA 92415-0900


VAL-CHRIS INVESTMENTS
2601 MAIN ST STE 400
IRVINE, CA 92614-4213

DELETED

DELETED

DELETED

# Exhibit 3



# GUIDELINES AND

# REQUIREMENTS FOR

# CHAPTER 11

# DEBTORS IN POSSESSION

## (FOR ALL CASES FILED IN THE CENTRAL DISTRICT-CA)

Office of the United States Trustee
Regional Headquarters
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

Telephone (213) 894-6811
Fax (213) 894-2603

EFFECTIVE SEPTEMBER 1, 2022

# INDEX

I.      **Day-One Requirements** ................................................................................... 1

   A.   Close out all existing books and records ...................................................... 1

   B.   Open a new set of books and records ........................................................... 1

   C.   Close all existing bank accounts ................................................................. 1

   D.   Open New General, Payroll and Tax Bank Accounts ................................... 2

   E.   Obtain Insurance Coverage .......................................................................... 2

II.     **Declaration Regarding Compliance with U.S. Trustee Guidelines and
Requirements for Chapter 11 Debtors in Possession** .................................... 3

III.    **7 Day Package** ................................................................................................ 4

   A.   Cover Sheet (Form USTLA-4) ..................................................................... 4

   B.   Real Property Questionnaire (USTLA-5) ..................................................... 4

   C.   Pre-Petition Bank Accounts ......................................................................... 4

   D.   Debtor In Possession Bank Accounts ........................................................... 5

   E.   Proof of Insurance Coverage ........................................................................ 5

   F.   Proof of Required Certificates and Licenses ................................................ 6

   G.   Projected Cash Flow Statement .................................................................... 6

   H.   Statement of Major Issues and Timetable Report ........................................ 6

   I.   Employee Benefit Plan Questionnaire (Form USTLA-8) ............................. 6

   J.   Declaration Regarding Compliance with U.S. Trustee Guidelines and Requirements
for Chapter 11 Debtors in Possession ........................................................... 7

   K.   Tax Returns .................................................................................................. 7

   L.   Proof of Recording of Chapter 11 petition ................................................... 7

   M.   List of Insiders ............................................................................................. 7

   N.   Pre-petition Financial Statements ................................................................. 7

   O.   Domestic Support Obligations (DSO's) ....................................................... 7

IV.     **Additional and Ongoing Requirements** ........................................................ 7

   A.   Attendance at the Initial Debtor Interview, first meeting of creditors and other
necessary meetings ....................................................................................... 7

   B.   Insider Compensation ................................................................................... 8

   C.   Periodic Financial Reports ........................................................................... 8

      1. Non-Small Business and Non-Subchapter V Cases ................................ 8

      2. Small Business Cases ............................................................................. 9

      3. Subchapter V Cases ............................................................................... 9

   D.   Quarterly Fees .............................................................................................. 9

E.   Subchapter V—Small Business Debtor Reorganization............................................. 10

F.   Other ....................................................................................................................... 10

    1. On-site Audits and Inspections.......................................................................... 10

    2. Use, Sale or Lease of Estate Property .............................................................. 11

    3. Trust Agreements ............................................................................................... 11

    4. Physical Inventory of Goods, Machinery and Equipment ................................ 11

    5. Notice of Address Change.................................................................................. 11

**Electronic Service Instructions**............................................................................... 12

Refer to our website for the most current and up-to-date information:

https://www.justice.gov/ust-regions-r16

For Documents and Forms
http://www.justice.gov/ust/r16/reg_info.htm

## TO:  CHAPTER 11 DEBTORS, ATTORNEYS AND TRUSTEES

The United States Trustee Program is a component of the United States Department of Justice responsible for overseeing the administration of bankruptcy cases.

Pursuant to 28 U.S.C. §586(a)(3), the United States Trustee ("U.S. Trustee") has extensive monitoring and oversight responsibilities with respect to Chapter 11 estates.  In order to fulfill these responsibilities, the U.S. Trustee has delineated certain duties, responsibilities and reporting requirements for Chapter 11 debtors in possession.  The U.S. Trustee for the Central District of California has developed these Chapter 11 Guidelines to assist debtors in meeting their obligations while in Chapter 11.

Some of these requirements must be performed immediately upon (1) the filing of the Chapter 11 petition, (2) entry of the order of conversion; or (3) the entry of the order of relief in an involuntary proceeding.  Other requirements are not due until several weeks after the petition is filed, and still others are required on an ongoing basis throughout the pendency of the bankruptcy.  However, ***all requirements must be met in a complete and timely fashion unless waived in writing by the U.S. Trustee Attorney or Bankruptcy Analyst/ Auditor assigned to the case.***

These guidelines and requirements make reference to the Local Rules of Bankruptcy Procedure (Local Rules) for the Central District of California.  A copy of the Local Rules may be downloaded from the United States Bankruptcy Court's website at http://www.cacb.uscourts.gov/.

