# Exhibit 6

# Initiate Business Checking

February 29, 2024 ▪ Page 1 of 4



7419 LLC
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $2,041.62 |
| Deposits/Credits | 46,080.00 |
| Withdrawals/Debits | - 42,262.40 |
| Ending balance on 2/29 | $5,859.22 |

Account number: 675
7419 LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮▮▮

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Exhibit 6, pg. 95



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/12 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0M7Mkq3G on 02/12/24 | | 1,500.00 | 541.62 |
| 2/13 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0M7Xrzc2 on 02/13/24 | 5,000.00 | | 5,541.62 |
| 2/15 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0M8Fz67P on 02/14/24 | | 4,000.00 | 1,541.62 |
| 2/16 | | eDeposit IN Branch 02/16/24 01:59:06 PM 28920 Greenspot Rd Highland CA | 5,800.00 | | 7,341.62 |
| 2/20 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0M9C8Qd2 on 02/17/24 | 500.00 | | |
| 2/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0M9C96SM on 02/17/24 | | 7,500.00 | 341.62 |
| 2/23 | | WT Fed#08307 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3594324054Es Trn#240223166746 Rfb# Dcd of 24/02/23 | 21,000.00 | | |
| 2/23 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mc4Nf4W on 02/23/24 | 100.00 | | |
| 2/23 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mc4Nnt7 on 02/23/24 | 80.00 | | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 240223166746 Srf# 3594324054Es Trn#240223166746 Rfb# Dcd of 24/02/23 | | 15.00 | 21,506.62 |
| 2/26 | | Wire Trans Svc Charge - Sequence: 240226027767 Srf# Ow00004188185716 Trn#240226027767 Rfb# Ow00004188185716 | | 25.00 | |
| 2/26 | | WT Fed#01728 First Technology F /Ftr/Bnf=Fount Net LLC Srf# Ow00004188185716 Trn#240226027767 Rfb# Ow00004188185716 | | 21,400.00 | 81.62 |
| 2/27 | | WT Fed#07867 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3559154058Es Trn#240227161511 Rfb# Dcd of 24/02/27 | 10,000.00 | | |
| 2/27 | | Wire Trans Svc Charge - Sequence: 240227161511 Srf# 3559154058Es Trn#240227161511 Rfb# Dcd of 24/02/27 | | 15.00 | |
| 2/27 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0MD6Q6W7 on 02/27/24 | | 1,500.00 | |
| 2/27 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0MD6Qcbr on 02/27/24 | | 1,500.00 | |
| 2/27 | | Online Transfer to Hussain S Everyday Checking xxxxxx2709 Ref #Ib0MD6Ql3B on 02/27/24 | | 500.00 | 6,566.62 |
| 2/28 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mdbmvjq on 02/28/24 | 1,500.00 | | |
| 2/28 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mdbn6P8 on 02/28/24 | 1,800.00 | | |
| 2/28 | | Online Transfer From Hussain S Everyday Checking xxxxxx2709 Ref #Ib0Mdbnjqh on 02/28/24 | 300.00 | | |
| 2/28 | | Wire Trans Svc Charge - Sequence: 240228067821 Srf# Ow00004204063164 Trn#240228067821 Rfb# Ow00004204063164 | | 25.00 | |
| 2/28 | | WT Fed#08005 First Technology F /Ftr/Bnf=Fount Net LLC Srf# Ow00004204063164 Trn#240228067821 Rfb# Ow00004204063164 | | 4,280.00 | 5,861.62 |
| 2/29 | | Cash Deposit Processing Fee | | 2.40 | 5,859.22 |
| Ending balance on 2/29 | | | | | 5,859.22 |
| Totals | | | $46,080.00 | $42,262.40 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**WELLS FARGO**

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2024 - 02/29/2024 | Standard monthly service $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $5,135.00 √ |
| • Minimum daily balance | $500.00 | $81.62 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,800 | 5,000 | 800 | 0.0030 | 2.40 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $2.40 |

☑ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      $ |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking

March 31, 2024 ■ Page 1 of 5



7419 LLC
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $5,859.22 |
| Deposits/Credits | 201,000.00 |
| Withdrawals/Debits | - 205,690.00 |
| Ending balance on 3/31 | $1,169.22 |

Account number: ▉▉▉▉1675
7419 LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▉▉▉▉▉

