| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>ABRAM S. FEUERSTEIN, SBN 133775<br>ASSISTANT UNITED STATES TRUSTEE<br>EVERETT L. GREEN, SBN 237936<br>TRIAL ATTORNEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>3801 University Avenue, Suite 720, Riverside, CA 92501<br>Tel: (951) 276-6990  Fax: (951) 276-6973<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>7419 LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 6:24-bk-12519-RB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Stipulation Resolving Motion to Deny Compensation to Benjamin Heston of Nexus Bankruptcy |

PLEASE TAKE NOTE that the order titled  Order Approving Stipulation Resolving Motion of United States Trustee to Deny Compensation to Benjamin Heston of Nexus Bankruptcy

was lodged on (*date*)  03/03/2025  and is attached.  This order relates to the motion which is docket number 66 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3801 University Avenue, Suite 3801, Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___03/03/2025___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___03/03/2025___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor, 7419 LLC, 7419 Via Deldrene, Highland, CA 92346-3933

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___03/03/2025___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Magdalena Reyes Bordeaux, 3420 Twelfth St. Ste. 365, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2025 | Everett L. Green | /s/ Everett L. Green |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 2          **F 9021-1.2.BK.NOTICE.LODGMENT**

# Mailing Information for Case 6:24-bk-12519-RB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Arnold L Graff**    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Everett L Green**    everett.l.green@usdoj.gov
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Andrew Mase**    amase@theryanfirm.com, ecf@theryanfirm.com
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

# Attachment

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:     (951) 276-6990
Facsimile:      (951) 276-6973
Email:            Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br>　　　　Debtor. | Case No. 6:24-bk-12519-RB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND BENJAMIN HESTON OF NEXUS BANKRUPTCY RESOLVING MOTION BY UNITED STATES TRUSTEE TO DENY COMPENSATION TO BENJAMIN HESTON OF NEXUS BANKRUPTCY AND REFUND FEES PURSUANT TO 11 U.S.C. §§ 329 & 330** |

　　　　The court reviewed the Stipulation Between United States Trustee and Benjamin Heston of Nexus Bankruptcy Resolving Motion by United States Trustee to Deny Compensation to Benjamin Heston of Nexus Bankruptcy and Refund Fees Pursuant to 11 U.S.C. §§ 329 and 330 ("Stipulation") filed as docket number 66 on March 3, 2025 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee").

Based upon the Stipulation, and for good cause appearing therefor, **IT IS HEREBY ORDERED** that the Stipulation is approved.

**NOW THEREFORE,** subject to court approval, the parties stipulate and agree as follows:

1. Benjamin Heston of Nexus Bankruptcy ("Heston") shall refund $2,000 to the debtor's manager within sixty days of an order approving this stipulation. Heston shall send a cashier's check, money order or transmit funds by electronic transmission, so long as the payor is not assessed a fee or similar charge, to Syed Sajjad Hussain, 7419 Via Deldene, Highland, CA 92346-3933.

2. Heston shall file an employment application and obtain court approval to represent the debtor within sixty days of an order approving this stipulation.

3. Heston shall attend three hours of a continuing legal education course on bankruptcy ethics and one hour of a continuing legal education course on chapter 11 practice within sixty days of the entry of this order.

4. Within sixty-five days of the entry of this order, Heston shall file a declaration with the court attesting to his compliance with paragraphs 2 and 4 ("Compliance Declaration"). The Compliance Declaration must contain evidence of Heston's payment to the debtor's manager, including without limitation, a copy of the cashier's check, money order, transaction statement or other confirmation that payment was sent and received by electronic transmission; and evidence of Heston's attendance of the continuing legal education courses discussed in paragraph 4. The failure to file the Compliance Declaration with the court is presumptive evidence that Heston did not comply with paragraphs 2 and 4 of the Stipulation.

5. In the event Heston fails to comply with the Stipulation, the court reserves jurisdiction to consider additional sanctions.

6. The hearing scheduled for March 11, 2025 will be vacated and taken off-calendar.

7. The clerk of court shall leave this case open for ninety days.

###