United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12519-RB |
| 7419 LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | 7419 LLC, 7419 Via Deldene, Highland, CA 92346-3933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 06, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Andrew Mase | on behalf of Creditor VAL-CHRIS INVESTMENTS INC. amase@theryanfirm.com, ecf@theryanfirm.com |
| Arnold L Graff | on behalf of Creditor Worldwide Lenders Inc., a Delaware Corporation, 18.97% Interest, and Ronald R. Kramer, Trustee of The Ronald R. Kramer Living Trust Dated 3/28/2003, 21.46% Interest, and Premiere Management agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor 7419 LLC bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Mar 04, 2025 | Form ID: pdf042 | Total Noticed: 1

TOTAL: 7

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:         Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**MAR 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:

7419 LLC,

      Debtor.

Case No. 6:24-bk-12519-RB

Chapter 11

**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND BENJAMIN HESTON OF NEXUS BANKRUPTCY RESOLVING MOTION BY UNITED STATES TRUSTEE TO DENY COMPENSATION TO BENJAMIN HESTON OF NEXUS BANKRUPTCY AND REFUND FEES PURSUANT TO 11 U.S.C. §§ 329 & 330**

    The court reviewed the Stipulation Between United States Trustee and Benjamin Heston of Nexus Bankruptcy Resolving Motion by United States Trustee to Deny Compensation to Benjamin Heston of Nexus Bankruptcy and Refund Fees Pursuant to 11 U.S.C. §§ 329 and 330 ("Stipulation") filed as docket number 66 on March 3, 2025 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee").

    Based upon the Stipulation, and for good cause appearing therefor, **IT IS HEREBY ORDERED** that the Stipulation is approved.

**NOW THEREFORE,** subject to court approval, the parties stipulate and agree as follows:

1. Benjamin Heston of Nexus Bankruptcy ("Heston") shall refund $2,000 to the debtor's manager within sixty days of an order approving this stipulation. Heston shall send a cashier's check, money order or transmit funds by electronic transmission, so long as the payor is not assessed a fee or similar charge, to Syed Sajjad Hussain, 7419 Via Deldene, Highland, CA 92346-3933.

2. Heston shall file an employment application and obtain court approval to represent the debtor within sixty days of an order approving this stipulation.

3. Heston shall attend three hours of a continuing legal education course on bankruptcy ethics and one hour of a continuing legal education course on chapter 11 practice within sixty days of the entry of this order.

4. Within sixty-five days of the entry of this order, Heston shall file a declaration with the court attesting to his compliance with paragraphs 2 and 4 ("Compliance Declaration"). The Compliance Declaration must contain evidence of Heston's payment to the debtor's manager, including without limitation, a copy of the cashier's check, money order, transaction statement or other confirmation that payment was sent and received by electronic transmission; and evidence of Heston's attendance of the continuing legal education courses discussed in paragraph 4. The failure to file the Compliance Declaration with the court is presumptive evidence that Heston did not comply with paragraphs 2 and 4 of the Stipulation.

5. In the event Heston fails to comply with the Stipulation, the court reserves jurisdiction to consider additional sanctions.

6. The hearing scheduled for March 11, 2025 will be vacated and taken off-calendar.

7. The clerk of court shall leave this case open for ninety days.

###

Date: March 4, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-