**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

|  |  |
|---|---|
| In re: | Case No: 6:24-bk-12519-RB |
| **7419 LLC,** | Chapter 11 |
| **Debtor,**<br>**Debtor-In-Possession** | **DECLARATION OF BENJAMIN HESTON REGARDING COMPLIANCE WITH STIPULATION AND ORDER ENTERED ON MARCH 4, 2025** |

I, Benjamin Heston, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein

2. On May 2, 2025, I mailed a cashier's check in the amount of $2,000 to Syed Sajjad Hussain at 605 E. Lugonia Ave, Apt 6, Redlands, CA 92374, which is the address which I am aware that Mr. Hussain receives mail at. A true and correct copy of this cashier's check is attached hereto as Exhibit A.

///
///
///
///
///
///

3.  Additionally, pursuant to the stipulation, I completed a total of 4.5 hours of continuing legal education through the American Bankruptcy Institute. The courses I completed include the following: "Bankruptcy Ethics & Malpractice" (1 hour), "Ethics – Views from the Bench" (1 hour), "Sanctionable Shenanigans by Debtor's Counsel and Others" (1 hour), "Chapter 11 Updates and Core Issues" (0.5 hour), and "Top Tips to Confirm a Chapter 11 Plan" (1 hour).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 4, 2025

BENJAMIN HESTON

# EXHIBIT A

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

| 0013340 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

**1334004794**

Remitter: **BENJAMIN HESTON**
Operator I.D.: k159858

May 2, 2025

PAY TO THE ORDER OF   ***SYED SAJJAD HUSSAIN***

**Two Thousand  and 00/100 -US Dollars **

**$2,000.00**

Payee Address:
Memo:

VOID IF OVER US $ 2,000.00

**WELLS FARGO BANK, N.A.**
8587 IRVINE CENTER DR
IRVINE, CA 92618
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

Security Features Included [+] Details on Back.

⑈1334004794⑈ ⑆121000248⑆4861 511467⑈

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BENJAMIN HESTON REGARDING COMPLIANCE WITH STIPULATION AND ORDER ENTERED ON MARCH 4, 2025** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/4/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
Everett L Green    everett.l.green@usdoj.gov
Andrew Mase    amase@theryanfirm.com, ecf@theryanfirm.com
Cameron C Ridley    wcvbees@gmail.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/4/2025 | Benjamin Heston | /s/Benjamin Heston |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.