| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 BRISTOL STREET #400<br>COSTA MESA, CA 92626<br>TEL: 949.312.1377<br>FAX: 949.288.2054<br>ben@nexusbk.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 24 2025**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY hawkinso DEPUTY CLERK |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>7419 LLC,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-12519-RB<br>CHAPTER: 11<br><br>**ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><br>☒ **No Hearing: LBR 9013-1(o)(3)**<br>☐ **Hearing Information:**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1.  The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2.  The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

3.  Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                    Page 1          **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**

a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: <u>Benjamin Heston and Nexus Bankruptcy</u> (General Counsel) effective on (*date*) <u>April 29, 2024</u>.

b. General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☐ § 330

c. ☐ The Motion is denied.

4. ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5. ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6. ☐ Other (*specify*):

###

Date: June 24, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                         Page 2                **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**