In addition to the following requirements, all applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy rules, General Orders, and other orders of the Court, must be observed in Chapter 11 cases.  Failure to comply with any requirement may result in a motion by the U.S. Trustee, or another party, to dismiss or convert your case, or to request other relief.

There are additional requirements in large chapter 11 cases. See Fee Guidelines | UST | Department of Justice.

**The U.S. Trustee reserves the right to revise, modify or amend these guidelines and requirements from time-to-time and, as is appropriate, in an individual case.**

*A Chapter 11 Debtor-in-Possession serves as a fiduciary
for the benefit of the creditors and owners in the case.
Providing complete and accurate financial information
regarding the estate is part of the debtor's fiduciary duties.*

I.    **Day-One Requirements**

    A.  **Close out all existing books and records.**  All books and records of the Chapter 11 debtor must be closed out as of the date the petition is filed, or an order is entered converting the case to one under Chapter 11.

    B.  **Open a new set of books and records.**  These are the debtor in possession books and records, which must be maintained throughout the pendency of the bankruptcy.

    C.  **Close all existing bank accounts.**  All accounts that the debtor owns, has access to, or over which the debtor exercises possession, custody or control must be closed immediately upon filing of the petition.

D. **Open New General, Payroll and Tax Bank Accounts.**

   1.   In business cases, a minimum of three new debtor in possession bank accounts (general, payroll and tax) must be opened in a bank appearing on the U.S. Trustee list of approved depositories (See Region 16 List of Approved Depositories (justice.gov)).  All estate funds must be kept in these accounts.  (*See* 11 U.S.C. §§541 and 1115)

   2.   In some cases, such as those involving individual non-business debtors, the debtor may obtain written permission from the U.S. Trustee attorney or analyst assigned to the case to maintain fewer debtor in possession accounts.

   3.   If the debtor is required to segregate cash collateral, additional separate accounts must be established and maintained.

   4.   See also Section III D(3).

E. **Obtain Insurance Coverage.**

   1.   The debtor must maintain appropriate insurance coverage for all estate property, including vacant land, naming the debtor as the primary insured.  Lender-placed insurance is not sufficient.  Listed below are the types of insurance coverage that normally <u>are</u> required for most bankruptcy estates.

        a.   General comprehensive public liability insurance;

        b.   Fire and theft coverage;

        c.   Worker's compensation insurance;

        d.   Motor vehicle insurance;

        e.   Product liability insurance; and/or

        f.   Any other insurance coverage customary in debtor's business.

   2.   The debtor must name the U.S. Trustee as an ***additional party for notice purposes only*** on every insurance policy.  The notice should reference the: (1) U.S. Trustee; (2) the office address for the division in which the case is filed, and the (3) the full case number.  The U.S. Trustee will receive notification of any non-payment of premium or cancellation of policy.   The U.S. Trustee highly encourages the insurance carriers to utilize the electronic notification method in lieu of paper notifications by sending their notices to:  **ustp.region16.ch11@usdoj.gov** with the subject line containing the full case number, court division, and judge's initials.

        <u>Corporate Debtor</u>: CH 11 COMPLIANCE 2:11-bk-12345-TD; A Happy Family, Inc.; Insurance Notice

        <u>Individual Debtor</u>: CH 11 COMPLIANCE 2:11-bk-12345-TD; Last

Name, First Name; Insurance Notice

Paper notifications should be mailed to the specific address based on the division in which the case is filed:

- Los Angeles District Office: 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017 – Case numbers starting with **2**:YY-BK-(5 digit case number) – Judge Initials

- Riverside District Office: 3801 University Ave., Suite 720, Riverside, CA 92501 - Case numbers starting with **6**:YY-BK-(5 digit case number) – Judge Initials

- Santa Ana District Office:  411 West Fourth St., Rm 7160, Santa Ana, CA 92701 - Case numbers starting with **8**:YY-BK-(5 digit case number) – Judge Initials

- Woodland Hills District Office:  915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017 – Case numbers starting with **1**:YY-BK-(5 digit case number) – Judge Initials

- Santa Barbara District Office:  915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017 – Case numbers starting with **9**:YY-BK-(5 digit case number) – Judge Initials

3. If the debtor does not have the required insurance coverage at the time of filing, it must be obtained immediately.

4. **It is an on-going requirement that the debtor provide updated proof of insurance during the pendency of the case.**  If insurance coverage lapses at any time during the pendency of the bankruptcy, the U.S. Trustee must be advised and proof of new or renewed insurance must be presented at once.

5. Upon plan confirmation, entry of an order of final decree, dismissal, and/or conversion, the Debtor/Debtor's representative should notify their insurance carriers to have the U.S. Trustee removed from the policy.