For Wire Transfers use
Routing Number (RTN): ▉▉▉▉▉

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Wire Trans Svc Charge - Sequence: 240301026538 Srf# Ow00004211437874 Trn#240301026538 Rfb# Ow00004211437874 | | 25.00 | |
| 3/1 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mdyvwl9 on 03/01/24 | | 1,000.00 | |
| 3/1 | | WT Fed#02640 First Technology F /Ftr/Bnf=Fount Net LLC Srf# Ow00004211437874 Trn#240301026538 Rfb# Ow00004211437874 | | 4,700.00 | 134.22 |
| 3/4 | | WT Fed#04511 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3876074064Es Trn#240304188164 Rfb# Dcd of 24/03/04 | 10,000.00 | | |
| 3/4 | | Wire Trans Svc Charge - Sequence: 240304188164 Srf# 3876074064Es Trn#240304188164 Rfb# Dcd of 24/03/04 | | 15.00 | |
| 3/4 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgbjqxb on 03/04/24 | | 1,500.00 | |
| 3/4 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Mgbjvf7 on 03/04/24 | | 1,500.00 | |
| 3/4 | | Online Transfer to Hussain S Everyday Checking xxxxxx2709 Ref #Ib0Mgbk2PM on 03/04/24 | | 800.00 | 6,319.22 |
| 3/5 | | WT Fed#00830 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3656694065Es Trn#240305164468 Rfb# Dcd of 24/03/05 | 20,000.00 | | |
| 3/5 | | Wire Trans Svc Charge - Sequence: 240305164468 Srf# 3656694065Es Trn#240305164468 Rfb# Dcd of 24/03/05 | | 15.00 | |
| 3/5 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgjjwxf on 03/05/24 | | 4,500.00 | |
| 3/5 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgjwztr on 03/05/24 | | 1,600.00 | |
| 3/5 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgm6S3L on 03/05/24 | | 12,000.00 | 8,204.22 |
| 3/6 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mgrtffw on 03/06/24 | | 2,500.00 | |
| 3/6 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Mgrtj9F on 03/06/24 | | 2,000.00 | 3,704.22 |
| 3/7 | | WT Fed#00111 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3594394067Es Trn#240307174329 Rfb# Dcd of 24/03/07 | 30,000.00 | | |
| 3/7 | | Wire Trans Svc Charge - Sequence: 240307174329 Srf# 3594394067Es Trn#240307174329 Rfb# Dcd of 24/03/07 | | 15.00 | |
| 3/7 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0MH98Hqs on 03/07/24 | | 10,000.00 | |
| 3/7 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0MH98R3W on 03/07/24 | | 5,000.00 | 18,689.22 |
| 3/8 | | Transfer IN Branch - From Syed S Hussain DDA xxxxxx2353 28920 Greenspot Rd Highland CA | 11,000.00 | | |
| 3/8 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mhmmvfk on 03/08/24 | 2,000.00 | | |
| 3/8 | | Wire Trans Svc Charge - Sequence: 240308123920 Srf# 0073502068079364 Trn#240308123920 Rfb# | | 40.00 | |
| 3/8 | | WT Fed#04936 First Technology F /Ftr/Bnf=Fount Net LLC Srf# 0073502068079364 Trn#240308123920 Rfb# | | 29,000.00 | 2,649.22 |
| 3/11 | | WT Fed#01817 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3685944071Es Trn#240311169464 Rfb# Dcd of 24/03/11 | 16,000.00 | | |
| 3/11 | | Wire Trans Svc Charge - Sequence: 240311169464 Srf# 3685944071Es Trn#240311169464 Rfb# Dcd of 24/03/11 | | 15.00 | |
| 3/11 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mhrwdvk on 03/09/24 | | 1,000.00 | |
| 3/11 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Mjg9Nmb on 03/11/24 | | 2,000.00 | 15,634.22 |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/12 | | Wire Trans Svc Charge - Sequence: 240312117660 Srf# 0073502072131874 Trn#240312117660 Rfb# | | 40.00 | |