## II.    <u>Declaration Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession</u>

A. All Chapter 11 debtors in possession are required to file the Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession (Form USTLA-3) ("Declaration Regarding Compliance").   Use of this form is mandatory.

B. The Declaration Regarding Compliance must be signed under penalty of perjury by a person who is authorized to sign such documents on behalf of the debtor and may not be signed by the debtor's attorney.

III.    **7 Day Package**

Within seven days of the date on which the petition is filed, the case is converted, or an order for relief is entered, the debtor must electronically submit a package of required documents (the "Attorney's 7 Day Package") to the U.S. Trustee at us**tp.region16.ch11@usdoj.gov.** **Documents directed to any other mailbox or address will be disregarded.  Service of the 7 Day Package directly upon U. S. Trustee personnel will NOT CONSTITUTE FILING of 7 Day Package requirements and will be disregarded.**

If any document is not attached, an explanation must be provided. Inadequate explanations may result in the filing of a motion to dismiss or convert the case.

If any required document is not included in the Attorney's 7 Day Package, but is later submitted, the submission must include an additional Cover Sheet indicating which document is being submitted at that time.

A.  **Cover Sheet (Form USTLA-4)**

The Attorney's 7 Day Package Checklist contains a list of the documents required to be included in the 7 Day Package.  For each document required, and each subcategory identified on the USTLA-4 form, the debtor must select at least one category to indicate whether the document is attached, has been previously submitted, or an explanation is attached.

B.  **Real Property Questionnaire (USTLA-5)**

(1)    If the debtor leases, owns, has an interest in or is in the process of purchasing a total of four (4) real properties or less, the debtor must submit a separate Real Property Questionnaire (Form USTLA-5) for EACH parcel of real property.

(2)    If the debtor owns a personal residence, the debtor must complete the Real Property Questionnaire For Principal Residence (USTLA 5.1).   (See http://www.justice.gov/ust/r16/reg_info.htm).

(3)    If the debtor owns or has an interest in five (5) or more real properties, the debtor should not complete the Real Property Questionnaire, unless otherwise instructed by the U.S. Trustee.  Instead, the debtor must complete the Owned Property Summary Sheet (USTLA 5.2) and list all properties owned by the debtor.

(4)    If the debtor leases five (5) or more real properties, the debtor should not complete the Real Property Questionnaire unless otherwise instructed by the U.S. Trustee.  Instead, the debtor must complete the Leased Property Summary Sheet (USTLA 5.3) and list all properties the debtor leases.

C.  **Pre-Petition Bank Accounts**

(1)    All pre-petition bank accounts must be closed.

(2)    The name of the depository, the account name and number, the closing balance and the date of closure must be set forth in the Declaration Regarding Compliance.   Closing bank statements for all accounts must be attached to the

<u>Declaration Regarding Compliance.  Each closing statement must show a zero-
ending balance</u>.

(3)     In cases where the pre-petition accounts have not been closed, the Declaration
Regarding Compliance must provide a justifiable reason why this requirement
has not been met.

### D.  **Debtor In Possession Bank Accounts**

Debtor must establish the required number of new debtor-in-possession accounts.
Each account must clearly indicate that the account is a "debtor in possession
account" and must include the Chapter 11 case number in the account name.  This
information must also be *pre-printed* and set forth prominently on the face of the check
for each account.  A voided check from each Debtor in possession account must be
provided to the U.S. Trustee in the 7 Day Package.

The name of the depository, the account name and number, and the initial deposit  amount
for each such account must be set forth in the Declaration Regarding Compliance.

It is the debtor's responsibility to maintain all cash of the estate in debtor in possession
bank accounts in an approved depository throughout the pendency of the case.  If the
debtor opens or closes any account during the pendency of the case, the U.S. Trustee
must be notified immediately in writing.

Pursuant to 11 U.S. § 345 - Money of estates, all approved depositories are required to
maintain collateral, unless an order of the bankruptcy court provides otherwise, in an
amount no less than 115 percent of the aggregate bankruptcy funds on deposit in each
bankruptcy estate that exceeds the FDIC insurance limit by:  (1) surety bond, in a form
acceptable to and from a company approved by the U.S. Trustee in accordance with §
345(b)(1); or (2) deposit of securities in accordance with § 345(b)(2).

### E.  **Proof of Insurance Coverage**

Proof of insurance shall consist of ***ONLY*** the ***declaration page or pages***     containing the
following information:

(1)     Name of insured party;

(2)     Name of additional interest parties, including the U.S. Trustee;

(3)     The type and extent of coverage;

(4)     Policy expiration date; and

(5)     The account or policy number (or other identifying information).