| 3/12 | | WT Fed#03524 First Technology F /Ftr/Bnf=Fount Net LLC Srf# 0073502072131874 Trn#240312117660 Rfb# | | 15,400.00 | 194.22 |
| 3/13 | | WT Fed#07523 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3497614073Es Trn#240313150683 Rfb# Dcd of 24/03/13 | 8,000.00 | | |
| 3/13 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mjvs68L on 03/13/24 | 1,000.00 | | |
| 3/13 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mjvsb2Z on 03/13/24 | 1,000.00 | | |
| 3/13 | | Wire Trans Svc Charge - Sequence: 240313150683 Srf# 3497614073Es Trn#240313150683 Rfb# Dcd of 24/03/13 | | 15.00 | |
| 3/13 | | Wire Trans Svc Charge - Sequence: 240313165108 Srf# 0073502073141984 Trn#240313165108 Rfb# | | 40.00 | |
| 3/13 | | WT Fed#00187 First Technology F /Ftr/Bnf=Fount Net LLC Srf# 0073502073141984 Trn#240313165108 Rfb# | | 9,850.00 | 289.22 |
| 3/20 | | WT Fed#08271 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3507404080Es Trn#240320151684 Rfb# Dcd of 24/03/20 | 60,000.00 | | |
| 3/20 | | Wire Trans Svc Charge - Sequence: 240320151684 Srf# 3507404080Es Trn#240320151684 Rfb# Dcd of 24/03/20 | | 15.00 | |
| 3/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0MM4Bcwk on 03/20/24 | | 10,000.00 | |
| 3/20 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0MM4Bj72 on 03/20/24 | | 10,000.00 | 40,274.22 |
| 3/21 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mmd59Mp on 03/21/24 | 6,000.00 | | |
| 3/21 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0Mmd5Gq5 on 03/21/24 | 6,000.00 | | |
| 3/21 | | Wire Trans Svc Charge - Sequence: 240321132201 Srf# Ow00004280958901 Trn#240321132201 Rfb# Ow00004280958901 | | 25.00 | |
| 3/21 | | Wire Trans Svc Charge - Sequence: 240321216706 Srf# 0073502081711235 Trn#240321216706 Rfb# | | 40.00 | |
| 3/21 | | WT 240321-132201 PNC Bank, National /Bnf=Fager McGee Construction Company Srf# Ow00004280958901 Trn#240321132201 Rfb# Ow00004280958901 | | 23,000.00 | |
| 3/21 | | WT Fed#00415 PNC Bank, National /Ftr/Bnf=Fager McGee Construction Company Srf# 0073502081711235 Trn#240321216706 Rfb# | | 27,000.00 | 2,209.22 |
| 3/27 | | WT Fed#03533 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3602864087Es Trn#240327187700 Rfb# Dcd of 24/03/27 | 30,000.00 | | |
| 3/27 | | Wire Trans Svc Charge - Sequence: 240327187700 Srf# 3602864087Es Trn#240327187700 Rfb# Dcd of 24/03/27 | | 15.00 | |
| 3/27 | | Wire Trans Svc Charge - Sequence: 240327195567 Srf# Ow00004301336406 Trn#240327195567 Rfb# Ow00004301336406 | | 25.00 | |
| 3/27 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mp464Kw on 03/27/24 | | 3,000.00 | |
| 3/27 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Mp4692V on 03/27/24 | | 3,000.00 | |
| 3/27 | | WT Fed#03786 Jpmorgan Chase Ban /Ftr/Bnf=Anthon Lammy Access LLC Srf# Ow00004301336406 Trn#240327195567 Rfb# Ow00004301336406 | | 25,000.00 | 1,169.22 |
| Ending balance on 3/31 | | | | | 1,169.22 |
| Totals | | | $201,000.00 | $205,690.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
|   • Average ledger balance | $1,000.00 | $3,951.00 ☑ |
|   • Minimum daily balance | $500.00 | $134.22 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 25 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ☑ IMPORTANT ACCOUNT INFORMATION