**Binders and identification cards are not accepted as proof of insurance.**

**COPIES OF THE ENTIRE INSURANCE POLICY SHOULD NOT BE SUBMITTED, UNLESS
SEPARATELY REQUESTED BY THE OVERSIGHT TEAM OF A SPECIFIC CASE.**

F.  **Proof of Required Certificates and Licenses**

The debtor must submit proof that the debtor holds all certificates and licenses required by federal, state and local law for the lawful operation of the debtor's business.  The following is a non-exclusive list of licenses and certificates that are typically required:

- *City business license*
- *Health Department permit*
- *Municipal tax or police permits*
- *Liquor/tobacco licenses*
- *Fictitious Business Name ("DBA") Statement filed with the county recorder*
- *Current registration with the Secretary of State*

G.  **Projected Cash Flow Statement**

The debtor must submit a projected cash flow statement, covering the first ninety  (90) days of operation under Chapter 11.  This statement must contain:

A detailed income and expense statement (***Note: inclusion of bankruptcy  schedules "I" and "J" in lieu of a cash flow projection is NOT acceptable***).

H.  **Statement of Major Issues and Timetable Report**

If the debtor is represented by counsel, counsel should prepare and submit the statement of major issues and timetable report.  The ONLY time this document should be prepared by the debtor is when the debtor is pro se.

 A thorough statement of major issues and a timetable report which must provide a brief description of:

The structure of the corporation, partnership or business;

Identification of its officers and shareholders (if a corporation), principals and/or  telephone numbers (if a sole proprietorship);

The nature of the debtor's business;

The major events or circumstances that led to the filing, including environmental problems and pending foreclosures;

The major issues, problems and/or disputes to be resolved, and with whom, and if there are any perishable goods;

A proposed timetable to resolve each of the problems described in such report, resolution of each task; and

The expected date for filing the disclosure statement and plan.

I.  **Employee Benefit Plan Questionnaire (Form USTLA-8)**

All debtors ***must*** submit an Employee Benefit Plan Questionnaire (Form USTLA- 8)

which identifies whether or not it is a public corporation, and whether it sponsors a group health, dental and/or a pension plan.

### J. Declaration Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession

The debtor must submit the Declaration Regarding Compliance (USTLA 3), signed under penalty of perjury by an officer of the debtor, or by the individual debtor (not debtor's attorney).

### K. Tax Returns

The debtor must submit the two most recent annual federal tax returns (e.g., 1040, 1120, etc.) in a SEPARATE ELECTRONIC FILE (PDF).   Do not combine such returns with any other part of the 7 Day Package.

### L. Proof of Recording of Chapter 11 petition

The debtor is required to record a copy of the chapter 11 petition (exhibits may be omitted) with the recorder of each county or other applicable political subdivision for each parcel of real property owned by the debtor or in which the debtor has an ownership interest and provide proof of recordation to the U.S. Trustee.

### M. List of Insiders

The debtor must submit a list of all insiders as defined in 11 U.S.C. §101(31).

### N. Pre-petition Financial Statements

The debtor must submit copies of its most recent financial statements (audited and unaudited), including but not limited to a balance sheet, income (profit and loss) statement and a cash flow statement.  The cash flow statement must contain a detailed statement of all receipts and disbursements.

### O. Domestic Support Obligations (DSO's)

Debtors with domestic support obligations are required to comply with 11 USC §1106(a)(8) with respect to providing notices to claim holders and the state child support agency.   Debtors must provide proof that all notices required under § 704(10) have been given to the appropriate parties.

## IV.   Additional and Ongoing Requirements

In addition to all requirements set forth above, the debtor is required to comply with the following ongoing requirements:

### A. Attendance at the Initial Debtor Interview, first meeting of creditors and other necessary meetings

1.   Debtors are required to attend the Initial Debtor Interview, the first meeting of creditors held pursuant to 11 U.S.C. §341(a), as well as any other meetings

required by the U.S. Trustee.

## B. Insider Compensation

1.  Before any insiders (as defined in 11 U.S.C. §101(31)), including the owners, partners, officers, directors or shareholders of the debtor and relatives of insiders, may receive compensation from a Chapter 11 estate, the debtor must submit a Notice of Setting/Increasing Insider Compensation. The Notice must attach proof of the insider's compensation received from the debtor during the 12-month period immediately preceding the Chapter 11 filing, such as Forms W-2, 1099, or other related payroll or compensation forms.

2.  The Notice must be served on the creditors' committee or the twenty largest unsecured creditors if no committee has been appointed, as well as on any secured creditors that claim an interest in cash collateral. Proof of service of said notice *must* be submitted to the U.S. Trustee **by** email to the Trial Attorney assigned to the case as reflected on the docket.

3.  No compensation may be paid out to any insiders until 15 days after service of such notice, and no objection to the Notice of Setting/Increasing Insider Compensation has been received or filed with the court. Compensation may accrue during this period.

4.  If, at any later time, the debtor proposes to increase the compensation of any insider, the debtor must submit and serve a new Notice of Setting/Increasing Insider Compensation in the manner and under the terms as set forth above, and in compliance with the Local Bankruptcy Rules.