------------------

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Exhibit 6, pg. 102

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your                    $ _____
register or transfers into                         $ _____
your account which are not                     $ _____
shown on your statement.                     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                          TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount  $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Initiate Business Checking

May 31, 2024 ■ Page 1 of 4



7419 LLC
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | ☐ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $357.72 |
| Deposits/Credits | 85,750.00 |
| Withdrawals/Debits | - 86,197.72 |
| Ending balance on 5/31 | -$90.00 |

Account number: ████1675
7419 LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

For Wire Transfers use
Routing Number (RTN): ████

Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/6 | | WT Fed#05209 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3575834127Es Trn#240506124835 Rfb# Dcd of 24/05/06 | 42,000.00 | | |
| 5/6 | | Wire Trans Svc Charge - Sequence: 240506124835 Srf# 3575834127Es Trn#240506124835 Rfb# Dcd of 24/05/06 | | 15.00 | 42,342.72 |
| 5/7 | | Wire Trans Svc Charge - Sequence: 240507018477 Srf# Ow00004450436342 Trn#240507018477 Rfb# Ow00004450436342 | | 25.00 | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 240507019426 Srf# Ow00004450473589 Trn#240507019426 Rfb# Ow00004450473589 | | 25.00 | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 240507166063 Srf# 0073502128700087 Trn#240507166063 Rfb# | | 40.00 | |
| 5/7 | | WT Fed#01478 Citizens Bank, NAT /Ftr/Bnf=Nip Net Supply and Services Srf# Ow00004450436342 Trn#240507018477 Rfb# Ow00004450436342 | | 20,000.00 | |
| 5/7 | | WT Fed#01653 Citizens Bank, NAT /Ftr/Bnf=Nip Net Supply and Services Srf# Ow00004450473589 Trn#240507019426 Rfb# Ow00004450473589 | | 5,000.00 | |
| 5/7 | | WT Fed#00008 Bank of America, N /Ftr/Bnf=Costplus LLC Srf# 0073502128700087 Trn#240507166063 Rfb# | | 14,200.00 | 3,052.72 |
| 5/8 | | WT Fed#00515 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3369914129Es Trn#240508104224 Rfb# Dcd of 24/05/08 | 8,750.00 | | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 240508104224 Srf# 3369914129Es Trn#240508104224 Rfb# Dcd of 24/05/08 | | 15.00 | |
| 5/8 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N5D7DC5 on 05/08/24 | | 7,500.00 | |
| 5/8 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N5Fbh9L on 05/08/24 | | 1,500.00 | 2,787.72 |
| 5/10 | | Deposit Made In A Branch/Store | 35,000.00 | | 37,787.72 |
| 5/14 | | Withdrawal Made In A Branch/Store | | 37,787.72 | 0.00 |
| 5/31 | | Cash Deposit Processing Fee | | 90.00 | -90.00 |
| Ending balance on 5/31 | | | | | -90.00 |
| Totals | | | $85,750.00 | $86,197.72 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| · Average ledger balance | $1,000.00 | $6,578.00 | √ |
| · Minimum daily balance | $500.00 | $0.00 | ☐ |

C1/C1

# Exhibit 7



**U.S. Department of Justice**

*United States Trustee, Region 16,*
*Central District of California*

3810 University Ave., Suite 720
Riverside, California 92501
Tel: (951) 276-6990  Fax: (951) 276-6973

_____

June 18, 2024

**<u>VIA EMAIL</u>**
Benjamin Heston, Esq.
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Email:          bhestonecf@gmail.com

**<u>Re:</u>      <u>7419, LLC, Bankruptcy Case No. 6:24-bk-12519-RB</u>**

Dear Mr. Heston:

In accordance with 28 U.S.C. § 586(a)(3), the United States Truste has extensive monitoring and oversight responsibilities of Chapter 11 cases.  To assist our review the chapter 11 case filed by 7419, LLC ("Debtor"), please respond to the following requests for documents and information.

According to bank statements produced by the Debtor, approximately $300,000 was deposited into and transferred out of the Debtor's Wells Fargo bank account within one year of the petition date.  At the June 10, 2024 meeting of creditors, the Debtor's owner, Syed Sajjad Hussain, testified that the funds originated from a "family friend" and were used to repay his debt and/or debt that was not owed by the Debtor.

Produce all documents evidencing the existence of debt and obligations owed by Mr. Hussain. Similarly, produce and an accounting and all documents evidencing the payment of debt by Mr. Hussain, including but not limited to invoices, bills, and account statements.

The Debtor's bank statement reflects a post-petition cash deposit of $35,000 and a cash withdrawal of $37,787.72.  State the reason or purpose for the withdrawal, explain how the funds were used, and provide supporting documents.

Finally, produce a copy of the loan agreement, security agreement, guaranty agreement, and transactions documents with the Debtor's secured creditor and copies of the pleadings, motions, orders, and register of action for the litigation matters identified in response to question 7 of the Statement of Financial Affairs.