5.  In either case, if an objection is filed, debtor shall refrain from paying any portion of the disputed compensation or increase until the objection has been resolved.

## C. Periodic Financial Reports

1.  **Non-Small Business and Non-Subchapter V Cases**

    On June 21, 2021, the U.S. Trustee Program's rule entitled *Uniform Periodic Reports in Cases Filed Under Chapter 11 of Title 11,* published at 28 C.F.R. § 58.8 (the "Final Rule") became effective. The Final Rule, mandated by 28 U.S.C. § 589b, requires that chapter 11 debtors-in-possession and trustees, other than in small business and subchapter V cases, file monthly operating reports and post-confirmation reports using streamlined, data-embedded, uniform forms in every judicial district where the U.S. Trustee Program operates.

    UST Form 11-MOR, Monthly Operating Report ("MOR"), is the periodic financial report that must be filed on a calendar monthly basis from the petition date to the earlier of the effective date of a confirmed plan, the conversion date of the case to another chapter, or the dismissal of the case.

    UST Form 11-PCR, Post-confirmation Report ("PCR"), is the periodic financial report that must be filed on a calendar quarterly basis once the effective date of a

confirmed plan occurs by any post-confirmation entities, which would include the reorganized debtor and any other "authorized parties" charged with administering the confirmed plan, until the earlier of the date the case is closed, dismissed, or converted to another chapter.

Report filers must refer to the Final Rule and instructions for the MOR and PCR forms for important information, including who must file each report, when the reports must be filed, who the reports must be served upon and what documentation must be filed along with each report.

To access the latest version of the MOR and PCR forms, instructions for their use and filing, and other important information related to periodic reporting under the Final Rule, please navigate to https://www.justice.gov/ust/chapter-11-operating-reports. While at that webpage, please subscribe to the "Chapter 11 Operating Reports E-mail Updates" feature to automatically receive email updates about periodic reporting under the Final Rule.

2.      **Small Business Cases**

Each Small Business Debtor should file with the Court the National Small Business Operating Report (Judicial Conference Official Form B 425C) on the 21st day of each month for the preceding calendar-month period.

3.      **Subchapter V Cases**

Each Subchapter V Debtor should file with the Court the National Small Business Operating Report (Judicial Conference Official Form B 425C) on the 21st day of each month for the preceding calendar-month period.

D.  **Quarterly Fees**

1.      **Due date:**  Chapter 11 debtors, except those who elect relief under subchapter V of Chapter 11, are required to pay a quarterly fee to the U.S. Trustee every calendar quarter (including any fraction thereof).  The amount of the quarterly fee varies, depending upon the dollar amount of disbursements made during the calendar quarter.  The minimum fee is required to be paid even if no disbursements were made during the calendar quarter.  The fees are *due* by the end of each calendar quarter, however, they are not *considered late* until the last day of the month following the end of each calendar quarter.  Interest may be charged on any outstanding balance at the prevailing statutory rate.

2.      Further information on quarterly fee calculations can be found at:   Chapter 11 Quarterly Fees | UST | Department of Justice

3.      **Online Payments:**  Quarterly fees may be paid online at https://www.pay.gov/public/form/start/672415208

E.  **Subchapter V—Small Business Debtor Reorganization**

Effective February 19, 2020, Small Business chapter 11 debtors [as defined in 11 U.S.C. § 101(51D)] may elect to be treated as a "Subchapter V" chapter 11 case.  Please note that portions of the Guidelines and Requirements for Chapter 11 Debtors in Possession ("Guidelines") do not apply to Chapter 11 debtors who have elected to proceed under subchapter V.  Specifically –

- Subchapter V debtors are not required to pay quarterly fees under 28 U.S.C. § 1930(a)(6)(A).  Therefore, Section IV.D. of the Guidelines regarding quarterly fees does not apply to subchapter V debtors.

- Because subchapter V debtors are not required to pay quarterly fees, subchapter V debtors do not file post-confirmation quarterly reports of disbursements.

- Unless the Bankruptcy Court orders otherwise for cause, subchapter V debtors are not required to file a disclosure statement, pursuant to 11 U.S.C. § 1181(b).

- All requests for insider compensation must be handled as set forth in Section IV.B. of the Guidelines, with the additional requirement that debtors serve such request upon the case trustee.

- However, subchapter V debtors are required to comply with deadlines not imposed in other chapter 11 cases.  Specifically –

  - The Bankruptcy Court will hold a status conference not later than 60 days after the case is filed "to further the expeditious and economical resolution" of the subchapter V case.  11 U.S.C. § 1188(a).

  - Not later than 14 days before the status conference, "the debtor shall file with the court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization."  11 U.S.C. § 1188(c).

  - The subchapter V debtor shall file a plan not later than 90 days after the order for relief, except that the court may extend the period "if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable."  11 U.S.C. § 1189(b).