-1-

Please produce the documents and a written response on or before July 3, 2024.  You may send your response to my email address, Everett.L.Green@usdoj.gov.  Thank you.

Very truly yours,

*Everett L. Green*

Everett L. Green
Trial Attorney

Exhibit 7, pg. 110

# Exhibit 8

# Initiate Business Checking®

May 31, 2024 ∎ Page 1 of 4



7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)
605 E LUGONIA AVE APT 6
REDLANDS CA 92374-2486

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/14 | $0.00 |
| Deposits/Credits | 49,837.72 |
| Withdrawals/Debits | - 49,789.50 |
| Ending balance on 5/31 | $48.22 |

Account number: 3█████409
7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 1█████2
For Wire Transfers use
Routing Number █████████

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

May 31, 2024 ∎ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/14 | | Deposit | 37,787.72 | | 37,787.72 |
| 5/15 | | Wire Trans Svc Charge - Sequence: 240515204416 Srf# 0000754136212228 Trn#240515204416 Rfb# | | 40.00 | |
| 5/15 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N7Lj3V5 on 05/15/24 | | 2,500.00 | |
| 5/15 | | WT Fed#05145 Bank of America, N /Ftr/Bnf=Costplus LLC Srf# 0000754136212228 Trn#240515204416 Rfb# | | 34,000.00 | 1,247.72 |
| 5/21 | | Online Transfer From Hussain S Prime Checking xxxxxx3411 Ref #Ib0N9H5CF8 on 05/21/24 | 450.00 | | |
| 5/21 | | Online Transfer From Hussain S Savings xxxxxx2353 Ref #Ib0N9H5Jnt on 05/21/24 | 100.00 | | |
| 5/21 | | Harland Clarke Check/Acc. 052024 00007547575482 $! LLC | | 77.00 | 1,720.72 |
| 5/22 | | WT Fed#00141 Evolve Bank & Trus /Org=W&S Essentials LLC Srf# Trn#240522045296 Rfb# | 4,000.00 | | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 240522045296 Srf# Trn#240522045296 Rfb# | | 15.00 | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 240522058535 Srf# Ow00004509625399 Trn#240522058535 Rfb# Ow00004509625399 | | 25.00 | |
| 5/22 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N9Kzh77 on 05/21/24 | | 1,600.00 | |
| 5/22 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0N9Mmwvz on 05/22/24 | | 2,000.00 | |
| 5/22 | | WT Fed#07870 Suncoast Credit Un /Ftr/Bnf=Rose Dougherty Srf# Ow00004509625399 Trn#240522058535 Rfb# Ow00004509625399 | | 2,000.00 | 80.72 |
| 5/23 | | Deposit Made In A Branch/Store | 7,500.00 | | 7,580.72 |
| 5/28 | | Wire Trans Svc Charge - Sequence: 240528052871 Srf# Ow00004519344494 Trn#240528052871 Rfb# Ow00004519344494 | | 25.00 | |
| 5/28 | | WT Fed#03878 Suncoast Credit Un /Ftr/Bnf=Rose Dougherty Srf# Ow00004519344494 Trn#240528052871 Rfb# Ow00004519344494 | | 7,500.00 | 55.72 |
| 5/31 | | Cash Deposit Processing Fee | | 7.50 | 48.22 |
| Ending balance on 5/31 | | | | | 48.22 |
| Totals | | | $49,837.72 | $49,789.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/14/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|-----------------------------------------------------------------------------------|------------------|-----------------|---|
| · Average ledger balance | $1,000.00 | $4,733.00 | √ |
| · Minimum daily balance | $500.00 | $55.72 | ☐ |

C1/C1



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 7,500 | 5,000 | 2,500 | 0.0030 | 7.50 |
| Transactions | 7 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $7.50 |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.