The subchapter V debtor also has a duty to cooperate with the subchapter V trustee in the trustee's performance of his/her statutory duties, under 11 U.S.C. § 521(a)(3).

F.  **Other**

  1.  **On-site Audits and Inspections**

    (a)  The U.S. Trustee may conduct on-site audits and inspections of the debtor's books, records, and facilities to verify the information provided and to ensure that the estate assets are appropriately safeguarded.

(b)      On-site audits and inspections may be unannounced.

(c)      Under 18 U.S.C. §152, concealment of books, records or assets of a bankruptcy estate is a felony, punishable by a maximum sentence of 5 years imprisonment and a fine.

2.      **Use, Sale or Lease of Estate Property**

(a)      Where the court has authorized the use, sale, or lease of property of the estate outside the ordinary course of business of the debtor and an escrow is contemplated relating thereto, a copy of the escrow instructions must be submitted to the U.S. Trustee.

(b)      Within ten days after the close of escrow or completion of the sale, a certified copy of the escrow closing statement, or, where no escrow was utilized, a sworn declaration showing the distribution of the proceeds of any sale of estate property, must be submitted to the U.S. Trustee.

3.      **Trust Agreements**

(a)      The debtor must submit copies of any trust agreements to which the debtor is a party or under which the debtor holds, has possession of, or operates any personal or real property or business as a trustee or otherwise.

4.      **Physical Inventory of Goods, Machinery and Equipment**

(a)      The debtor must conduct a physical inventory, including an itemized cost value, of all goods, machinery, and equipment on hand as of the date of the petition and a copy of the inventory must be submitted to the U.S. Trustee.  If the inventory cannot be completed immediately—normally not more than 30 days after filing the petition—a notation should be made on the cover sheet.

5.      **Notice of Address Change**

(a)      The debtor must notify the U.S. Trustee and the Bankruptcy Court of any change of address or telephone number within seven days after the change occurs.

**Electronic Service Instructions**

**THE FOLLOWING PROCEDURES ARE TO BE USED <u>ONLY</u> TO SERVE COMPLIANCE ITEMS UPON THE U.S. TRUSTEE.  THE U.S. TRUSTEE WILL NOT ACCEPT SERVICE OF LEGAL PLEADINGS PURSUANT TO THESE PROCEDURES.  LEGAL PLEADINGS MUST BE SERVED UPON THE U.S. TRUSTEE IN ACCORDANCE WITH THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULES. THESE PROCEDURES DO NOT, IN ANY MANNER, CONSTITUTE A WAIVER OF THE REQUIREMENTS OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULES REGARDING SERVICE OF LEGAL PLEADINGS UPON THE U.S. TRUSTEE.**

I.      Mandatory electronic service of the Attorney's 7 Day Package and Declaration Regarding Compliance is required for all debtors represented by counsel.  *If service is not completed in the manner set forth herein, the submission will be rejected and returned to the submitting party via email.  Service will <u>not</u> be successful until a compliance package is served that fully complies with these procedures.*

     A.      **Pro Se Exception:**  A person who is not represented by an attorney may file and serve papers non-electronically.

     B.      **Email Address**:  Documentation required to be filed electronically must be submitted to the *U.S. Trustee via the following email address ONLY:*

<u>**ustp.region16.ch11@usdoj.gov**</u>

        <u>*DO NOT send the documentation to the UST attorney, analyst, paralegal, etc.*</u>  *Documents must be sent to the above email address <u>ONLY.</u>*  *The individual email boxes of UST employees are limited in size and can only handle a small amount of data.*

     C.      **Signatures:**  Documents that require the signature of a party shall be electronically imaged using scanning technology and electronically filed in portable document format (.pdf).

     D.      **Document Size:**  Document files shall not be larger than 5 megabytes (MB) in size.  Approximately 100 pages of text, converted from a standard word processing format to a PDF image, should not exceed 5 MB.  However, a PDF file created through scanning a document or by inserting additional pages that have been scanned may result in a file exceeding 5 MB.  In particular, scanning a document with graphics or dark areas will significantly affect file size.  A file exceeding the 5 MB limit must be broken into smaller sections and uploaded as consecutively numbered attachments to the main document.  If scanning technology is to be used, scanning should be done in black and white only at a setting of 300 dpi.

     E.      **Font Size:**  The font size (typeface) must not be smaller than 12 point.  Required typefaces are Arial, Courier, Times New Roman, Helvetica, Geneva or Letter Gothic.  Font sizes smaller than 12 point may not be legible after imaging and ***must not*** be used.

     F.      **Image Size**:  Individual pages of documents shall not exceed 8.5 x 11 inches. PDF files with pages exceeding the 8.5 x 11-inch limit must be modified before uploading.