---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                     TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking

June 30, 2024 ■ Page 1 of 5



7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)
7419 VIA DELDENE
HIGHLAND CA 92346-3933

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $48.22 |
| Deposits/Credits | 78,172.00 |
| Withdrawals/Debits | - 78,216.22 |
| Ending balance on 6/30 | $4.00 |

Account number:  3█████409
7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): █████

For Wire Transfers use
Routing Number (RTN): █████

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|---------------------|
| 6/3 | | Online Transfer to Hussain S Savings xxxxxx2353 Ref #Ib0Ndzhny9 on 06/01/24 | | 48.22 | 0.00 |
| 6/6 | | Transfer IN Branch - From 7419 LLC DDA xxxxxx1675 220 E State St Redlands CA | 27,010.00 | | |
| 6/6 | | Wire Trans Svc Charge - Sequence: 240606175002 Srf# 0000754158501939 Trn#240606175002 Rfb# | | 40.00 | |
| 6/6 | | WT Fed#00864 Sound Credit Union /Ftr/Bnf=Hoang Van CO, LLC USA Srf# 0000754158501939 Trn#240606175002 Rfb# | | 25,862.00 | 1,108.00 |
| 6/7 | | WT Seq129255 WF Return Wires IN Proc /Org= Srf# 2024060700110722 Trn#240607129255 Rfb# | 25,862.00 | | |
| 6/7 | | Wire Trans Svc Charge - Sequence: 240607189603 Srf# 0000754159257749 Trn#240607189603 Rfb# | | 40.00 | |
| 6/7 | | WT Fed#02931 Sound Credit Union /Ftr/Bnf=Hoang Van CO LLC USA Srf# 0000754159257749 Trn#240607189603 Rfb# | | 25,862.00 | 1,068.00 |
| 6/14 | | Online Transfer Ref #Ib0Njt8Y4P to Platinum Card Xxxxxxxxxxxx7309 on 06/13/24 | | 249.00 | 819.00 |
| 6/18 | | eDeposit IN Branch 06/18/24 02:09:24 PM 28920 Greenspot Rd Highland CA | 5,000.00 | | 5,819.00 |
| 6/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Nlqt6Gw on 06/20/24 | | 5,000.00 | |
| 6/20 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Nlqtcqk on 06/20/24 | | 500.00 | 319.00 |
| 6/25 | | WT Fed#00809 Jpmorgan Chase Ban /Org=Syed Irfan Ahmad OR Maliha Ahmad Srf# 3641184177Es Trn#240625175373 Rfb# Dcd of 24/06/25 | 20,300.00 | | |
| 6/25 | | Wire Trans Svc Charge - Sequence: 240625175373 Srf# 3641184177Es Trn#240625175373 Rfb# Dcd of 24/06/25 | | 15.00 | |
| 6/25 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Nndgyz8 on 06/25/24 | | 20,600.00 | 4.00 |
| Ending balance on 6/30 | | | | | 4.00 |
| Totals | | | $78,172.00 | $78,216.22 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| · Average ledger balance | $1,000.00 | $840.00 | ☐ |
| · Minimum daily balance | $500.00 | $0.00 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,000 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

---

Effective June 20, 2024, the fees for cashed or deposited items that are returned and re-deposited, or returned unpaid have been eliminated for business checking and savings accounts. As such, Wells Fargo will no longer charge a fee when cashed or deposited items are returned and re-deposited or returned unpaid for any reason for these accounts.

---

Other Wells Fargo Benefits



June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                                   TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking

July 31, 2024 ■ Page 1 of 4



7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)
7419 VIA DELDENE
HIGHLAND CA 92346-3933

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $4.00 |
| Deposits/Credits | 5,500.00 |
| Withdrawals/Debits | - 5,411.50 |
| Ending balance on 7/31 | $92.50 |

Account number: 3█████0409
7419 LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-12519(CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): █████

For Wire Transfers use
Routing Number (RTN): █████

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/11 | | eDeposit IN Branch 07/11/24 12:57:08 PM 296 W Highland Ave San Bernardino CA | 5,500.00 | | |
| 7/11 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0Ntjdh5W on 07/11/24 | | 5,200.00 | 304.00 |
| 7/23 | | Online Transfer to Hussain S Prime Checking xxxxxx3411 Ref #Ib0NY5Tw45 on 07/23/24 | | 200.00 | 104.00 |
| 7/31 | | Monthly Service Fee | | 10.00 | |
| 7/31 | | Cash Deposit Processing Fee | | 1.50 | 92.50 |
| Ending balance on 7/31 | | | | | 92.50 |
| Totals | | | $5,500.00 | $5,411.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2024 - 07/31/2024 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $149.00 ☐ |
| • Minimum daily balance | $500.00 | $4.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,500 | 5,000 | 500 | 0.0030 | 1.50 |
| Transactions | 2 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $1.50 |

✔ IMPORTANT ACCOUNT INFORMATION





Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

———————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

———————————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

———————————

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                   TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801