     G.      **Grouping of Documents**: Multiple compliance items should <u>**not**</u> be sent in a single email. Rather, compliance items should be served on the U.S. Trustee in separate emails utilizing the naming protocol below.  An exception to this rule is that the *Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession* and any attachments thereto must be served on the U.S. Trustee **in one email** and

preferably in one (1) pdf file.

H.    **Subject Line of Email Submissions**:  The subject line for each submittal <u>must</u> contain the full case number, including court division and judge's initials.  Submissions that do not meet this requirement will be rejected.  As an example:

<u>Corporate Debtor</u>: CH 11 COMPLIANCE 2:11-bk-12345-TD; A Happy Family, Inc.; USTLA3

<u>Individual Debtor</u>: CH 11 COMPLIANCE 2:11-bk-12345-TD; Last Name, First Name; USTLA3

When serving the *Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession* <u>and</u> attachments thereto upon the U.S. Trustee, only include USTLA3 in the subject line of the email submission.  Do <u>**not**</u> include in the subject line of the email the document codes for the attachments to the declaration.

I.    **Submissions in Parts**:  If a submittal must be sent in parts due to file size, each part must be clearly identified in the email subject line.  As an example:

CH 11 COMPLIANCE 2:11-bk-12345-TD; A Happy Family, Inc. USTLA3 **PART 1 OF 2**

J.    **Naming Protocol**:  The standardized naming protocol for all documents submitted via these electronic service instructions is as follows.  All fillable forms are available at http://www.justice.gov/ust/r16/reg_info.htm.

| Form No. | Document Title | Standardized Email Name |
|---|---|---|
| USTLA-3 | Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession | USTLA3 |
| USTLA-4 | Attorney's 7 Day Package Checklist | USTLA4 |
| USTLA-5 | Real Property Questionnaire | USTLA5 |
| USTLA-5.1 | Real Property Questionnaire for Principal Residence | USTLA5.1 |
| USTLA-5.2 | Owned Property Summary Sheet | USTLA5.2 |
| USTLA-5.3 | Leased Property Summary Sheet | USTLA5.3 |
| USTR16-6.0 | Professional Fee Statement | USTR16-6.0 |
| USTR16-7.0 | Post-Confirmation Status Report | USTR16-7.0 |
| USTLA-8 | Employee Benefit Plan Questionnaire | USTLA8 |
| USTR16-12.0 | Insider Compensation | USTR16-12.0 |

# Exhibit 4

| Attorney or Party Name, Address, Telephone and FAX |
|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com |

☐ Pro Se Debtor

| **OFFICE OF THE UNITED STATES TRUSTEE**<br>**LOS ANGELES DIVISION** | **SUBMIT TO UNITED STATES**<br>**TRUSTEE - Do not file with the Court** |
|---|---|
| In Re:<br><br>7419 LLC<br><br><br>Debtor-In-Possession | Case Number: **6:24-bk-12519-RB**<br><br>**Attorney's 7 Day Package Checklist**<br><br>☐ Check this box to indicate that this checklist amends or supplements a previously filed checklist<br><br>Amendment No. _____ |

**You must attach each of the following documents or a satisfactory explanation of your failure to attach a document.  Failure to submit these documents in a timely fashion may result in a motion to convert or dismiss the case.  The submission of documents that are incomplete or not prepared in accordance with UTSP guidelines and requirements will be treated as a failure to submit.**

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| X | | | 1.  Declaration of Debtor Regarding Compliance with UST Guidelines and Requirements for Chapter 11 Debtors in Possession |
| x | | | 1.1.   Real Property |
| x | | | 1.2.   Bank Account Information |
| x | | | 1.3.   Insurance Coverage |
| | | x | 1.4.   Proof of Required Certificates and Licenses |
| x | | | 1.5.   List of Insiders |
| | | x | 1.6.   Financial Statements |
| | | x | 1.7.   Health Care Business |
| | | x | 1.8.   Trust Agreements |
| | | | 1.9.   Recordation of Chapter 11 Petition |
| | | x | 1.10.  Federal and State Tax Returns |
| | | x | 1.11.  Employee Benefit Plans |
| | | X | 2.  Projected cash flow statement for the first ninety (90) days from the initial filing date |
| X | | | 3.  Statement of Major Issues and Timetable Report |

☑ I have read and understood the Guidelines and Requirements for Chapter 11 Debtors In Possession.

Dated:  5/27/2024

Nexus Bankruptcy
_____
Law Firm Name

By: _____

_____
Attorney for Debtor or Debtor In Pro Per

Dated:  5/25/2024

I HEREBY APPROVE THE ATTACHED

_____
Signature of Debtor

**(Image of Original Signatures Required)**

Exhibit 4, pg. 86

# Exhibit 5

**File a Notice:**

6:24-bk-12519-RB 7419 LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 6 (Riverside) |
| Assets: y | Judge: RB | Case Flag: DsclsDue, PlnDue |

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Everett L Green entered on 8/21/2024 at 4:21 PM PDT and filed on 8/21/2024

**Case Name:**          7419 LLC
**Case Number:**        6:24-bk-12519-RB
**Document Number:** 30

**Docket Text:**
Notice *of Debtor's Delinquency & Failure to Comply with United States Trustee Reporting Requirements, with proof of service* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)[27] Order Continuing Chapter 11 Status Conference from August 8, 2024 at 2:00 pm to August 22, 2024 at 2:00 pm Ctrm 303 (BNC-PDF) Signed on 7/5/2024. (CJ)). (Green, Everett)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Debtor's Delinqunecy.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/21/2024] [FileNumber=106816090 -0] [3b99062bcfb8eff5b696f662a9a610136b1a5b535b1013a22dda756d4ff2807c8 1d23b1c47369b1065742bda6ec37c5878a949207c28fd7ce794c1d4381ca0c4]]

**6:24-bk-12519-RB Notice will be electronically mailed to:**

Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)
abram.s.feuerstein@usdoj.gov

Arnold L Graff on behalf of Creditor Worldwide Lenders, Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management
agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)
everett.l.green@usdoj.gov

Benjamin Heston on behalf of Debtor 7419 LLC
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS)
Cameron.Ridley@usdoj.gov

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

**6:24-bk-12519-RB Notice will not be electronically mailed to:**

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:        Everett.L.Green@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>          Debtor &<br>          Debtor-In-Possession. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR'S DELINQUENCY AND FAILURE TO COMPLY WITH UNITED STATES TRUSTEE REPORTING REQUIREMENTS PURSUANT TO 11 U.S.C. § 1112 AND LOCAL BANKRUPTCY RULE 2015-2**<br><br>**Status Conference Hearing:**<br>Date:     August 22, 2024<br>Time:     2:00 p.m.<br>Place:    Courtroom 303<br>           United States Bankruptcy Court<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

1    **TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES**

2    **BANKRUPTCY COURT JUDGE, DEBTOR, AND ALL PARTIES-IN-INTEREST:**

3    **PLEASE TAKE NOTICE** that all chapter 11 debtors and debtors-in-possession in the Central

4    District of California are required to comply with the *Guidelines and Requirements for Chapter 11*

5    *Debtors In Possession* ("U.S. Trustee Guidelines").[1]

6    The U.S. Trustee Guidelines generally require debtors to submit financial records and other

7    documents within seven days of the petition date to facilitate the U.S. Trustee's monitoring and oversight

8    responsibility of chapter 11 estates.

9    **PLEASE TAKE NOTICE** that, based upon a review of the U.S. Trustee's files and databases,

10   chapter 11 debtor 7419 LLC ("Debtor") failed to provide the following:

11   1.    Proof of Recordation of Petition.  Debtors are required to record a copy of the chapter 11

12   petition with the recorder of each county or other applicable political subdivision for each parcel of real

13   property owned by the debtor or in which the debtor has an ownership interest and provide proof of the

14   recorded petition to the U.S. Trustee.  Recording the petition, among other things, provides notice to

15   parties in the event the property is sold.  The Debtor has not complied with this mandate.

16   2.    Employment of Professionals.  Local Bankruptcy Rule 2014-1 requires a debtor's proposed

17   bankruptcy counsel and all professionals seeking to represent the debtor to file employment applications

18   "promptly as possible after the commencement of the case."  The Debtor's proposed bankruptcy counsel

19   has not sought court approval to represent the Debtor.

20   3.    Monthly Operating Reports.  Local Bankruptcy Rule 2015-2 and the U.S. Trustee

21   Guidelines require chapter 11 debtors to file monthly operating reports no later than the twenty-first day of

22   each month for the preceding month.  The Debtor failed to file reports for May and July of 2024.   Without

23   the reports, the U.S. Trustee is unable to monitor the Debtor's use of estate funds.

24

25

26

27

28

---

[1]    A true and correct copy is attached hereto.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE FURTHER NOTICE** that the above deficiencies must be corrected no later than the close of business **September 5, 2024**.  Failure to comply may result in the filing of a motion to convert or dismiss this case.[2]

DATED: August 21, 2024                              PETER C. ANDERSON
                                                    UNITED STATES TRUSTEE


                                             By:    /s/ *Everett L. Green*
                                                    Everett L. Green
                                                    Trial Attorney

---

[2]        Failure of this notice to indicate the existence of a particular deficiency will not preclude a subsequent demand for compliance.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3801 University Ave., Ste. 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): Notice of Debtor's Delinquency _____

_____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/21/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached electronic mail notice list

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __08/21/2024_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor, 7419, LLC, 7419 Via Deldene, Highland, CA 92346-3933

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __08/21/2024_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Magdalena Reyes Bordeau, 3420 Twelfth St. Ste. 346, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/21/2024 | Everett L. Green | /s/ Everett L. Green |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

Exhibit 5, pg. 93